UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ODONY AND CAMY ABELLARD, PLAINTIFF

    PLAINTIFFS

V.  **00-6170**

THE UNITED STATES VETERANS ADMINISTRATION AFFAIRS **CIV-DIMITROULEAS**

    DEFENDANTS.  **MAGISTRATE JOHNSON**

RE: LOAN NO.!7-4-0410781

COMPLAINT FOR RESCINDING PRINCIPAL BALANCE,
DAMAGES, AND FOR IMPOSITION OF CIVIL PENALTIES.

FOR BREACHING ON THE MORTGAGE.

---

 This is a suit brought under the Federal Truth In Lending Act, against the United States Veterans Administration Affairs,, for breaching on the closed end Amortization Schedule transaction, which is a violation of TILA,,WHEREIN THE Lender since the beginnig of the transaction, continously over charged the interest account, and under credited the Principal Balance More than ten years the plaintiffs had been requesting for re-adjustment in the Pricipal Balance, none of the servicers of the Loan made any effort to do so, since the date of the transaction, on October 2nd.1978..

 Persuant the violation of the Truth in Lending Act. Plaintiffs are seeking the cancellation of the principal balance, Damages., and Imposition of civil penalities..

 Jurisdiction is conferred on this Court over the plaintiffs claims, by the violation of the Federal Truth Inlending Act, by the sec.#891,18 U.S.C. 12 U S C. sec.4161,title 12 sec.1735F- 14.

WHEREFORE : Plaintiffs request that this Court to Grant the following Relief;
A-Plaintiffs declare that the defendant has been and continue to be in violation of all of the above acts, and Titles for 21 years.

B- Enter an order directing the defendant to sign or issue a certificate of abrogation for remaing balanc,in addition of the plaintiffs investment .



C-assess civil penalities persuant the sections cited above ,agaisnt the defendant of up to 5,000,00for each violation of the closed end Amortization Schedule Transaction

D-Order such additional relief as the Court deems just and fair.

ODONY AND CAMY ABELLARD

6778 N.W.First Street

Margate,Florida 33063

(954) 972 3106

# CIVIL COVER SHEET

00-6170

**MAGISTRATE JOHNSON**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ODONY AND CAMY ABELLARD

6778 N.W. First Street
Margate, Fl. 33063

(b) BROWARD (EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
THE U.S. DEPT. OF VETERANS ADMINISTRATION AFFAIRS.

BROWARD (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
(954) 972 3106
ODONY ABELLARD, Pro Se

ATTORNEYS (IF KNOWN)
U.S. DISTRICT ATTORNEY BROWARD

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD,) PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION
Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State - PTF X

## IV. ORIGIN
1. Original Proceeding

## V. NATURE OF SUIT
290 All Other Real Property (X)
153 Recovery of Overpayment of Veteran's Benefits
152 Recovery of Defaulted Student Loans (Excl. Veterans)
450 Commerce/ICC Rates/etc
610 Agriculture
620 Other Food & Drug
630 Liquor Laws
640 R.R. & Truck
650 Airline Regs
660 Occupational Safety/Health
690 Other
510 Motions to Vacate Sentence
530 General
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
870 Taxes (U.S. Plaintiff or Defendant)
871 IRS—Third Party 26 USC 7609

## VI. CAUSE OF ACTION
12 U.S.C. SEC. 1461
THE FEDERAL TRUTH IN LENDING Act VIOLATION,, 18 U S C 891 -    12 sec 1735

LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ YES
JURY DEMAND: X YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY
RECEIPT 518404    AMOUNT $150.00    02-02-00