AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF ___FLORIDA___

ODONY AND CAMY ABELLARD ,PLAINTIFFS

6778 N.W First Street
Margate ,Florida 33063

**V.**

UNITED STATES VETERANS ADMINISTRATION

AFFAIRS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **00-6170**

**CIV - DIMITROULEAS**
MAGISTRATE
JOHNSON

TO: (Name and address of defendant)
THE UNITED STATES ATTORNEY OFFICE

5oo EAST BROWARD BOULEVARD

FORT LAUDERDALE ,FLORIDA   33301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ODONY ABELLARD

6778 N.W. First Street

Margate, Florida 33063

(954) 972 3106)

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

_____
CLERK

_____
(BY) DEPUTY CLERK

DATE            FEB -2 2000