UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

    Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

    Defendant.
_____/



FILED by _____ D.C.

FEB 02 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER REQUIRING PARTIES OR THEIR COUNSEL TO MEET & FILE JOINT SCHEDULING REPORT
### ORDER OF INSTRUCTIONS FOR PRO SE LITIGANT

THIS ORDER has been entered upon the filing of the complaint. The Court has carefully reviewed the Court file herein, and notes at the outset of this pro se case that it is essential that the pro se litigant understand certain procedural information.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs shall forward to all defendants, upon receipt of a responsive pleading, a copy of this order;

2. No letters shall be sent to the Clerk of the Court or to any District Judge or Magistrate Judge concerning this case. All letters will be ignored. A pro se litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document by the Court, but no letters will receive a response;

3. A pro se litigant must promptly notify the Court in writing of any change of his or her address. This notice must be provided on a paper labeled "Notice of Change of Address" and must include the case number, the litigant's name, and the new address. Failure to



      promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution;

4. A copy of all pleadings must be sent to counsel for the opposing side, and the notice shall include a certificate of service that a copy has been sent to counsel for the opposing side;

5. A pro se litigant must follow the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida. Failure to follow these rules may result in the striking of the Motion or dismissal of the case;

6. Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1, and the Federal Rules of Civil Procedure;

7. The parties shall hold a **scheduling conference** within twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first. See Local Rule 16.1(B);

8. Within ten (10) days of the scheduling conference, the parties in this case shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). This report **shall indicate the proposed month and year for the trial** plus the estimated number of trial days required. The parties shall also provide stamped envelopes addressed to all counsel or unrepresented parties of record;

9. Failure of counsel or an unrepresented party to file a joint scheduling report may result in dismissal, default, and the imposition of other sanctions including attorney's fees and

costs.

DONE AND SIGNED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony and Camy Abellard
6778 NW First Street
Margate, FL 33063