# United States District Court

SOUTHERN _____ DISTRICT OF  FLORIDA

ODONY AND CAMY ABELLARD, PLAINTIFFS

6778 N.W First Street
Margate, Florida 33063

V.

UNITED STATES VETERANS ADMINISTRATION
AFFAIRS.

9800 Bay Pines Boulevard
St. Petersburg, Fl 33708

TO: (Name and address of defendant)

THE UNITED STATES ATTORNEY OFFICE
500 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA  33301

**SUMMONS IN A CIVIL CASE**

CASE NUMBER **00-6170**

**CIV-DIMITROULEAS**

**MAGISTRATE JOHNSON**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

ODONY ABELLARD
6778 N.W. First Street
Margate, Florida 33063
(954) 972 3106)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SERVICE Return by U.S Postal Serv.
Cert-Ret. Rect # 7099-3400-0000 5703 2900
Served on 2/8/00.

Clarence Maddox                              FEB 2, 2000

CLERK                                        DATE

(BY) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery 2/8/00 |
| | C. Signature<br>X  Patrick Smith  ☐ Agent  ☐ Addressee | |
| 1. Article Addressed to:<br>The U.S. Dept. of Justice<br>U.S. Attorney' office<br>500 East Broward Blvd<br>Ft Laud, FL 33301 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below.  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number (Copy from service label)  7099 3400 0000 5703 2900 | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-99-M-1789 |