# United States District Court

SOUTHERN _____ DISTRICT OF _FLORIDA_

ODONY AND CAMY ABELLARD , PLAINTIFFS

6778 N.W First Street
Margate ,Florida 33063

V.

UNITED STATES VETERANS ADMINISTRATION

AFFAIRS.

X  9500 Bay Pines Boulevard

St. Petersburg , Fl 33708

TO: (Name and address of defendant)

THE UNITED STATES ATTORNEY OFFICE

500 EAST BROWARD BOULEVARD

FORT LAUDERDALE ,FLORIDA   33301

## SUMMONS IN A CIVIL CASE

CASE NUMBER **00-6170**

**CIV - DIMITROULEAS**

MAGISTRATE
JOHNSON

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ODONY ABELLARD

6778 N.W. First Street

Margate, Florida 33063

(954) 972 3106

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SERVICE RETURN by U.S POSTAL
SERVICE - Cert - 7099-3400 0000 5703 2818
SERVED ON 02/07/2000

Clarence Maddox

FEB 12 2000

| CLERK | DATE |
|---|---|

(BY) DEPUTY CLERK

**SENDER: COMP ETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The U.S. Dept of
Veterans AFFAIRS
9500 BAYPINES Blvd
St. Petersburg 33708

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature

X _____    ☐ Agent
                        ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

FEB    2000

CALLER SERVICE

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*              ☐ Yes

2. Article Number *(Copy from service label)*

7099 3400 0000 5703 2818

PS Form 3811, July 1999         Domestic Return Receipt         102595-99-M-...89