UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE      DIVISION



ODONY AND CAMY ABELLARD, PLAINTIFFS

V,

THE U.S.DEPT.OF VETERANS ADMINISTRATION
AFFAIRS ,DIRECTOR,      DEFENDANT.

Case NO; 00-6170=Civ

Judge ;DIMITROULEAS

REQUEST ORDER FOR DEFAULT

This Cause is before this Court upon the plaintiffs motion to enter Default Order, against the defendant ,for failure to appear or contest the plaintiffs complaint as required by the F R C.P.(4b).

The defendant AND his Attorney have been properly served by the U.S.Postal Service on February.7,and 8,2000,and return service being filed with the clerk on February 12,2000,thereupon no response being made to the plaintiffs Allegations ,from the U.S. ATTORNEY's office ,nor from the Secretary of U.S. Department of Veterans Administration Affairs.

Wherefore;
Plaintiffs are hereby ,persuant rule 55;requesting the court to enter default against the defendant.

Respecfully Requested.

cc.
U.S.Attorney's office.
The U.S.DEPT,OF VRTERANS ADM.OFFICE.

ODONY AND C.ABELLARD

