UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

    Plaintiff,

Magistrate Judge Johnson

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

    Defendant.

FILED by _____ D.C.

MAR 1 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

**ORDER DENYING MOTION FOR ORDER FOR DEFAULT**
**ORDER ADJUSTING ORDER RE JOINT SCHEDULING REPORT**

THIS CAUSE is before the Court upon Plaintiffs' Motion for Order of Default [filed March 10, 2000]. The Court has carefully considered the motion, and is otherwise fully advised in the premises.

The instant motion seeks default against an agency of the United States for failure to answer the complaint served upon the United States Attorney on February 8, 2000. Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, the United States of America, or an agency of the United States of America has 60 days from such service to respond to a complaint. Therefore, the instant motion is denied.

In addition, the Court will amend its Order of February 2, 2000 in that the deadline for the parties to hold a scheduling conference shall be April 28, 2000.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiffs' Motion for Order of Default [filed March 10, 2000] is hereby **DENIED**;

2.     The parties' scheduling conference in this case shall be held no later than April 28, 2000;



3. The joint scheduling report shall be due May 8, 2000.

DONE AND SIGNED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony and Camy Abellard
6778 NW First Street
Margate, FL 33063

U.S. Attorney's Office Civil Section (Ft. Laud)