UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE   DIVISION

ODONY AND CAMY ABELLARD
          PLAINTIFFS
V.
UNITED STATES DEPARTMENT OF           Case n0. 00-6170-Civ.
VETERANS ADMINISTRATION AFFAIRS       JUDGE:DIMITROULEAS
          DEFENDANTS

MOTION TO VACATE THE ORDER REQUIRING PARTIES TO MEET AND FILE JOINT SCHEDULING REPORT
ORDER OF INSTRUCTION, FOR PRO SE LITIGANT.
AND THE ORDER DENYING THE PLAINTIFFS MOTION FOR DEFAULT.

   THIS CASE is before this Court upon the plaintiffs motion to vacate the order entered on February 2,2000,,which has been prematured and errorneously issued.there has been on file for the Court to to review,that waS THE SAME DAY ,THE COMPLAINT has been filed. Also
   Also the the plaintiffs are requesting the court to SET ASIDE THE ORDER denying the the plaintiffs Motion Default .due the defendant to respond the summons , no correspondence received by the plaintiffs until March 9.2000 ,while the scheduling conference between PARTIES should be held 20 days after the filing date,the service was made on Feb.7 and 8 ,2000.the deadline was March 1st.00. for the scheduling conference.My motion for Default March 10,2000
   Would the court be pleased to scheduling conference for parties to meet on April 13,2000.,2:pm. at U.S.DISTRICT ATTORNEY OFFICE 500 East Broward Boulevard  Fort Lauderdale

CC.
   U.S.DISTRICT ATTORNEY OFFICE
   U.S.DEPT.OF VETERANS AFFAIRS

Respectly Requested
_____
ODONY ABELLARD PRO SE.