MFD:cw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

    Plaintiffs,

vs.

THE UNITED STATES VETERANS
ADMINISTRATIVE AFFAIRS,

    Defendant.

_____/



### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE

The United States Attorney's Office, on behalf of the United States Department of Veterans Affairs defendant herein, pursuant to Rule 6(b) of the F.R.Civ.P., respectfully moves for an enlargement of time to file a dispositive motion or answer in this case.

    1.   Plaintiff in this case has filed a complaint and is seeking monetary relief against the defendant, the United States Veterans Administrative Affairs properly known as the Department of Veterans Affairs.  The gravamen of plaintiff's claim is that defendant has violated the Truth in Lending Act from 1978 to date.

    2.   Plaintiff served the complaint on the United States by certified mail on February 8, 2000.  The docket sheet of the Clerk of the Court at entries 4 and 5 indicates that defendant's answer is due on either February 27 or 28, 2000.  Since plaintiff is suing



the United States, the defendant's time to answer is 60 days from the date of service which at the earliest is April 10, 2000.

    3. This Court has issued an order requiring the parties to file a scheduling report by May 8, 2000.

    4. The undersigned Assistant United States Attorney requests an enlargement of time, up to May 8, 2000, to file a responsive motion or answer in this case. This additional time is needed in order to permit the Department of Veterans Affairs to provide the undersigned with the history of this indebtedness from 1978 to date and determine whether the VA is the proper party defendant herein.

    5. This extension of time may permit the undersigned Assistant to file a depositive response and obtain the necessary documentation and affidavits in support of this response. This is the defendant's first request for additional time in this case. This request for a brief enlargement will not unduly prejudice the plaintiffs.

    6. Counsel for the defendant left a message on a telephone answering machine for plaintiffs, who are pro se, regarding this request for an enlargement of time. No response has been received.

WHEREFORE, based on the foregoing, the defendant requests that this Court grant an extension until May 8, 2000, for the defendant to file its response.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
MARY F. DOOLEY
Assistant U.S. Attorney
Fla. Bar No. 112933
U.S. Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL  33132-2111
Tel. No.:  (305) 961-9311
Fax No.:   (305) 530-7195
E-mail Address:
mary.dooley@justice.usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail this __5__ day of April, 2000 to:

Odony Abellard
6778 N.W. 1st Street
Margate, FL 33063

and

Camy Abellard
6778 N.W. 1st Street
Margate, FL 33063


_____
MARY F. DOOLEY
Assistant U.S. Attorney