UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

Magistrate Judge Johnson

Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

Defendant.
_____/

FILED by ___ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER DENYING PLAINTIFFS' MOTION TO VACATE ORDER
### ORDER GRANTING UNITED STATES' REQUEST FOR ADDITIONAL TIME TO
### FILE RESPONSIVE PLEADING

THIS CAUSE is before the Court upon Plaintiffs' Motion to Vacate Order Requiring the parties to meet and file Joint Scheduling Report, Order of Instruction to Pro se Litigant, and Order Denying Plaintiffs' Motion for Default [DE 8] and Defendant's Motion for Additional Time to File Response to Complaint [DE 9]. The Court has carefully considered the motions and is otherwise fully advised in the premises.

Plaintiff's motion asserts that the Court's orders issued on February 2, 2000, upon the filing of the Complaint, were issued too quickly. The Court assures the Plaintiff that the Complaint was read prior to the issuance of the February 2, 2000 Orders. This Court tries to efficiently and fairly resolve the disputes that come before it. Plaintiff's Motion also asserts that default is still appropriate, though the Court addresses this issue in its March 13, 2000, Order, in that the Federal Rules of Procedure, enacted by Congress, give the United States of America and federal agencies thereof, sixty days from the date of service to respond to the Complaint. Finally, Plaintiffs' request this Court to set the scheduling conference for April 13, 2000. The



scheduling conference is not set by the Court but by agreement between the parties.

The Defendant's answer to the complaint is currently due April 28, 2000. The Defendant's motion seeks an extension until May 8, 2000. The Court notes that even if opposed by the Plaintiffs, this ten day extension is reasonable, and the Court grants the motion.

Finally, the Court points out to Plaintiff Odony Abellard that he cannot represent Camy Abellard. Pro se litigants can only represent themselves, regardless of the relationship between the pro se parties. Therefore, only motions signed by both Plaintiffs will apply to both Plaintiffs. If only one Plaintiff signs a motion, such motion will only apply to that Plaintiff.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion to Vacate Order Requiring the parties to meet and file Joint Scheduling Report, Order of Instruction to Pro se Litigant, and Order Denying Plaintiffs' Motion for Default [DE 8] is hereby **DENIED**;

2. Defendant's Motion for Additional Time to File Response to Complaint [DE 9] is hereby **GRANTED**. The Defendant may have until May 8, 2000 to respond to the Complaint;

DONE AND SIGNED in Chambers at Fort Lauderdale, Broward County, Florida, this 11 day of April, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony Abellard
Camy Abellard
Mary Dooley, AUSA