UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6170-CIV-DIMITROULEAS

ODONY and CAMY ABELLARD,   )
                                  )
    Plaintiffs,           )
                                  )
v.                                 )
                                  )
UNITED STATES DEPARTMENT   )
OF VETERANS AFFAIRS,      )
                                  )
    Defendant.            )
_____)

**DEFENDANT'S MOTION TO POSTPONE THE PREPARATION OF A**
**JOINT SCHEDULING REPORT AND DEFENDANT'S REPORT OF CASE STATUS**

    The parties to this action met on Thursday, April 13, 2000, at the office of the United States Attorney, Fort Lauderdale, Florida, to discuss the preparation of a Joint Scheduling Report pursuant to the Order dated February 2, 2000 in accord with Local Rule 16.1(B)7. Pro Se Plaintiff, whose native language is French, did not seem to understand the purpose of the meeting and insisted on the undersigned granting him the relief requested in his complaint. The undersigned, who speaks English only, attempted to explain to plaintiff and his wife the purpose of the meeting. Plaintiff nonetheless persisted in discussing the merits of his case and provided the undersigned documents with hopes of convincing the undersigned of the merits of his claim. The undersigned listened attentively to his reasoning as to why the Department of Veterans Affairs should declare his 30 year period mortgage satisfied, even though plaintiff has made no advance payment above the scheduled



amounts, since the origination of the loan, 20 years ago. In fact plaintiff, presumably out of frustration, became a bit demanding and combative in his statements. In no way was plaintiff threatening nor did counsel feel threatened. Pro Se Plaintiff has merely failed to understand that he must _prove_ his case beyond merely filing a complaint.

Plaintiff states that he would not comply in completing the Scheduling Report, again, more out of ignorance of the requirements of the Court than any thing. In fact, the undersigned got the impression that pro se Plaintiff felt that the undersigned was attempting to deceive him when insisting that the parties complete the Scheduling Report. Additionally, there is a tremendous language barrier. Plaintiff's native language is French. The undersign's native language is English. Plaintiff's accent is very heavy which made communication difficult.

Defendant is scheduled to respond to the Complaint by May 8, 2000.

Wherefore, defendant requests that the Court extend the time to complete the Scheduling Report up to May 20, 2000, as defendant will file a dispositive response and/or answer the Complaint on

---

[1] Plaintiff was also suspicious of the undersigned because he stated that he never received the February 2, 2000 Order from the Court. However, this attorney believes this is not true as Plaintiff called the undersigned to set up the meeting as directed in the Order.

or before May 8, 2000. The undersigned is hopeful that by that time, the plaintiff will have a better appreciation as to how this litigation will proceed to conclusion.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
MARILYNN K. LINDSEY
Assistant United States Attorney
Florida Bar No. 0230057
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314
Fax: (954) 356-7180

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 28th day of April, 2000 to:

MR. ODONY ABELLARD
MRS. CAMY ABELLARD
6778 N.W. First Street
Margate, Florida 33063

_____
MARILYNN K. LINDSEY
Assistant U.S. Attorney

3