```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA

         Case No. 00-6170-CIV-DIMITROULEAS
```

ODONY and CAMY ABELLARD, )
                         )
    Plaintiffs,           )
                         )
v.                       )
                         )
UNITED STATES DEPARTMENT )
OF VETERANS AFFAIRS,     )
                         )
    Defendant.           )
_____)

### NOTICE OF REASSIGNMENT

The Defendant hereby gives Notice to the Court and to the interested parties of record that litigative responsibility for this matter has been transferred within the office of the undersigned United States Attorney from Assistant United States Attorney Marilynn K. Lindsey, to Assistant United States Attorney Laurie E. Rucoba, who can be reached at the address and telephone number set forth below.

                    Respectfully submitted,

                    THOMAS E. SCOTT
                    UNITED STATES ATTORNEY

                    By: /s/ Laurie E. Rucoba
                        LAURIE E. RUCOBA
                        Assistant United States Attorney
                        No. A5500052
                        500 East Broward Boulevard
                        Suite 700
                        Ft. Lauderdale, Florida 33394
                        Tel: (954) 356-7314, Ext. 3613
                        Fax: (954) 356-7180



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 2nd day of May, 2000 to:

MR. ODONY ABELLARD
MRS. CAMY ABELLARD
6778 N.W. First Street
Margate, Florida 33063

*Laurie E. Rucoba*
LAURIE E. RUCOBA
Assistant U.S. Attorney