UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6170-CIV-DIMITROULEAS/JOHNSON

ODONY and CAMY ABELLARD,                )
                                        )
        Plaintiffs,                     )
                                        )
v.                                      )
                                        )
UNITED STATES DEPARTMENT                )
OF VETERANS ADMINISTRATION              )
AFFAIRS,                                )
                                        )
        Defendant.                      )
_____)

NIGHT BOX
FILED

MAY    5 2000

CLARENCE  MADDOX
CLERK,  USDC / SDFL / FTL

## DEFENDANT UNITED STATES OF AMERICA'S MOTION
## FOR A SECOND ENLARGEMENT OF TIME TO ANSWER
## OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The United States Attorney's Office, on behalf of the United States Department of Veterans

Affairs, defendant herein, pursuant to Rule 6(b), FRCP, respectfully moves for entry of an order

enlarging the time to file a dispositive motion in this case. In further support, the defendant submits

the following.

1.      Plaintiff in this case has filed a complaint (DE 1), and is seeking monetary

relief against the defendant, the United States Veterans Administration Affairs, properly known as

the Department of Veterans Affairs. The gravamen of plaintiffs' claim is that defendant has violated

the Truth In Lending Act from 1978 to date.

2.      The defendant applied for and was granted an extension of time to May 8,

2000 to file its responsive pleading by Order of this Court dated April 11. 2000 (DE 10). The answer



to plaintiff's complaint had originally been due on April 28, 2000 and the Court stated that the ten day extension sought by the United States was reasonable.

3.     This matter was reassigned to the undersigned Assistant United States Attorney on May 1, 2000 and a Notice of Reassignment was filed on May 2, 2000 (DE 12).

4.     The undersigned Assistant United States Attorney has reviewed the plaintiffs' complaint and has determined that this is a complex area of law which will require substantial research to determine properly the position of the defendant. This is an area of law not familiar to the undersigned Assistant United States Attorney, nor a common area of practice in the United States Attorney's Office.

5.     The defendant believes that plaintiffs have failed to state a cause of action and that this Court lacks subject matter jurisdiction in the case. The undersigned intends to file a Motion to Dismiss Plaintiffs' Complaint, but because of the press of other litigation matters, and the recent reassignment of the case, has not yet been able to prepare the motion.

6.     The undersigned has been involved in depositions and discovery in another federal district court case on May 3rd and 4th, which will continue through May 8, 2000.

7.     For all the foregoing reasons, the undersigned needs more time to prepare the government's response. The defendant requests an additional fourteen days to file its responsive pleading, to and including May 22, 2000. This will enable the undersigned to complete all the necessary research, obtain all the factual information necessary to prepare the government's response, prepare any affidavits which may be required to support the government's motion, and prepare the motion itself.

8.     This second request for more time, if granted, will mean that the defendant

2

has had a total of twenty four additional days to submit its response, which is fair and reasonable under the circumstances, and given the complex law and facts of this case.

9.    The undersigned was unable to reach plaintiff Odony Abellard by telephone to determine his position on the government's motion. In view of Mr. Abellard's telephone conversation with this Assistant United States Attorney earlier this week, it is believed that plaintiff will object to any further delay in this matter. This Assistant United States Attorney tried to discuss preparation of the required Joint Scheduling Report and the facts of the indebtedness with Mr. Abellard who was unwilling to discuss the preparation of a report or the merits of the claim.[1]

For all the foregoing reasons, defendant respectfully requests that its motion be granted.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: *Laurie E. Rucoba*

LAURIE E. RUCOBA
Assistant United States Attorney
No. A5500052
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel:    (954) 356-7314, Ext. 3613
Fax:    (954) 356-7180

---

[1]    Plaintiff Abellard contends his 30 year mortgage should be declared paid in full. The Veterans Administration has informed the United States Attorney's Office that plaintiff is in default on the loan, has failed to make any payments since early 1999, and currently owes in excess of $10,000 to bring his 1978 mortgage current.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 8th

day of May, 2000 to:

MR. ODONY ABELLARD
MRS. CAMY ABELLARD
6778 N.W. First Street
Margate, Florida 33063

Laurie E. Rucoba
LAURIE E. RUCOBA
Assistant United States Attorney

4