UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

Plaintiff,

Magistrate Judge Johnson

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS.

Defendant.



FILED by _____ D.C.

MAY 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER GRANTING IN PART UNITED STATES' MOTION FOR A SECOND ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

THIS CAUSE is before the Court upon Defendant's Motion to Postpone the Preparation of a Joint Scheduling Report [DE 11] and Defendant's Motion for a Second Enlargement of Time File Response to Complaint [filed night box May 5, 2000]. The Court has carefully considered the motions and is otherwise fully advised in the premises.

The Court notes that Defendant reports that Plaintiffs are likely to oppose the motion for a second extension of time to respond to the Complaint. The Court thus addresses the motion for extension assuming that Plaintiffs do oppose the motion.

Despite such opposition, the Court will grant the United States' motion in part. The United States seeks a second extension from May 8, 2000 until May 22, 2000. The Court notes that the Defendant's original due date was April 28, 2000. Therefore, the Court determines that May 16, 2000, eighteen days after the original deadline, is an appropriate length of time for filing of a response, particularly since the rules give the United States 60 days as of right to respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Defendant's Motion for a Second Enlargement of Time File Response to Complaint [filed



night box May 5, 2000] is hereby **GRANTED in part**. The Defendant may have until

May 16, 2000 to respond to the Complaint;

2. Defendant's Motion to Postpone the Preparation of a Joint Scheduling Report [DE 11] is

hereby **GRANTED**. The joint scheduling report shall be filed by May 22, 2000.

DONE AND SIGNED in Chambers at Fort Lauderdale, Broward County, Florida, this

\_\_\_\_\_ day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony Abellard & Carny Abellard
Laurie Rucoba, AUSA (Ft. Laud)