```
   FILED BY _____ D.C.
   00 MAY 10 PM 3:34
   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA.-FTL
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE.    DIVISION

ODONY AND CAMY ABELLARD, PLAINTIFFS

V,

THE DEPARTMENT OF VETERANS ADMINISTRATION
AFFAIR DIRECTOR,      DEFENDANTS.

CASE:NO OO 6170-Civ.
JUDGE: DIMITROULEAS

PLAINTIFFS OPPOSITION TO DEFENDANT"S MOTION
TO FILE MOTION FOR EXTENTION OF TIME TO FILE
RESPONSIVE PLEADING.
AND PLAINTIFFS MOTION FOR THE DEFENDANT'S TO
APPEAR BEFORE THE COURT IN PERSON.

---

THIS CAUSE,is before the Court upon the plaintiffs in opposition
of the defendant's Motion for Extention of time to file responsive
pleading   ,Due to the defendant failure to meet the plaintiffs.20 days
after the filing date,and 60 days to respond to the plaitiffs Complaint
the date was May 8,2000,no response was filed,nor the defendant attorney,
and so the Veterans administration of   Department Affair Director were
in Court. The plaintiffs are in opposition to any other pleading the def=
endant may have,until the appearance of THE DIRECTOR OF THE VETERANS IN
COURT TO CONTEST ,OR TO OBJECT VERBALLY THE PLAINTIFFS ALLEGATIOHS.

ON APRIL 13 ,2000 the plaintiffs met the defendant's Attorney,
Ms.MARILYN LENDZY,for a Joint Scheduling conference ,no agreement
has reached. due to Ms.LENDZY had been trying to conduct an ONE WAY
WAY Street conference, instead of TWO IN DENYING MY COMPLAINT AND
MY DEMANDS.

WHEREFORE,
           The plaintiffs are requesting the Court an Order
for the defnedant ,,THE DEPARTMENT VETERARANS ADMINISTRATION AFFAIR
DIRECTOR OR HIS ATTORN EY TO APPEAR IN COURT ON MAY 31st.2000,at 11:A.M.
   Defensive or responsive  pleading will not VALID,Should appear
in PERSON.FAILURE TO SO WILL BE IN CONTEMPT OF THE COURT?

Copies to
LAURIE RUBOCO
U.S.ATTORNEY OFFICE

Respecfully Requested

ODONY ABELLARD   5/10/00
6778 N.W, 1ST,
MARGATE.FL.