UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

     Plaintiffs,

vs.

THE UNITED STATES VETERANS
ADMINISTRATIVE AFFAIRS,

     Defendant.

_____/



## **DEFENDANT'S MOTION TO DISMISS AND/OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF**

The United States Attorney for the Southern District of
Florida, on behalf of the Department of Veterans Affairs, defendant
herein, pursuant to Rules 8, 12(b)(1) and 12(b)(6), Federal Rules
of Civil Procedure, respectfully files this Motion To Dismiss
Plaintiffs' Complaint. Plaintiffs have not followed the require-
ments of Rule 9 of the Federal Rules of Civil Procedure.   In
addition, plaintiffs have failed to allege facts entitling them to
relief, and defendant moves for dismissal pursuant to Rule 12
(b)(1) and 12(b)(6), Federal Rules of Civil Procedure.   In light

---

[1] "It is proper for the district court to look beyond the
jurisdictional allegations in the complaint and to view whatever
evidence has been submitted in determining whether subject matter
jurisdiction exists under Rule 12(b)(1)." Roman v. U. S. Postal
Service, 821 F.2d 382, 385 (7th Cir. 1987). Accord, Williams v.
United States, 50 F.3d 299, 304 (4th Cir. 1995). "[T]he trial



of these failures, plaintiffs' complaint should be dismissed. Defendant, in the alternative, respectfully requests that summary judgment be entered in its favor, pursuant to Rule 56(b) and (c), Fed.R.Civ.P., and in support thereof, would show that defendant is entitled to judgment as a matter of law.   In support of this motion, the government submits the following.

## BACKGROUND AND STATEMENT OF THE CASE

Plaintiffs have filed a complaint, seeking monetary relief against the defendant, the United States Veterans Administrative Affairs properly known as the Department of Veterans Affairs.  The gravamen of plaintiffs' claim is that defendant has violated the Truth in Lending Act from 1978 to date.  Plaintiffs allege that the defendant continuously overcharged the interest account, and under credited the principal balance in violation of the Truth in Lending Act (D.E. #1, Complaint at 1).  Although it is not stated in the complaint, plaintiffs presumably are alleging violations of the Truth in Lending Act with respect to their mortgage on property

court is free to weigh evidence and satisfy itself as to the existence of its power to hear the case."  Davis v. United States, 918 F. Supp. 368, 370 (N.D. Fla. 1996) (quoting Williams v. United States, 50 F.3d 299, 304 (4th Cir. 1995).  "The court's consideration of materials outside the pleadings does not convert a Rule 12(b)(1) motion into a summary judgment motion."  Davis, 918 F. Supp. at 370, n.1 (citation omitted).

"But if the district court is considering whether a claim should be dismissed under Rule 12(b)(6) and 'matters outside the pleadings are presented to and not excluded by the district court' the motion should be treated as one for summary judgment under Fed.R.Civ.P. 56(c).  Roman, 821 F.2d at 385 (citations omitted).

2

located at 6779 N.W. First Street, Margate, Broward County, Florida.

As the Declaration of Samuel Zucker, Staff Attorney, Office of Regional Counsel, Department of Veterans Affairs (hereafter the VA) establishes, plaintiffs have a thirty-year mortgage on their residence, which they purchased from the VA on October 2, 1978. See Declaration of Samuel Zucker (hereafter Zucker Dec.)attached hereto as Exhibit A. As reflected in the "Sales Closing Statement" (Exhibit 1 to Zucker Dec.), the property was purchased for $52,000 with the VA taking back a purchase money mortgage in the amount of $50,000. As part of the sales closing, the Abellards signed the "Sales Closing Statement," the "Purchase Money Mortgage Short Form of Mortgage" and the "Purchase Money Mortgage Note" (Exhibit 2 to Zucker Dec.), and also the "Federal Truth-in-Lending Statement" (Exhibit 3 to Zucker Dec.). The entire essential terms of the mortgage (i.e., the principal amount, the duration of the loan, and the interest rate) are contained in Exhibits 2 and 3 to the Zucker Declaration.

On November 22, 1989, the VA sold the loan to Merrill Lynch Mortgage Corporation (see Exhibit 7 to Zucker Dec.). As stated on the endorsement that appears on the back of the copy of the mortgage note (See Exhibit 2 to Zucker Dec.), this loan was sold with "Payment guaranteed under VA regulation 4600". Where a loan is sold as "payment guaranteed under VA regulation 4600" (also

known as 38 C.F.R. § 36.4600), the loan is also referred to as sold "with recourse." A sale "with recourse" indicates that the VA agrees that in accord with 38 C.F.R. § 36.4000, the VA will purchase back a loan that is in default from the current holder of the loan.

By letter dated November 22, 1983, the VA notified Mr. Abellard that his mortgage loan had been sold to Merrill Lynch Mortgage Corporation and informed him of the amount of the principal balance and the amount of the tax and insurance balance as of that date (See Exhibit 5 to Zucker Dec.).

Subsequent to the VA's sale of the loan in 1983, the VA was unaware of the status of payments made on the loan or the holder of the mortgage loan. With the completion of the VA's sale of the loan in 1983, the mortgage loan entered the general marketplace. The loan was transferred to other loan holders throughout the years 1983 through 1999.

In 1999, plaintiffs allowed there to be an uncured delinquency in the payments due under the mortgage loan. Inasmuch as the mortgage loan had been sold by VA in 1983 "with recourse" (i.e., guaranteed under 38 C.F.R. §36.4000), Firstar Bank, N.A., as the holder in due course, elected to exercise its right to require the VA to repurchase the delinquent mortgage loan. The VA did repurchase the mortgage loan of the Abellards.

As of May 15, 2000, the mortgage loan is delinquent for the payment due April 1, 1999 as well as for all mortgage payments due thereafter. As of May 15, 2000, the amount needed to cure the mortgage delinquency is $10,961.15 and the amount needed to pay off the mortgage loan is $36,730.15 (see Exhibit 20 to Zucker Dec.).

In essence, plaintiffs, having made payments for twenty-one years on a thirty-year mortgage, seek in their complaint to have this Court declare the amount paid in full. As the Zucker Declaration establishes, plaintiffs are delinquent in their mortgage, and are not entitled to the relief they seek, even if they are deemed to have stated a cause of action in their pleading.

### ARGUMENT

A.    Rule 8 has been violated.

Federal Rules of Civil Procedure Rule 8(a)(2) requires a "short and plain statement of claim showing that the pleader is entitled to relief." In addition, Rule 8(e)(1) states that "[e]ach averment of a pleading shall be simple, concise, and direct." The primary purpose of these provisions is rooted in fair notice. Under Rule 8, a complaint "'must be presented with intelligibility sufficient for a court or opposing party to understand whether a valid claim is alleged and if so what it is'." Wade v. Hopper, 993 F.2d 1246, 1249 (7th Cir. 1993)(citations omitted), cert. denied, 510 U.S. 868 (1993), Vicom, Inc. v. Harbridge Merchant Services, Inc., 20 F.3d 771, 775 (7th Cir. 1994). Complaints "must be

presented with clarity sufficient to avoid requiring a district
court or opposing party to forever sift through its pages in search
of what it is the plaintiff asserts." Jennings v. Emry, 910 F.2d
1434, 1436 (7th Cir. 1990).

Plaintiffs are proceeding pro se. As such, they are not held
to as rigorous a standard in their pleadings as a court would hold
an attorney. However, even pro se litigants are held to a minimal
standard. Rodriguez v. Weprin, 116 F.3d 62 (2d Cir. 1997).
Plaintiffs' complaint is essentially incomprehensible and nearly
unintelligible. The purpose of the pleadings is to give notice to
the opposing party of the basis of the claim, to state what the
claim is and the factual and legal grounds upon which it rests.
When a pleading fails to provide such notice, it is defective.
Conley v. Gibson, 355 U.S. 41 (1957).

In this case, essentially all the applicable rules of
procedure have been ignored. There are no facts, the allegations
themselves are vague and ambiguous, and there are no separate
counts. Plaintiffs' complaint alleges a violation of the Truth in
Lending Act (TILA), but there are no factual allegations of any
kind whatsoever, including how or when TILA was violated.
Plaintiffs state the relief requested, but fail to state any facts
which would support their claim for relief.

The appropriate action in a case such as this, predicated upon
a pro se filing which is ambiguous and incomprehensible, is to

6

dismiss same.  Moll v. Carter, 179 F.R.D. 609 (D. Kan. 1998).  It
is respectfully submitted that plaintiffs' complaint should be
dismissed with prejudice, even in construing the matter in the
light most favorable to the plaintiffs, because this case is
totally devoid of merit or at least of anything substantial enough
to justify Federal jurisdiction.  See, for example, Walton v.
Shanelec, 19 F. Supp. 2d 1209 (D. Kan. 1998) and Edison v. Arenas,
155 F.R.D. 215 (M.D. Fla. 1994).

   B.   Plaintiffs have failed to State a Jurisdictional Basis
        Entitling them to Relief

   In this case, plaintiffs have filed suit against the VA,
contending that the Truth in Lending Act has been violated.  In
their complaint, plaintiffs set forth the following statement
regarding the jurisdictional basis of this suit: "Jurisdiction is
conferred on this Court over the plaintiffs claims, by the
violation of the Federal Truth in Lending Act, by the sec. #891, 18
U.S.C. 12 U.S.C. sec. 4161, title 12 sec. 1735F-14 [sic]."
(Complaint at 1).  None of these provisions entitle the plaintiffs
to federal jurisdiction in this case.

   Title 18, United States Code, section 891 is a criminal
provision providing for criminal liability for extortion, false
pretenses or similar offenses. This statute was primarily directed
at persons engaged in loan-sharking and organized crime.  United
States v. Wallace, 59 F.3d 333 (2d Cir. 1995).  There is no subject
matter jurisdiction under this section that plaintiffs may claim.

7

Title 12, United States Code, section 1735f-14 provides that the Secretary of the Department of Housing and Urban Development may impose civil money penalties for any knowing and material violation against mortgagees, lenders and other participants in Federal Housing Administration (FHA) programs. The loan in question in this case is a VA loan, not an FHA loan. Title 12, United States Code, section 4161, also cited by plaintiffs, no longer exists and has been repealed. Neither of these sections provides a basis for subject matter jurisdiction, and for this reason, plaintiffs' complaint should be dismissed.

## C. Plaintiffs have Failed to State a Claim for Relief Under the Truth in Lending Act

Although plaintiffs' complaint is nearly incomprehensible, they appear to allege in conclusory language that the VA has violated the Truth in Lending Act, and as a result, plaintiffs are entitled to have their mortgage declared paid in full, and have penalties assessed against the VA.

Even assuming, arguendo, these allegations to be true, plaintiffs have failed to state a claim upon which relief may be granted, and their complaint should be dismissed. As the Supreme Court has recognized, the "[p]assage of the Truth in Lending Act in 1968 culminated several years of congressional study and debate as to the propriety and usefulness of imposing mandatory disclosure requirements on those who extend credit to consumers in the American market." Mourning v. Family Publications Service, Inc.,

8

411 U.S. 356, 363 (1973). As the statute provides at 15 U.S.C. § 1601(a): "It is the purpose of this subchapter to assure a meaningful disclosure of credit terms so that the consumer will be able to compare more readily the various credit terms available to him and avoid the uninformed use of credit, and to protect the consumer against inaccurate and unfair credit billing and credit card practices." See also Fairly v. Turan-Foley Imports, Inc., 65 F.3d 475 (5th Cir. 1995).

The Truth in Lending Act is a disclosure statute whose fundamental purpose is to provide information to consumers to facilitate comparative credit shopping. The thrust of the Act is a full disclosure of credit terms, rather than regulation of the terms or conditions under which credit may be extended. Johnson v. McCrackin-Sturman Ford, Inc., 527 F.2d 257 (3rd Cir. 1975). This statute imposes obligations on the lender to disclose certain information; it does not impose liability for any subsequent performance of the credit transaction. Burgess v. Charlottesville Savings and Loan Ass'n, 477 F.2d 40 (4th Cir. 1973); Fenton v. Citizens Sav. Ass'n, F.A., 400 F. Supp. 874, 876 (W.D. Mo. 1975). A civil cause of action may be brought by a consumer against a creditor who fails to make the required disclosures. The Act itself sets forth the remedy for such failures. 15 U.S.C. § 1640; Tower v. Moss, 625 F.2d 1161 (5th Cir. 1980).

TILA requires a lender to disclose, inter alia, three pieces of information to a borrower: the amount financed, the finance charge, and the APR. <u>See</u> 15 U.S.C. § 1638. The APR is calculated by reference to the duration of the loan, its payment terms, and the finance charge. <u>See</u> 15 U.S.C. §1606. Here, however, plaintiffs have not alleged that the credit terms were not properly disclosed, nor can they. In fact, all the required disclosures were made at the time of the closing on the property. <u>See</u> Zucker Declaration, Exhibits 2 and 3.

Plaintiffs' only complaint is that the interest paid by them has not been properly credited. Notwithstanding plaintiffs' claim, it does not give rise to a violation of the Truth in Lending Act. For this reason, their complaint fails to state a cause of action upon which relief may be granted, and should be dismissed.

---

<sup>1</sup> Plaintiffs' claims may be more appropriately defenses to any delinquencies alleged due on the loan. The VA has tried, unsuccessfully, to resolve the delinquency issues with the plaintiffs. See Zucker Dec. at Exhibit 17. The next step for the VA will, of course, be a foreclosure action in state court.

WHEREFORE, based on the foregoing, the defendant requests that this Court dismiss plaintiffs' complaint and/or in the alternative enter summary judgment in favor of the defendant.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _Laurie E. Rucoba_

LAURIE E. RUCOBA
Assistant United States Attorney
Bar No. A5500052
U.S. Attorney's Office
500 East Broward Boulevard, #700
Ft. Lauderdale, FL 33394
Tel. No.: (954) 356-7314, ext. 3613
Fax No.:   (954) 356-7180
E-mail Address:
Laurie.Rucoba@justice.usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail this __16th__ day of May, 2000 to:

Odony and Camy Abeilard
6778 N.W. 1st Street
Margate, FL 33063

_Laurie E. Rucoba_

LAURIE E. RUCOBA
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

     Plaintiffs,

vs.

THE UNITED STATES VETERANS
ADMINISTRATIVE AFFAIRS,

     Defendant.

_____/

## **DECLARATION OF SAMUEL ZUCKER**

I, Samuel Zucker, declare and state, the following:

1.   I, Samuel Zucker, am employed by the United States Department of Veterans Affairs (VA) as a staff attorney in the Office of Regional Counsel, Bay Pines, Florida. The responsibilities of my position include furnishing legal advice to the Loan Guaranty Division of the VA Regional Office that is located in St. Petersburg, Florida. I have personal knowledge of the facts disclosed in this Declaration, based upon my review of documents and other information contained in the VA Loan Docket for the mortgage loan to Odony and Camy Abellard that is at issue herein. A copy of pertinent exhibits from this loan file is attached hereto and made a part hereof.

2.    The VA obtained title to the property, located at 6778 N.W. First Street, Margate, Broward County, Florida, as a consequence of its guarantee of a foreclosed mortgage.    The plaintiff in the suit which foreclosed that mortgage was the successful bidder at the foreclosure sale and thereafter, in accord with the terms of the VA guaranty, conveyed the property to the VA by warranty deed in 1977.    The VA then offered the property for sale to the general public.

3.    The property was purchased from VA by Odony Abellard and his wife Camy Abellard on October 2, 1978.    As reflected in the "Sales Closing Statement" (Exhibit 1), the closing was held in the office of attorney John Anthony and the property was purchased for $52,000 with the VA taking back a purchase money mortgage in the amount of $50,000.    As part of this sales closing the Abellards signed the "Sales Closing Statement", the "Purchase Money Mortgage Short Form Of Mortgage" and the "Purchase Money Mortgage Note" (all found at Exhibit 2), and also the "Federal Truth-In-Lending Statement" (Exhibit 3).    All of the essential terms of the mortgage (i.e., the principal amount, the duration of the loan, and the interest rate) are contained in Exhibits 2 and 3.

4.    On November 22, 1983 VA sold the loan to Merrill Lynch Mortgage Corporation (see the copy of the recorded blanket assignment of mortgage found in Exhibit 7).    As stated on the endorsement that appears on the back of the copy of the mortgage

note (See Exhibit 2), this loan was sold with "Payment guaranteed under VA regulation 4600". Where a loan is sold as "payment guaranteed under VA regulation 4600" (also known as 38 C.F.R. § 36.4600) the loan is also referred to as being sold "with recourse". A sale "with recourse" indicates that the VA agrees that in accord with 38 C.F.R. § 36.4000, the VA will purchase back a loan that is in default from the current holder of the loan.

5.    By letter dated November 22, 1983, the VA notified Mr. Abellard that his mortgage loan had been sold to Merrill Lynch Mortgage Corporation and informed him of the amount of the principal balance and the amount of the tax and insurance balance as of that date (See Exhibit 5).

6.    Subsequent to the VA's sale of the loan in 1983, the VA was unaware of the status of payments made on the loan or the holder of the mortgage loan. With the completion of the VA's sale of the loan in 1983, the mortgage loan entered the general marketplace.

7.    In 1999 plaintiffs allowed there to be an uncured delinquency in the payments due under the mortgage loan. Inasmuch as the mortgage loan had been sold by VA in 1983 "with recourse" (i.e., guaranteed under 38 C.F.R. §36.4000), Firstar Bank, N.A., as the holder in due course, elected to exercise its right to require the VA to repurchase the delinquent mortgage loan.

8.  When Firstar Bank, N.A. desired to require the VA to honor its obligation to purchase the delinquent loan, Firstar (as a condition of such re-purchase) had to furnish certain documentation to the VA that included copies of the various assignments of mortgage to show a complete chain of ownership of the mortgage. Copies of these assignments of mortgage are found at Exhibit 7 and in chronological order the chain is as follows: a. VA to Merrill Lynch Mortgage Corp.; b. Glenfed Mortgage Corp (f/k/a Merrill Lynch Mortgage Corp. and f/k/a United First Mortgage Corp) to Matrix Financial Services Corp.; c. Matrix Financial Services Corp. to Continental Mortgage, Inc.; d. Continental Mortgage, Inc. to Government National Mortgage Association; e. Government National Mortgage Association to Firstar Bank, N.A.  A copy of the last assignment of mortgage is found at Exhibit 8 and it is from Firstar Bank, N.A. to the VA.

9.  A copy of the VA loan payment history from the date of the origination of the loan until the VA's sale of it to Merrill Lynch Mortgage Corp. is found at Exhibit 11.  Thereafter, the loan payment history is only available for the last half a dozen years and is contained at Exhibits 12-14.  Printouts from the VA's private servicing agent's (SMG's) computer screens as to the status of this account as of March of this year are found at Exhibit 18. Notes of contact between the VA and Mr. Abellard beginning in 1999 are reflected in the VA loan servicing notes of VA Loan Service

4

Representative Wendy Torres and Larry Smith that are contained at Exhibit 17.

10.   As of May 15, 2000 the mortgage loan is delinquent for the payment due April 1, 1999 as well as for all mortgage payments due thereafter.  As of May 15, 2000 the amount needed to cure the mortgage delinquency is $10,961.15 and the amount needed to pay off the mortgage loan is $36,730.15.  See attached Exhibit 20.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this _____ day of May, 2000 at Bay Pines, Florida.


_____
SAMUEL ZUCKER
Attorney
Department of Veterans Affairs
Office of Regional Counsel

5

## SALES CLOSING STATEMENT

| | | |
|---|---|---|
| LOAN GUARANTY DIVISION | October 2, 1978 | LOAN MOM'T. NO.<br>17-4-0410781 |

| | |
|---|---|
| FIRST - MIDDLE - LAST NAME OF PURCHASER<br><br>Odony Abellard and Camy Abellard, his wife | REGIONAL OFFICE<br>CHIEF, P.M. SECTION<br>VETERANS ADMINISTRATION<br>P.O. BOX 505<br>JACKSONVILLE, FL 32201 |
| FUTURE MAILING ADDRESS OF PURCHASER<br>6778 N. W. 1st Street<br>Margate, FL. 33063 | ADDRESS OF PROPERTY SOLD<br>AUTHORIZED CONTROL NO: 09006<br>Same |
| CLOSING HELD AT OFFICE OF. (Specify)<br>Mr. John J. Anthony, Jr., Attorney at Law<br>One Financial Plaza | ADDRESS AT WHICH CLOSING WAS HELD<br>Landmark First National Bank Bldg.<br>Ft. Lauderdale, FL. 33394 |
| NAMES OF PARTIES IN ATTENDANCE AT CLOSING<br>Odony Abellard, Camy Abellard, a representative of Seashell<br>Realty and VA Loan Closer | DATE ALL ADJUSTMENTS HAVE BEEN COMPUTED<br>October 2, 1978 |

### SECTION A—CREDIT DUE VA

| | | | |
|---|---|---|---|
| 1 | PURCHASE PRICE | $ 52,000.00 | |
| 2 | NET ADJUSTMENT DUE VA (Transcribed from line 17) | -0- | |
| 3 | TOTAL (Add lines 1 and 2) | | $ 52,000.00 |

### SECTION B—CREDIT DUE PURCHASER

| | | | |
|---|---|---|---|
| 4 | Collect Broker's Escrow check for $100.00 EMD<br>DEPOSIT WITH CONTRACT OF SALE | $ 100.00 | |
| 5 | AMOUNT OF MORTGAGE OR BALANCE OF INSTALLMENT CONTRACT | 50,000.00 | |
| 6 | NET ADJUSTMENT DUE PURCHASER (Transcribed from line 18) | 519.85 | |
| 7 | TOTAL (Add lines 4, 5 and 6) | | $ 50,619.85 |
| 8 | AMOUNT DUE ON ACCOUNT OF PURCHASE PRICE (Line 3 minus line 7) | | 1,380.15 |
| 9 | LUMP SUM PAYMENT DUE TO TAX AND INSURANCE ACCOUNT | | 713.75 |
| 10 | TOTAL REMITTANCE (Add lines 8 and 9) | | $ 2,093.90 |

### SECTION C—ADJUSTMENTS (Show calculation)

| | | DUE VA | DUE PURCHASER |
|---|---|---|---|
| 11 | TAXES | $ | $ |
| 12 | SPECIAL LEVIES OR ASSESSMENTS<br>197 8  taxes estimated to be $ 690.55<br>Due Purchaser 9.03 months tax proration<br>    @ 57.55    $ 519.85<br>Total Escrow by seller for exclusive<br>payment of Taxes . . . . $ 519.85 | | 519.85 |
| 13 | RENTS<br>Waste Tax paid by VA or to be paid by VA.<br><br>Due VA_____ Months @_____ $_____<br><br>LUMP SUM PAYMENT TO TAX & INSURANCE ACCOUNT<br>Sellers escrow deposit above ...$519.85<br>  3 months tax accrual @57.55 172.65 | | |
| 14 | OTHER ITEMS<br>  1 months insurance @ 21.25  21.25<br><br>TOTAL TO T AND I ACCOUNT ......$ 713.75<br><br>Adj to make first payment due _____ | | |
| 14A | INTEREST    FROM    TO | | |
| 15 | TOTALS | $ | $ 519.85 |
| 16 | LESS | | -0- |
| 17 | NET ADJUSTMENT DUE VA (Enter on line 2 above) | $ | |
| 18 | NET AMOUNT DUE PURCHASER (Enter on line 6 above) | | $ 519.85 |

**SECTION D–TERMS OF LOAN**

| DATE OF LOAN | AMOUNT OF LOAN | INTEREST RATE | DURATION OF LOAN |
|---|---|---|---|
| October 2, 1978 | $50,000.00 | 9½ % | ~~NUMBER OF~~ MONTHS |

| PAYMENTS ARE DUE | | | | | 360 |
|---|---|---|---|---|---|
| ☒ MONTHLY | ☐ QUARTERLY | ☐ SEMI-ANNUALLY | ☐ ANNUALLY | | |

| PAYMENTS CONSIST OF: | PRINCIPAL & INTEREST | T AND I INSTALLMENT | | | | TOTAL INSTALLMENT AMOUNT |
|---|---|---|---|---|---|---|
| | $ 420.43 | TAXES $ 58.32 | INSURANCE $ 21.25 | OTHER (Specify) $ -0- | T AND I TOTAL $ 79.57 | $ 500.00 |

| DATE FIRST PAYMENT DUE | DATE FINAL PAYMENT DUE |
|---|---|
| November 1, 1978 | October 1, 2008 |

**SECTION E–CLOSING INSTRUMENTS**

The undersigned sales closer has retained the following closing instruments which are to be recorded and are to be returned as indicated.

| ☒ DEED | DATE OF INSTRUMENT September 15, 1978 | FROM VA TO Odony Abellard & Camy Abellard, his wife |
|---|---|---|
| | TO BE RETURNED TO Odony Abellard & Camy Abellard, his wife | |

CHECK ONE

| ☒ MORTGAGE | DATE OF INSTRUMENT October 2, 1978 |
|---|---|
| ☐ DEED OF TRUST | BY (Name) Odony Abellard & Camy Abellard, his wife |
| ☐ OTHER (Specify) | TO (Name) Veterans Administration |
| | To be returned to the Veterans Administration |

**ADDITIONAL CLOSING INSTRUMENTS**

The undersigned sales closer has also retained the following closing instruments which are not to be recorded and which are to be forwarded to the VA.

CHECK ONE

| ☒ NOTE | DATE OF INSTRUMENT October 2, 1978 |
|---|---|
| ☐ BOND | TO VA BY (Name) Odony Abellard & Camy Abellard, his wife |
| ☐ INSTALLMENT CONTRACT | FACE AMOUNT $ 50,000.00 | INTEREST AT 9½ % | INTEREST FROM (Date) October 2, 1978 |

THE ABOVE NAMED PURCHASER HAS DELIVERED TO THE UNDERSIGNED SALES CLOSER THE FOLLOWING **METHOD OF PAYMENT**

| Name of Insurance Co. | ☐ Cash |
|---|---|
| Policy No. | ☐ Certified Check |
| Type of Insurance | ☐ Cashier's Check |
| Amount of Insurance | ☐ Broker's Ck.Esc.Acct. |

THE UNDERSIGNED SALES CLOSER HAS DELIVERED TO THE ABOVE NAMED PURCHASER THE FOLLOWING PAPERS WHICH ARE NOT INTENDED FOR RECORD

1. copy VA Form 26-6714
Sales Closing Statement

The undersigned sales closer hereby acknowledges the receipt from the purchaser herein of a deposit to be applied to the cost of recording the foregoing instruments which are to be recorded and of USIR stamps and required state stamps or recording taxes on such instruments. Any remaining balance is to be returned to said purchaser who agrees to pay to said closer any deficiency in the foregoing sum.

AMOUNT OF DEPOSIT

| DATE | SIGNATURE OF PURCHASER |
|---|---|
| Oct. 2, 1978 | |
| SIGNATURE OF VA SALES CLOSER | SIGNATURE OF PURCHASER |
| John J. Mulligan | Camy Abellard |

EXPENSE

| Fed. Doc. Stamps on Deed | $ | -0- |
|---|---|---|
| State Doc. Stamps on Mtg | $ | 75.00 |
| Recording Mortgage | $ | 7.00 |
| Recording Deed | $ | 7.00 |
| Total | $ | 89.00 |

EQUIPMENT: None

**TO BE COMPLETED BY VA AFTER SALES CLOSING**

| NAME OF SALES BROKER Seashell Realty 2331 North State Road 7 Ft. Lauderdale, FL. 33313 | BROKER'S COMMISSION | | DUE ON ☐ Rec. of Sales ☐ CLOSING Com. Invoice ☐ HALF ON CLOSING AND BALANCE WHEN 10% OF PURCHASE PRICE PAID IN |
|---|---|---|---|
| | PERCENTAGE 5 % | AMOUNT DUE $ 2,600.00 | |

THE ABOVE SALES CLOSING STATEMENT HAS BEEN REVIEWED AND FOUND TO BE IN ORDER

| DATE | SIGNATURE OF CHIEF, PROPERTY MANAGEMENT SECTION |
|---|---|
| 10/3/178 | Edward D. Hay  EDWARD D. HAY |

VA Form 26—5408a (Direct Loan)
Revised December 1977
Section 1811, Title 35, U.S.C.

PURCHASE MONEY

**FLORIDA**

# MORTGAGE NOTE
LN# 1740410781

$ 50,000.00

Fort Lauderdale, Broward County , Florida.
October 2    ,1978

FOR VALUE RECEIVED, the undersigned promise(s) to pay to the order of the Administrator of Veterans' Affairs, an Officer of the United States of America, and his successors in such office, as such, and his or their assigns, the principal sum of Fifty Thousand and No/100
Dollars ($ 50,000.00), with interest from date at the rate of Nine and One Half per centum ( 9½ %) per annum on the unpaid balance until paid. The said principal and interest shall be payable at the office of the Loan Guaranty Officer, Veterans Administration Regional Office, in Jacksonville Florida          , or at such other place as the holder may designate, in writing delivered or mailed to the debtor, in monthly installments of Four Hundred Twenty & 43/100          Dollars
($ 420.43     ), commencing on the     1st          day of    November          ,
19 78 , and continuing on the     1st          day of each month thereafter until this note is fully paid, except that, if not sooner paid, the final payment of principal and interest shall be due and payable on the     1st          day of    October          , 2008 .

Privilege is reserved to prepay at any time, without premium or fee, the entire indebtedness or any part thereof not less than the amount of one installment, or one hundred dollars ($100.00), whichever is less. Prepayment in full shall be credited on the date received. Partial prepayment, other than on an installment due date, need not be credited until the next following installment due date or thirty days after such prepayment, whichever is earlier.

If any deficiency in the payment of any installment under this note is not made good prior to the due date of the next such installment, the entire principal sum and accrued interest shall at once become due and payable without notice at the option of the holder of this note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default. In the event of default in the payment of this note, and if the same is collected by an attorney at law, the undersigned hereby agree(s) to pay all costs of collection, including a reasonable attorney's fee.

This note is given for purchase money of real estate and is secured by mortgage to secure debt of even date herewith, given and delivered by the undersigned to payee on certain real property described therein.

Presentment, protest, and notice are hereby waived.

..................................................................[SEAL]
Odony Abellard

..................................................................[SEAL]

..................................................................[SEAL]
Camy Abellard

..................................................................[SEAL]

This is to certify that this is the note described in and secured by Mortgage of even date herewith and in the same principal amounts herein stated and secured by real estate situated in the county of    Broward    , of Florida.

Dated this     2nd          day of    October    ,19 78

.................................................
Notary Public

Notary Public, State of Florida at Large
My Commission Expires December 4, 1981
Bonded by Massey Agency

MERRILL LYNCH MORTGAGE CORP.
Payment guaranteed under VA
regulation 4600

Administrator of Veterans Affairs
By
Loan Guaranty Officer
or
By
Assistant Loan Guaranty Officer
DATE:   NOV 22 1983

PAY TO THE ORDER OF

without recourse

MERRILL LYNCH MORTGAGE CO   VOID

K. Carter          Assistant Secretary

WITHOUT RECOURSE PAY TO THE ORDER OF
MATRIX FINANCIAL SERVICES CORPORATION

By
GLENFED MORTGAGE CORPORATION
SUCCESSOR BY MERGER TO GFSL, INC.
fKA MERRILL LYNCH MORTGAGE CORPORATION,
fKA UNITED FIRST MORTGAGE CORPORATION

Pay to the order of

Firstar Bank, N.A.

WITHOUT RECOURSE

Government National Mortgage Association

BY:
Cathy Jarbo, Asst Vice President
as Attorney in Fact for Government
National Mortgage Association

PAY TO THE ORDER OF
THE SECRETARY OF VETERANS AFFAIRS
HIS SUCCESSORS AND ASSIGNS
WITHOUT RECOURSE

BY.
CATHY JARBUE, ASST VICE PRESIDENT
FIRSTAR N.A.

PAY TO THE ORDER OF,
AFI Mortgage Corp., formerly
Continental Mortgage, Inc.
WITHOUT RECOURSE

MATRIX FINANCIAL SERVICES CORPORATION
BY:
JULIE A. GLADSTONE
VICE PRESIDENT

Without recourse, pay to the order of

Government National Mortgage Association
AFI Mortgage Corp.

By:
William B. Morris, President

PURCHASE MONEY

090906- 8

# SHORT FORM OF MORTGAGE

This Mortgage, dated the       2nd   day of    October       A. D. 19   78   , by and between

ODONY ABELLARD                  and             CAMY ABELLARD, his wife

hereinafter called the Mortgagor, and    Administrator of Veterans Affairs, an

Officer of the United States of America, his successors and assigns

hereinafter called the Mortgagee,

WITNESSETH, that for valuable considerations, the said Mortgagor does hereby grant, bargain, sell and convey unto the said Mortgagee and his assigns, all that certain parcel of land of which the said

Mortgagor is now seized and possessed and in actual possession, situated in the County of

and State of Florida, described as follows:

> Lot Thirty-two (32) in Block "G" of ORIOLE MARGATE
> SECTION TWO, according to the plat thereof recorded in
> Plat Book 71 at page 23 of the public records of
> Broward County, Florida;

Received $ _____ in payment of taxes due
on Class "C-1/ Intangible personal property, pursuant
to Chapter 71-134, General Acts of 1971,
F. C. KAUTH, County Administrator,
ST I?! DEPT. OF REVENUE,
Florida,
By _____
Deputy Clerk

STATE OF FLORIDA
DOCUMENTARY
DEPT. OF REVENUE
on OCT 12 '79     = 7 5. 0 0
STAMP TAX

Together with all structures and improvements now and hereafter on said land and the rents, issues and profits of the above described property (provided, however, that the Mortgagor shall be entitled to collect and retain the said rents, issues and profits until default hereunder); and all fixtures now or hereafter attached to or used in connection with the premises herein described and in addition thereto the following described household appliances, which are and shall be deemed to be, fixtures and a part of the realty, and are a portion of the security for the indebtedness herein mentioned.

TO HAVE AND TO HOLD the same, and every part thereof, with the appurtenances of the said Mortgagor in and to the same, and every part and parcel thereof, unto the said Mortgagee in fee simple.

The Mortgagor hereby covenants with the Mortgagee, that he is seized of said land in fee simple or such other estate, if any, as is stated herein; and that said Mortgagor does hereby fully warrant the title to said land, and every part thereof, and will defend the same against the lawful claims of all persons whomsoever.

PROVIDED ALWAYS, that if the Mortgagor should pay to the Mortgagee that certain promissory note of even date herewith, made by the Mortgagor and payable to the order of the Mortgagee in the

principal sum of Fifty Thousand and No/100          Dollars, payable in monthly install-

ments to principal and interest of $420.43       starting on the      1st day of November

19  78   , and if not sooner paid the final payment being due on the  1st      day of   October

2008       , or any extensions or renewals thereof and shall fully pay all other indebtedness or liability that may become due and owing hereunder and secured hereby, and shall faithfully and promptly comply with and perform each and every other covenant and provision herein on the part of the Mortgagor to be complied with and performed, and every other covenant and provision as contained in that blank or master form of mortgage, which is incorporated herein by reference as if set out herein in full, then these presents shall be void and released at the expense of the Mortgagor, otherwise to remain in full force and effect. The said blank or master form of mortgage was recorded on February 13, 1970, in the Official Records of the Clerk of the Circuit Court of the following counties in Florida in the Official Records Volume and at the page designated after the name of each county, to-wit: (except that it was recorded in Bradford, Brevard, Duval and Suwannee Counties on February 9, 1970, and in Dade County on February 10, 1970)

| COUNTY | OFFICIAL RECORDS VOLUME | PAGE | COUNTY | OFFICIAL RECORDS VOLUME | PAGE |
|--------|--------|------|--------|--------|------|
| Alachua | 620 | 195 | Lake | 398 | 193 |
| Baker | 10 | 79 | Lee | 578 | 125 |
| Bay | 295 | 679 | Leon | 399 | 286 |
| Bradford | 79 | 141 | Levy | 10 | 353 |
| Brevard | 1114 | 284 | Liberty | 13 | 430 |
| Broward | 4140 | 213 | Madison | 53 | 846 |
| Calhoun | 29 | 705 | Manatee | 442 | 574 |
| Charlotte | 328 | 964 | Marion | 415 | 556 |
| Citrus | 260 | 348 | Martin | 285 | 454 |
| Clay | 191 | 384 | Monroe | 447 | 20 |
| Collier | 342 | 791 | Nassau | 98 | 643 |
| Columbia | 256 | 622 | Okaloosa | 562 | 517 |
| Dade | 6754 | 279 | Okeechobee | 118 | 191 |
| DeSoto | 65 | 83 | Orange | 1917 | 203 |
| Dixie | 22 | 756 | Osceola | 198 | 390 |
| Duval | 3075 | 30 | Palm Beach | 1786 | 1448 |
| Escambia | 476 | 737 | Pasco | 482 | 664 |
| Flagler | 30 | 569 | Pinellas | 3268 | 593 |
| Franklin | 94 | 312 | Polk | 1270 | 68 |
| Gadsden | 121 | 74 | Putnam | 232 | 345 |
| Gilchrist | 33 | 244 | St. Johns | 164 | 300 |
| Glades | 46 | 273 | St. Lucie | 182 | 2689 |
| Gulf | 43 | 1 | Santa Rosa | 203 | 393 |
| Hamilton | 87 | 99 | Sarasota | 828 | 64 |
| Hardee | 96 | 237 | Seminole | 766 | 463.1 |
| Hendry | 124 | 191 | Sumter | 108 | 153 |
| Hernando | 205 | 0287 | Suwannee | 70 | 154 |
| Highlands | 349 | 481 | Taylor | 78 | 831 |
| Hillsborough | 2133 | 608 | Union | 14 | 249 |
| Holmes | 6 | 404 | Volusia | 1177 | 201 |
| Indian River | 341 | 467 | Wakulla | 22 | 591 |
| Jackson | 69 | 980 | Walton | 103 | 287 |
| Jefferson | 38 | 494 | Washington | 41 | 520 |
| Lafayette | 13 | 403 | | | |

(Documentary Stamps affixed to original note and cancelled.)

IN WITNESS WHEREOF, the said Mortgagor has hereunto set his hand and seal the day and year first aforesaid.

Signed, sealed and delivered in the presence of:

_____ (SEAL)
ODONY ABELLARD

_____ (SEAL)

_____ (SEAL)
CAMY ABELLARD

_____ (SEAL)

Space Below for Clerk's Use Only

STATE OF FLORIDA }
COUNTY OF BROWARD } ss:

On this   2nd   day of   October

19 78   , before me, a Notary Public in and for
the State of Florida at Large, personally appeared

ODONY ABELLARD and CAMY ABELLARD, his wife

known to me to be the person(s) whose name(s)

___are___ subscribed to the within instrument,

and acknowledged that ___they___ executed the
same.

WITNESS my hand and official seal.

(SEAL)_____
Notary Public
State of Florida at Large
My Commission Expires_____

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
R. R. KAUTH
COUNTY ADMINISTRATOR

Notary Public, State of Florida at Large
My Commission Expires December 6, 1981

OFF 7814 PAGE 206

## FEDERAL TRUTH-IN-LENDING STATEMENT

| 1. NAME OF BORROWER | 2. DATE OF CONSUMMATION | 3. LOAN OR CASE NO. |
|---|---|---|
| Odony Abellard and Camy Abellard, his wife | October 2, 1978 | 17-4-0410781 |

**4. PROPERTY DESCRIPTION**

6778 N. W. 1st Street
Margate, FL. 33063

| | | | | |
|---|---|---|---|---|
| | A. PURCHASE PRICE *(Contract sale price)* | | | $ 52,000.00 |
| | B. LESS DOWNPAYMENT | | | 2,000.00 |
| | C. UNPAID BALANCE OF PURCHASE PRICE | | | $ 50,000.00 |
| I. AMOUNTS FINANCED | D. OTHER AMOUNTS FINANCED *(Specify)* | | $ -0- | |
| | E. TOTAL OF OTHER AMOUNTS FINANCED | | | $ -0- |
| | F. EQUALS AMOUNT FINANCED | | | $ 50,000.00 |

II.  VA, the Creditor, will lend to Borrower the amount $ 50,000.00 . Borrower will be obligated to pay said principal amount, plus interest at  9½ % per annum, in 360 monthly installments of $ 420.43 beginning on November 1 , 19 78 and due on the first day of each month thereafter.

III.  The ANNUAL PERCENTAGE RATE for this loan transaction is 9½ %

The annual percentage rate reflects the finance charge, which includes the interest rate shown in Item II and an origination fee of $ -0- .

IV.  FINANCE CHARGE will begin to accrue on October 2 , 19 78 .

| V. COSTS TO THE BORROWER WHICH ARE NOT PART OF THE FINANCE CHARGE | | A. CREDIT REPORT | $ -0- |
|---|---|---|---|
| | | B. RECORDING FEES & doc. stamps | 89.00 |
| | C. OTHER *(Specify)* | Taxes - 3 months to Escrow | 172.65 |
| | | Ins. - H.O. & Flood 1 yr. plus 1 mo. to Escrow | 276.25 |
| | | Total | 537.90 |

VI.  In the event of late payment, a late charge equivalent to 4% of any installment more than 15 days overdue must be paid by Borrower to the Creditor at the Creditor's option.

VII.  VA's (Creditor's) security interest in this transaction is a first lien on, or equivalent security interest in, the property described above.

Said security interest covers any future advances to protect the security.

VIII.  Borrower may prepay the obligation in whole or in part without premium or fee, provided any such payment, other than payment in full, may not be less than the amount of one installment, or $100, whichever is less.

NOTE. (e) Indicates a date, rate or amount that is estimated and may be subject to change.

I acknowledge receipt of a copy of this statement.

| 5. SIGNATURE OF BORROWER | 6. DATE 10/2/78 |
|---|---|

VA FORM 26-8513
APR 1977

SUPERSEDES VA FORM 26-8513, JUN 1975
WHICH WILL NOT BE USED.

P.O. Box 1437
St. Petersburg FL  33731

 **Veterans
Administration**

November 22, 1983


Mr. Odony Abellard
6778 NW. 1 Street
Margate, FL   33063

This is to inform you that the Veterans Administration has on this date sold and transferred
your loan to a private investor whose name and address are: Merrill Lynch Mortgage
Corporation. P.O. Box 85337, San Diego, CA.   92138.

Since the Veterans Administration no longer holds your loan, all future installment payments
should be made to the new holder. In making the sale, the loan documents, insurance policies,
tax data and similar material have been transferred to the new holder.

The following statement shows the balance of your indebtedness and the balance in your tax
and insurance account as of the date indicated. If you have made a payment since that date, it
will be relayed to the new holder for credit to your account and it will be unnecessary for you
to communicate with us in regard thereto.

| | |
|---|---|
| Principal Balance as of | $ 48,900.31 |
| Tax and Insurance Balance as of | $ 1,248.92 |

At a later date, we will send to you for use in preparing your income tax return a statement of
the interest and taxes paid to date this year while VA owned your loan.

Any questions you may have and all future dealings concerning your account or taxes and in-
surance should be with the new holder. We are pleased to have been able to assist you in pur-
chasing a home and your cooperation in maintaining your account in a current condition is ap-
preciated.

Sincerely yours,

*John W Mason*

JOHN MASON
Loan Guaranty Officer

FL 26-311
Nov 1979(R)

BLANKET
ASSIGNMENT OF MORTGAGES

84- 20883

pool # 110557

KNOW ALL MEN BY THESE PRESENTS, that the Administrator of Veterans
Affairs, an Officer of the United States of America, whose address is
Washington, D. C., 20420, party of the first part, in consideration of the
sum of TEN DOLLARS and other good and valuable consideration in lawful
money of the United States, to the Administrator in hand paid by _____
MERRILL LYNCH MORTGAGE CORPORATION
a corporation existing under the laws of  DELAWARE _____
party of the second part, at or before the ensealing and delivery of these
presents, the receipt whereof is hereby acknowledged, has granted, bargained,
sold, assigned, transferred and set over, and by these presents does hereby
grant, bargain, sell, assign, transfer and set over, unto the said party of
the second part, certain indentures of mortgage, payment guaranteed under VA
Regulation 4600, (38 CFR 36.4600), upon parcels of land, situated and being
in BROWARD _____ County, State of Florida, which are described as follows:

Recorded among the
public records of

BROWARD _____
County, in:

| Loan No. | Mortgagors | Date of Mortgage | Official Records Book | Page |
|---|---|---|---|---|
| 7906-48- 17-4-0410781 | ODONY ABELLARD and CAMY ABELLARD, his wife | 10/2/78 | 7814 | 205 |
| 0908- 4 17-4-0410807 | SYLBERT U. PHILLIPS, a single man | 10/6/78 | 7810 | 728 |
| 0916- 5 17-4-0417135 | BRIAN J. DAVIES and JO ANN DAVIES, his wife | 12/28/78 | 7993 | 716 |
| 0918- 1 17-4-0420027 | GEORGE J. PERRY and GAIL MARIE PERRY, his wife | 1/11/79 | 7995 | 458 |
| 0919- 9 07-4-0420037 | MARK C. BARRY, an un-married man | 1/15/79 | 8039 | 626 |
| 0920- 4 17-4-0420064 | HARRY ZACHARJASZ, a single man | 1/18/79 | 8016 | 580 |
| 0922- 0 17-4-0421722 | PAUL T. MERENDINA and LORI A MERENDINA, his wife | 2/1/79 | 8024 | 619 |
| 1924- 6 17-4-0423493 | DOROTHY M. YENDELL, a single woman | 3/7/79 | 8083 | 164 |
| 0929- 6 17-4-0427510 | VINCENT L. MEGNA and JEANNE D. MEGNA, his wife | 4/5/79 | 8157 | 811 |
| 1930- 1 17-4-0427515 | THOMAS J. MANNETTA and SUSAN R. MANNETTA, his wife | 4/6/79 | 8145 | 120 |
| 0931- 9 17-4-0427535 | JULIO GUEITS and PHYLLIS GUEITS, his wife | 4/12/79 | 8169 | 335 |
| 1936- 9 17-4-0429565 | JAMES COOK and EMMA COOK, his wife | 5/4/79 | 8194 | 829 |
| 1943- 2 17-4-0435371 | JACQUES R. BELANGER and ILLABEN ILLYA PATEL BELANGER, his wife | 6/22/79 | 8286 | 538 |

OFF
REC 11418 PAGE 872

**BLANKET**
**ASSIGNMENT OF MORTGAGES**

KNOW ALL MEN BY THESE PRESENTS, that the Administrator of Veterans Affairs, an Officer of the United States of America, whose address is Washington, D. C., 20420, party of the first part, in consideration of the sum of TEN DOLLARS and other good and valuable consideration in lawful money of the United States, to the Administrator in hand paid by _____
MERRILL LYNCH MORTGAGE CORPORATION _____
a corporation existing under the laws of  CALIFORNIA _____,
party of the second part, at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, assigned, transferred and set over, and by these presents does hereby grant, bargain, sell, assign, transfer and set over, unto the said party of the second part, certain indentures of mortgage, payment guaranteed under VA Regulation 4600, (38 CFR 36.4600), upon parcels of land, situated and being in  BROWARD _____ County, State of Florida, which are described as follows:

Recorded among the
public records of

BROWARD _____
County, in:

| Loan No. | Mortgagors | Date of Mortgage | Official Records Book | Page |
|---|---|---|---|---|
| 950--5 17-4-0443591 | EDWARD S. KAPLAN and ADELE L. KAPLAN | 8/22/79 | 8410 | 607 |
| 959-17 12-4-0451345 | BURMAN W. NEWMAN and KATHY O NEWMAN, his wife | 11/9/79 | 8576 | 662 |

VA Form 26-148 (317)

r with the note, or obligations described in said mortgages, and the
es due and to become due thereon, with interest accrued and owing thereon.

TO HAVE AND TO HOLD the same unto the said party of the second
part, its successors and assigns forever. The said party of the first part
has caused these presents to be executed in his/her name by the employee,
hereunto duly authorized pursuant to section 212 and 1820 of Title 38,
United States Code, and title 38 C.F.R. sections 36.4342 and 36.4520 of the
regulations, as amended, published at 45 Federal Register, page 21242, dated
April 1, 1980, and who is authorized to execute this instrument.

Signed, Sealed and Delivered
in the Presence of:

THE ADMINISTRATOR OF VETERANS AFFAIRS

By: JOHN W. MASON

Title: Loan Guaranty Officer
VA Office, St. Petersburg, Florida
Telephone: Area Code (813) 893-3433
Pursuant to a delegation of authority
contained in VA Regulations 38 CFR 36.4342
or 36.4520.

This Instrument Was Prepared By:
R. W. HALL, CHIEF, LOAN SERVICE
AND CLAIMS SECTION
VETERANS ADMINISTRATION
P. O. BOX 1437
ST. PETERSBURG, FL 33731

STATE OF FLORIDA )
                 : SS
COUNTY OF PINELLAS)

BEFORE ME, the undersigned authority, a notary public in and for
the State of Florida at Large, personally appeared JOHN W. MASON,
an employee, to me well known, and known to me to be the person who executed
the foregoing assignment of mortgages as an employee, for the Administrator
of Veterans Affairs, and acknowledged before me that he/she executed the same
as an employee for the Administrator of Veterans Affairs for the uses and
purposes therein expressed.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal
this _____ day of November, 19 83 at St. Petersburg, in
the State and County aforesaid.

Notary Public
State of Florida at Large

My Commission expires:
Notary Public, State of Florida at Large
My Commission Expires Sept. 8, 1987

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
F. T. JOHNSON
COUNTY ADMINISTRATOR

RECORD AND RETURN TO:
BURKE & CASTLE, P.C.
1099 18TH STREET, SUITE 2200
DENVER, COLORADO 80202
---SEND ANY NOTICES TO ASSIGNEE---

00110557CD
0909068
0319753
XRF0118-061-0067              CORRECTIVE

## ASSIGNMENT OF MORTGAGE OR DEED OF TRUST OR SECURITY DEED

Date of Assignment: JUNE 1, 1993
Assignee:    MATRIX FINANCIAL SERVICES CORPORATION

Address:    2510 WEST DUNLAP AVENUE, SUITE 300
            PHOENIX ARIZONA 85021
Assignor:   GLENFED MORTGAGE CORPORATION

Address:    10509 VISTA SORRENTO PARKWAY
            SAN DIEGO CALIFORNIA 921212712
Date of Mortgage/Deed of Trust/Security Deed:   OCTOBER 02, 1978
Recording date of Mortgage/Deed of Trust/Security Deed:  OCTOBER 12, 1978
County of Recording: BROWARD, FLORIDA
Instrument No.:     OFC REC 7814                PAGE 205-206

   KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of ONE AND NO/100ths
DOLLARS and other good and valuable consideration, paid to the above named assignor, the receipt
and sufficiency of which is hereby acknowledged, the said assignor hereby assigns unto the above
named assignee, the said Mortgage, Deed of Trust or Security Deed (the "Security Instrument"),
together with the Note or Notes or other evidence of Indebtedness (the "Note"), said Note having an
original principal sum of $   50,000.00    , together with interest, secured thereby, together with
all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit
of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby
grants and conveys unto the said assignee, the assignor's beneficial interest under the Security
Instrument.
   TO HAVE AND TO HOLD the said Security Instrument and Note, and also the said property unto the
said assignee forever, subject to the terms contained in said Security Instrument and Note.
   IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above
written.

                                    GLENFED MORTGAGE CORPORATION
Attest:                             f|k|a Merrill Lynch Mortgage Corporation
                                    f|k|a United First Mortgage Corporation

                                    By: _____
NANCI ASMUS                              WM. H. JACOB
ASSISTANT SECRETARY                      VICE PRESIDENT
1099 18TH STREET, SUITE 2200, DENVER, COLORADO 80202
                                         RECORDED IN THE OFFICIAL RECORDS BOOK
                                         OF BROWARD COUNTY, FLORIDA
                                         COUNTY ADMINISTRATOR
JENNIFER M. HAYNES
ASSISTANT SECRETARY
1099 18TH STREET, SUITE 2200, DENVER, COLORADO 80202

                            ACKNOWLEDGEMENT
State of COLORADO
                            DENVER
                                              County ss:
   The foregoing instrument was acknowledged before me this  1ST    day of  JUNE
1993     by  WM. H. JACOB                                                            as
VICE PRESIDENT

of  GLENFED MORTGAGE CORPORATION

who is personally known to me, or who produced the following identification:  N/A
who did (did not) take an oath, and who executed the foregoing for the purposes intended therein.

07/26/93 _____          _____
Date Commission Expires            Notary Public
                                   TAMRA F. WELLINGTON-MASTERS
1099 18TH STREET, SUITE 2200 DENVER COLORADO 80202
Notary Address

4721-09/92

RECORD & RETURN TO:
BURKE & CASTLE, P.C.
1099 18TH STREET, SUITE 2200
DENVER, COLORADO 80202
---SEND ANY NOTICES TO ASSIGNEE---

00110557CD
0319753

XRF0220-017-0098

## ASSIGNMENT OF MORTGAGE OR DEED OF TRUST OR SECURITY DEED

Date of Assignment: SEPTEMBER 1, 1994

Assignee: CONTINENTAL MORTGAGE, INC. FORMERLY KNOWN AS CREATIVE FINANCING, INC.

Address: 5425 MARTINDALE
SHAWNEE KANSAS 66218

Assignor: MATRIX FINANCIAL SERVICES CORPORATION

Address: 2510 WEST DUNLAP AVENUE, SUITE 300
PHOENIX ARIZONA 85021

Mortgagor / Grantor: ODONY ABELLARD AND CAMY ABELLARD

Date of Mortgage/Deed of Trust/Security Deed:  OCTOBER 02, 1978
Recording date of Mortgage/Deed of Trust/Security Deed:  OCTOBER 12, 1978
County of Recording: BROWARD, FLORIDA
Instrument No.:     OFC REC 7814                PAGE 205-206

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of ONE AND NO/100ths DOLLARS and other good and valuable consideration, paid to the above named assignor, the receipt and sufficiency of which is hereby acknowledged, the said assignor hereby assigns unto the above named assignee, the said Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), together with the Note or Notes or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $   50,000.00   , together with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the said assignee, the assignor's beneficial interest under the Security Instrument which constitutes a lien on the property.

TO HAVE AND TO HOLD the said Security Instrument and Note, and also the said property unto the said assignee forever, subject to the terms contained in said Security Instrument and Note.

IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written.                                MATRIX FINANCIAL SERVICES CORPORATION

Attest:

By: _____

ROSSANA DE PAOLI                          TARI J. HAMILTON
ASSISTANT SECRETARY                       VICE PRESIDENT
1099 18TH STREET, SUITE 2200, DENVER, COLORADO 80202

RECORDED IN THE OFFICIAL REC.
OF BROWARD COUNTY, FLORIDA
COUNTY ADMINISTRATOR

ROSALIE E. LAND
ASSISTANT SECRETARY
1099 18TH STREET, SUITE 2200 DENVER, COLORADO 80202

[SEAL: MATRIX FINANCIAL SERVICES CORPORATION 1991 ARIZONA]

### ACKNOWLEDGEMENT
DENVER

State of COLORADO                                        County ss:

The foregoing instrument was acknowledged before me this  1ST   day of   SEPTEMBER
1994   , by  TARI J. HAMILTON                                          as
VICE PRESIDENT

of  MATRIX FINANCIAL SERVICES CORPORATION

who is personally known to me, and who executed the foregoing for the purposes intended therein.

08/01/98
Date Commission Expires                          Notary Public
                                                 CRAIG S. HOHEKER

1099 18TH STREET, SUITE 2200 DENVER COLORADO 80202
Notary Address

AP51 - 05/94

BK 22801 PG 0355

Return To:
P O Box 26648
Okla. City, OK 73126
ATTN: Inventory Control

RECORD AND RETURN TO:

97-509877   T#020
09-26-97   11:16AM

---SEND ANY NOTICES TO ASSIGNEE---

00110557CD / 357,740.4 /
0319753

XRF0220-017-0098

## ASSIGNMENT OF MORTGAGE OR DEED OF TRUST OR SECURITY DEED
Date of Assignment: SEPTEMBER 1, 1994
Assignee:     GOVERNMENT NATIONAL MORTGAGE ASSOCIATION

Address:      451 SEVENTH STREET S.W., ROOM 6222
              WASHINGTON DC 20410
Assignor:     CONTINENTAL MORTGAGE, INC. FORMERLY KNOWN AS CREATIVE
              FINANCING, INC.
Address:      5425 MARTINDALE
              SHAWNEE KANSAS 66218
Mortgagor / Grantor: ODONY ABELLARD AND CAMY ABELLARD


Date of Mortgage/Deed of Trust/Security Deed:  OCTOBER 02, 1978
Recording date of Mortgage/Deed of Trust/Security Deed:  OCTOBER 12, 1978
County of Recording: BROWARD, FLORIDA
Instrument No.:       OFC REC 7814              PAGE 205-206

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of ONE AND NO/100ths
DOLLARS and other good and valuable consideration, paid to the above named assignor, the receipt
and sufficiency of which is hereby acknowledged, the said assignor hereby assigns unto the above
named assignee, the said Mortgage, Deed of Trust or Security Deed (the "Security Instrument"),
together with the Note or Notes or other evidence of indebtedness (the "Note"), said Note having an
original principal sum of $    50,000.00     , together with interest, secured thereby, together with
all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit
of all the powers and of all the covenants and provisos therein contained, and the said assignor hereby
grants and conveys unto the said assignee, the assignor's beneficial interest under the Security
Instrument which constitutes a lien on the property.
TO HAVE AND TO HOLD the said Security Instrument and Note, and also the said property unto the
said assignee forever, subject to the terms contained in said Security Instrument and Note.
IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above
written.                                          CONTINENTAL MORTGAGE, INC. FORMERLY
                                                  KNOWN AS CREATIVE
Attest;                                           FINANCING, INC.

_____                      By: _____
RICHARD HOOVER                                    WILLIAM B. MORRIS
WITNESS                                           PRESIDENT
5425 MARTINDALE, SHAWNEE, KS 66218

_____
TERRI YAZEL
WITNESS
5425 MARTINDALE                 KS 66218

                         ACKNOWLEDGEMENT
State of KANSAS              JOHNSON                 County ss:

The foregoing instrument was acknowledged before me this   1ST    day of    SEPTEMBER
1994      , by  WILLIAM B. MORRIS                                                      as
PRESIDENT

of  CONTINENTAL MORTGAGE, INC. FORMERLY KNOWN AS CREATIVE FINANCING, INC.

who is personally known to me, and who executed the foregoing for the purposes intended therein.

07/02/97                                     _____
Date Commission Expires                      Notary Public
                                             MARY SUSAN COLE

5425 MARTINDALE SHAWNEE KANSAS 66218
Notary Address

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD ....

9K27052PG0226

INSTR # 99461801

OR BK 29730 PG 1185
RECORDED 08/06/99 05:42 AM
COMMISSION
BROWARD COUNTY
DEPUTY CLERK 1047

Assignment of Mortgage or Deed of Trust or Security Instrument

Date of Assignment: July 23, 1999
Assignee:    Firstar Bank, N.A. (F/K/A Star Bank, N.A.)
Address:     4801 Frederica Street
             Owensboro, KY  42301
Assignor:    Government National Mortgage Association
             451 7th Street, S. W., Room 206
             Washington, D.C.  20410

Mortgagor/Grantor:  Odony and Camy Abellard
Date of Mortgage/Deed of Trust/Security Deed: October 2, 1978
Recording date of Mortgage/Deed of Trust/Security Deed: October 12, 1978
County of Recording:  Broward County, Florida
Instrument No.: Book # 7814        Page # 205-206

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of ONE AND
NO/100ths DOLLARS and other good and valuable consideration, paid to the above named assignor, the
receipt and sufficiency of which is hereby acknowledged, the said assignor hereby assigns unto the above
named assignee, the said Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), together
with the Note or Notes of other evidence of indebtedness (the "Note"), said Note having an original
principal sum of $ 50,000.00 , together with interest, secure thereby, together with all moneys now owing
or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of
all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the
said assignee, the assignor's beneficial interest under the Security Instrument which constitutes a lien on the
following described property:
SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF.
TO HAVE AND TO HOLD the said Security Instrument, and also the said property unto the said
assignee forever, subject to the terms contained in said Security Instrument and Note.
IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above
written.

Attest:                                          By: Government National Mortgage
                                                 Association by: Firstar Bank, N.A.
                                                 F/k/a Star Bank, N.A.

Cathy Jarboe, Assistant Vice President           By: _____
                                                 Gregg W Speer, Vice President
                                                 as Attorney-in-Fact for Government
                                                 National Mortgage Association

Witness, Kathy Reese                             Witness, Lora Waddell

## ACKNOWLEDGEMENT

State of   Kentucky,           Owensboro      County ss:          Daviess
       The foregoing instrument was acknowledged before me this  23rd      day of July,
1999, by      Gregg W Speer                                as
Vice President of           Firstar Bank, N.A. f/k/a Star Bank, N. A.  who is/are personally known to
me (or provided satisfactory evidence) and acknowledged said instrument to be the free act and deed of the
corporation.
       IN WITNESS WHEREOF, I hereunto set my hand and official seal.

February 15, 2003                                _____
Date Commission Expires                          Notary Public
                                                 Kristina Colburn

4801 Frederica Street, Owensboro Kentucky 42304
Notary Address

Lot Thirty-two (32) in Block "G" of ORIOLE MARGATE
SECTION TWO, according to the plat thereof recorded in
Plat Book 71 at page 23 of the public records of
Broward County, Florida;

Assignment of Mortgage or Deed of Trust or Security Deed

Date of Assignment: July 23, 1999
Assignee:      The Secretary of Veterans Affairs an Officer of the United States of America
Address:       PO Box 1437
               St. Petersburg, FL 33731
Assignor:      Firstar Bank, N. A. (F/K/A Star Bank, N.A.)
               4801 Frederica St.
               Owensboro, KY 42301
Mortgagor/Grantor: Odony and Camy Abellard

Date of Mortgage/Deed of Trust/Security Deed: October 2, 1978
Recording date of Mortgage/Deed of Trust/Security Deed: October 12, 1978
County of Recording: Broward County, Florida
Instrument No.: Book: 7814          Page # 205-206

     KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of ONE AND
NO/100ths DOLLARS and other good and valuable consideration, paid to the above named assignor, the
receipt and sufficiency of which is hereby acknowledged, the said assignor hereby assigns unto the above
named assignee, the said Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), together
with the Note or Notes of other evidence of indebtedness (the "Note"), said Note having an original
principal sum of $ 50,000.00 , together with interest, secure thereby, together with all moneys now owing
or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of
all the covenants and provisos therein contained, and the said assignor hereby grants and conveys unto the
said assignee, the assignor's beneficial interest under the Security Instrument which constitutes a lien on the
following described property:
SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF.
     TO HAVE AND TO HOLD the said Security Instrument, and also the said property unto the said
assignee forever, subject to the terms contained in said Security Instrument and Note.
     IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above
written.

                                                    Firstar Bank, N. A. (F/K/A Star Bank, N.A.)

Attest:

                                                    By:
Cathy Jarboe, Asst. Secretary                           Gregg W. Speer, Vice President


Witness, Lora Waddell                               Witness, Kathy Reese


ACKNOWLEDGEMENT

State of   Kentucky,           Owensboro       County ss.          Daviess
           The foregoing instrument was acknowledged before me this   23rd        day of July,
1999, by        Gregg W. Speer                        as
Assistant Vice President

of              Firstar Bank, N.A. f/k/a Star Bank, N. A.

     who is/are personally known to me (or provided satisfactory evidence) and acknowledged said
instrument to be the free act and deed of the corporation.
     IN WITNESS WHEREOF, I hereunto set my hand and official seal.

February 15, 2003
Date Commission Expires                             Notary Public
                                                    Kristina Colburn

4801 Frederica Street, Owensboro Kentucky 42304
Notary Address

STATION 317

PORTFOLIO LOAN SYSTEM

CUMULATIVE HISTORY LIST

PORTFOLIO LOAN SYSTEM

CUMULATIVE HISTORY LIST

JANUARY THRU DECEMBER 1990    PAGE NO.    5175

D06

STATION 317

PORTFOLIO LOAN SYSTEM

CUMULATIVE HISTORY LIST

STATION 317

```
    0383 120 158 0323 00 07/07/78 $   21,000.00 2 0    2  5 1 12 031                       C 006 08/15/77                 5
    0393 400 120 0383 00 09500    22200    4942   15532    2126    00 023 03013   22200   34403 1957[illegible] 15532 200 0315
    0603 400 400 0393 00 09500    22200    4942   15515    2143    00 033 04013   22200   38945 1957625 31047 018 0575
    0843 160 400 0603 00 1 1 $         .00 $       .00 0   6 4        /01/  $        .00        0 00/00/00                5
    0893 400 160 0843 00 09500    22200    4942   15498    2160    00 043 05013   22200   43487 [illegible] 022 0885
    1163 400 400 0893 00 09500    22200    4942   15481    2177    00 053 06013   22200   48029 1955288 62026 033 1155
    1473 400 400 1163 00 09500    22200    4942   15464    2194    00 063 07013   22200   52571 1951094 77490 007 1468
    1803 400 400 1473 00 09500    22200    4942   15446    2212    00 073 08013   22200   57113 [illegible] 92936 026 1795
    2073 400 400 1803 00 09500    22200    4942   15429    2229    00 083 09013   22200   61480 [illegible] 108360 028 2080
    2513 400 400 2073 00 09500    22200    4942   15411    2247    00 093 10013   22200   66197 [illegible] 123776 200 2433
    2643 028 400 2513 00 09500    11300    11300     00      00     00      10013   22200   [illegible] [illegible] 123776 30 12433
    2643 158 028 2643 00 1 07/84 09/28/79    2 4 $     113 0010151874 916,000 09/28/04 1 11133             COMP GEN    5
    2707 400 158 2643 00 09500    22200    4942   15393    2244    00 103 11013   22200   [illegible] 1952191 177162 012 2673
ABE 0033 096 096 3542 00 09500       00    10257  39613    3030*   00 013 01013   52300   67775 [illegible]    00        5
                     010183      70848   10257   52569    6036   1986  120181 092001 02 0    11434 1 120481
    0123 096 096 0033 00 09500    52300    10257  29481     00     00 013 02013   52300   70232 [illegible] 29077 031 0105
                     0038300 09500                 00    13556   3006   00 122 02013   52300   70232 [illegible] 3983. 031 0105
                     010183      18548      00   13532    3030   1986 120181 092001 02 0    11434 1 120481
ABE 0193 096 404 0123 00 09500       00       00      00     00*   442 013 02013   52300   70232 [illegible] 39037          5
                     010183      19210      00   13532    3030   2444 120181 092001 02 0    11434 1 120481
ABE 0263 132 096 0193 00 09500    19210    19210     00     00     00        02013   52300   39022 [illegible] 39037      0255
                     010183      19210      00   13532    3030   2444 120181 092001 02 0    11434 1 120481
ABE 0283 032 132 0263 00 09500    19210       00   13532   3036*   442 013 02013   52300   39022 4921527 [illegible]  0255
                     0268300 09500                 00      00     00*   442 122 02013   52300   39022 4921527 [illegible]  0255
                     0268300 09500                 00      00     00*   442 112 02013   52300   39022 4921527 [illegible]  0255
                     0268300 09500                 00      00     00*   442 102 02013   52300   39022 4921527 [illegible]  0255
ABE 0383 120 032 0283 .0 06/21/78 $   50,000.00 2 0    1  5 2 12 011                       A 000 06/08/77                 5
ABE 0403 404 120 0383 00 09500    52300    10257  38964    3078    00 023 03013   52300   65277 [illegible] 71534 042 0385
ABE 0703 400 404 0403 00 09500    52300    10257  38941    3102    00 033 04013   52300   77856 4915747 130475 003 0685
ABE 0813 028 400 0703 00 09500    12700    12700     00      00     00      04013   52300   66836 4915747 130475 47 20735
ABE 0813 158 028 0813 00 2 10/83 12/07/81    4 4 $     127 1775352778 900,000 12/07/03 9 11022             COMP GEN    5
ABE 0983 400 158 0813 00 09500    52300    10257  38916    3127    00 043 05013   52300   77093 4912828 128391 010 0975
ABE 1313 400 400 0983 00 09500    52300    10257  38892    3151    00 053 06013   52300   87300 4909429 208283 042 1305
ABE 1583 400 400 1313 00 09500    52300    10257  38867    3176    00 063 07013   52300   97407 [illegible] 247150 039 1585
ABE 1943 400 400 1583 00 09500    52300    10257  38842    3201    00 073 08013   52300   107494 [illegible] 285992 033 1905
ABE 2203 400 400 1943 00 09500    52300    10257  38816    3227    00 083 09013   52300   118121 4879888 324808 040 2175
ABE 2563 400 400 2203 00 09500    52300    10257  38791    3252    00 093 10013   52300   128378 [illegible] 363599 030 2535
```

E01

PORTFOLIO CAN SYSTEM

```
STATION 317                                    CUMULATIVE HISTORY LIST         JANUARY  THRU SEPTEMBER 1983        PAGE NO.   3233

CAN  CLIENT NAME THIS THB LST LAST RC  INT    TRAN   DISTRIBUTED     AMOUNT                UNPD           NEW BALANCE      PD    BAT TRDL
     CODE         TT   TT  TT   TT     RATE  AMOUNT                              LATE SEC  INST INSTALL                    YTD   SCH OR S
                  POK             POK                T&I      INT    PRINC       CHRG M/Y  DATE AMOUNT    T&I      PRINC  INT/TAX SGP BCPC

     C410782 AIL 0033 096 096 3542 04 09500      00    5851   26785    5644*   00 013 04011   33600      00  3383394     00        5
                           010183      787729 117020  534060  116489  20160 010280 092679 02 0   30631 1 111582   7849 2 011582
             AIL 0193 096 096 0033 04 09500      00      00      00      00*  1344 013 04011   33600      00  3383394     00        5
                           010183      789073 117020  534060  116489  21504 010280 092679 02 0   30631 1 111582   7849 2 011582
```

POR770.10 LOAN SYSTEM

CUMULATIVE HISTORY LIST





PORTFOLIO LOAN SYSTEM

CUMULATIVE HISTORY LIST

PORTFOLIO LOAN SYSTEM

CUMULATIVE HISTORY LIST

4801 Frederica Street
Owensboro, KY 42301
Phone (270) 689-7146
Fax (270) 689-7590

## facsimile transmittal

| To: | Sam Zucker | Fax: | (727) 398-9390 |
|---|---|---|---|
| **From:** | Kristina Colburn | **Date:** | 3-21-00 |
| **Re:** | Abellard 09404100 | **Pages:** | |
| **CC:** | VA# 171740410781 | | |

☐ Urgent    x For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

heres the items you requested.
The histories from midfirst are
very hard to read. These are the
best copies I could get. The fiche
are very old.

Kristina

CONFIDENTIAL



**GREAT FINANCIAL MORTGAGE**

4801 Frederica Street
P.O. Box 20006
Owensboro, KY 42304-0006

January 2, 1998

502-685-7100

Odony Abellard
Camy Abellard
7668 NW 1st Street
Margate, FL 33063

Re: Notice of Transfer of Servicing Rights    Property:    6778 NW 1st Street
    GFM  Loan#   0940460                  Margate, FL 33063

Dear Mortgagor(s):

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being transferred from Midland Mortgage Co. to Great Financial Mortgage/Star Bank Mortgage, effective January 2, 1998. The transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

If you have previously arranged with your present servicer, Midland Mortgage Co., to have your monthly , mortgage payments drafted from your bank account you will need to make new arrangements with us, as this service will be discontinued. If your payment is made by government allotment, please notify the appropriate government agency to direct the payment to your new servicer, Great Financial Mortgage/Star Bank Mortgage. (Note: If you had more than one mortgage with Midland Mortgage Co., please contact them to verify whether all of your mortgages have been transferred before mailing your payments.)

By the end of January 1998, Midland Mortgage Co. will furnish you with statements reflecting the amount of mortgage interest and real estate taxes you paid to them during 1997. Any questions you may have relating to the transfer of servicing from your present servicer, may be answered by calling (800) 654-4566 between 8:00 a.m. and 6:00 p.m. CST, Monday through Friday.

If you presently have optional life, disability or accidental death insurance, or other optional products, please be advised that Great Financial Mortgage/Star Bank Mortgage may not offer the same optional coverage. Therefore, you should contact us and every effort will be made to continue your coverage or provide similar coverage through another carrier.

The date that your present servicer will stop accepting payments from you is December 31, 1997. Great Financial/ Star Bank Mortgage, will begin accepting payments from you on January 2, 1998 in the amount of $ 568.33 For your convenience, we have included temporary coupons with which to make your mortgage payments until receipt of your monthly statement.

Please reference your new account number on all correspondence and checks to us. Please mail all payments due on or after the effective date to the following address:

**Payments
Great Financial Mortgage/Star Bank Mortgage
P.O. Box 20006
Owensboro KY 42304-0006**

We at Great Financial Mortgage/Star Bank Mortgage extend our cordial welcome to you in joining our thousands of satisfied customers. We would also like to take this opportunity to proudly announce Star Bank's pending acquisition of Great Financial. You will receive additional information regarding this acquisition in future monthly statements. If you have any questions relating to the transfer of servicing to your new servicer, call the Customer Service Center at (800) 365-7772 between 8:30 a.m. and 5:00 p.m. CST, Monday through Friday and be connected to one of our courteous Customer Service Representatives.

Sincerely,

*Virginia Bromelow*



**GREAT FINANCIAL MORTGAGE**

Account #    0940460

Monthly Amount  568.33

Odony Abellard
Camy Abellard
6778 NW 1st Street
Margate, FL 33063

Mail Payment to:    Great Financial Mortgage
P.O. Box 20006
Owensboro KY 42304-0006

Transfer ID-Midland Mortgage Co.

---

**GREAT FINANCIAL MORTGAGE**

Account #    0940460

Monthly Amount  568.33

Odony Abellard
Camy Abellard
6778 NW 1st Street
Margate, FL 33063

Mail Payment to:    Great Financial Mortgage
P.O. Box 20006
Owensboro KY 42304-0006

Transfer ID-Midland Mortgage Co.

---



**GREAT FINANCIAL MORTGAGE**

Account #    0940460

Monthly Amount  568.33

Odony Abellard
Camy Abellard
6778 NW 1st Street
Margate, FL 33063

Mail Payment to:    Great Financial Mortgage
P.O. Box 20006
Owensboro KY 42304-0006



# Midland Mortgage Co.

P.O. Box 26648
Oklahoma City, Oklahoma 73126
phone (405) 943-8079   fax (405) 946-2677

DATE

NAME
NAME
ADDRESS
ADDRESS

RE: MMC LOAN#:

Dear Mortgagor(s):

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being transferred from Midland Mortgage Co. to Great Financial Mortgage/Star Bank Mortgage effective January 2, 1998.

The transfer of servicing does not affect any terms or conditions of the note, deed of trust or mortgage , other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that Midland Mortgage Co. send you this notice at least 15 days before the effective date of transfer. Great Financial Mortgage/Star Bank Mortgage must also send you this notice no later than 15 days after the effective date of the transfer.

*IF YOUR PAYMENTS HAVE BEEN DRAFTED AUTOMATICALLY FROM YOUR CHECKING OR SAVINGS, PLEASE READ THE FOLLOWING INFORMATION CAREFULLY:*

Because your monthly automatic withdrawal agreement with Midland Mortgage Co. is not transferable, this service will be discontinued as of December 31, 1997. Monthly automatic drafts normally scheduled for January 1998 and beyond will be discontinued. Payments must be made via check or money order to Great Financial Mortgage/Star Bank Mortgage.

If you have a bill paying service or a government allotment , please notify them of the change of mortgage servicer.

*IF YOU MAIL YOUR PAYMENTS, PLEASE READ THE FOLLOWING INFORMATION:*

Midland Mortgage Co. will stop accepting payments from you on December 31, 1997. Great Financial Mortgage/Star Bank Mortgage will begin accepting payments from you on January 2, 1998. Please send all payments due on or after January 1, 1998, to Great Financial Mortgage/Star Bank Mortgage at P.O. Box 20006, Owensboro, Kentucky 42304-0006 . Continue to notate your present loan number on your check until you receive your payment instructions from Great Financial Mortgage/Star Bank Mortgage.

*ARRANGEMENTS FOR COLLECTION OF PREMIUMS FOR OPTIONAL INSURANCE AND/OR OTHER TYPES OF MEMBERSHIP SERVICES THROUGH YOUR MORTGAGE COMPANY MAY CHANGE:*

If your mortgage payment currently includes a payment for optional insurance, such as mortgage life, accidental death, disability or any other type of optional insurance, the transfer of servicing may affect the conditions of your optional insurance coverage. Your new servicer will make every effort to continue this coverage. You may be contacted by your new servicer in the near future with specific information relating to the transfer of optional insurance. In the interim, you should continue to include the premium amount with your monthly payment.

*TRANSFER OF LOAN RECORDS, HOMEOWNER'S INSURANCE AND YOUR YEAR-END TAX INFORMATION:*
Midland Mortgage Co. will provide Great Financial Mortgage/ Star Bank Mortgage with a complete set of your loan records. We will notify your homeowner's insurance company of the transfer to ensure proper billing and timely disbursements of premiums.

By January 31, 1998, Midland Mortgage Co. will furnish you a statement reflecting the amount of mortgage interest and real estate property taxes you paid during the calendar year that Midland Mortgage Co. serviced your loan.

### *IF YOU HAVE QUESTIONS:*

Before January 2, 1998 -
- . Call Midland Mortgage Co. between 8:00 A.M. and 6:00 P.M., Monday through Friday, Central Time at 1-800-654-4566, or
- Write Midland Mortgage Co. at P.O. Box 26648, Oklahoma City, Oklahoma 73126.

After January 2, 1998 -
- Call Great Financial Mortgage/Star Bank Mortgage between 8:30 A.M. and 5:00 P.M., Monday through Friday, Central Time at 1-800-365-7772, or
- Write Great Financial Mortgage/Star Bank Mortgage at P.O. Box 20006, Owensboro, Kentucky 42304-0006.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):
During the 60-Business-Day period following the effective date of the transfer, a loan payment received by Midland Mortgage Co. before its due date may not be treated by Great Financial Mortgage/Star Bank Mortgage as late, and a late fee may not be imposed. Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is written correspondence, other than notice on a payment coupon or other payment medium, supplied by your servicer which includes your name and account number and your reason(s) for the request. If you would like to send a "qualified written request" regarding the servicing of your loan, it must be sent to the following address: Midland Mortgage Co., P.O. Box 26648, Oklahoma City, Oklahoma 73126. No later than 60 Business Days after receiving your request your servicer, must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. During this 60-Business-Day period your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent your servicer from initiating foreclosure if proper grounds exist under the mortgage documents. A "Business Day" is a day on which the servicer is open to the public for carrying on substantially all of its business functions. Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

Sincerely,

Tracy Yates
Vice President
Customer Service Department

**FIRSTAR**
*Home Mortgage*
4801 Fredenca Street
P.O. Box 20005
Owensboro, Kentucky 42304-0005

JANUARY 19, 2000

ODONY ABELLARD
CAMY ABELLARD
6778 NW 1 ST
MARGATE, FL 33063

RE: NOTICE OF TRANSFER OF SERVICING RIGHTS
    LOAN NUMBER:   094046-0

DEAR MORTGAGE LOAN CUSTOMER:

THE PURPOSE OF THIS LETTER IS TO NOTIFY YOU THAT THE SERVICING OF
YOUR MORTGAGE LOAN, THAT IS, THE RIGHT TO COLLECT PAYMENTS FROM YOU,
IS BEING TRANSFERRED FROM FIRSTAR HOME MORTGAGE TO SEASONS MORTGAGE
GROUP ON DECEMBER 27, 1999 (THE "TRANSFER DATE"). ON THIS DATE, YOUR
PRESENT SERVICER WILL STOP ACCEPTING PAYMENTS. SEND ALL PAYMENTS
ON OR AFTER THAT DATE TO YOUR NEW SERVICER. THE TRANSFER OF MORTGAGE
SERVICING DOES NOT AFFECT ANY OF THE TERMS AND CONDITIONS OF THE
MORTGAGE DOCUMENTS OTHER THAN TERMS DIRECTLY RELATED TO THE
SERVICING OF YOUR LOAN.

EXCEPT IN LIMITED CIRCUMSTANCES, THE LAW REQUIRES THAT WE SEND THIS
NOTICE AT LEAST 15 DAYS BEFORE THE EFFECTIVE DATE OF TRANSFER. YOUR
NEW SERVICER MUST ALSO SEND YOU THEIR NOTICE NO LATER THAN 15 DAYS
AFTER THE EFFECTIVE DATE OF TRANSFER.

PRIOR TO DECEMBER 27, 1999 IF YOU HAVE ANY QUESTIONS RELATING
TO THE TRANSFER OF SERVICING, CALL YOUR FIRSTAR HOME MORTGAGE
REPRESENTATIVE AT 1-800-365-7772, BETWEEN 8:00 AM AND 5:00 PM,
(CENTRAL) MONDAY THROUGH FRIDAY. THIS IS A TOLL FREE NUMBER.

YOUR NEW SERVICER WILL BE SEASONS MORTGAGE GROUP. THEIR ADDRESS IS:

CORRESPONDENCE:              PAYMENTS:
SEASONS MORTGAGE             SEASONS MORTGAGE
9325 MIDLOTHIAN TURNPIKE     PO BOX 17372
SUITE A                      BALTIMORE MD 21203-7372
RICHMOND VA 23235

IF YOU HAVE ANY QUESTIONS RELATING TO THE TRANSFER OF SERVICING
TO YOUR NEW SERVICER, CALL YOUR SEASONS MORTGAGE GROUP CUSTOMER
SERVICE DEPT. AT 800-542-4360 BETWEEN 8:30 AM AND 5:00 PM MONDAY
THROUGH FRIDAY EST.

**FIRSTAR**
*Home Mortgage*

4801 Frederica Street
P.O. Box 20005                                                                PAGE 2
Owensboro, Kentucky 42304-0005

THE TRANSFER OF SERVICING RIGHTS MAY AFFECT THE TERMS OF CONTINUED
AVAILABILITY OF MORTGAGE LIFE OR DISABILITY INSURANCE OR ANY OTHER
TYPE OF OPTIONAL INSURANCE. THEREFORE, YOU SHOULD CONTACT YOUR
AGENT TO CONTINUE YOUR COVERAGE.

IF YOU PREVIOUSLY ARRANGED WITH US TO HAVE YOUR MONTHLY MORTGAGE
PAYMENTS DRAFTED FROM YOUR BANK ACCOUNT, YOU WILL NEED TO MAKE NEW
ARRANGEMENTS WITH YOUR NEW SERVICER. IF YOU HAD MORE THAN ONE
ACCOUNT WITH US, PLEASE CONTACT US TO VERIFY WHETHER ALL ACCOUNTS
HAVE BEEN TRANSFERRED BEFORE MAILING ANY PAYMENTS. IF YOUR
PAYMENT IS MADE BY GOVERNMENT ALLOTMENT, PLEASE NOTIFY THE
APPROPRIATE GOVERNMENT AGENCY TO DIRECT THE PAYMENT TO YOUR NEW
SERVICER.

YOU SHOULD ALSO BE AWARE OF THE FOLLOWING INFORMATION WHICH IS SET
IN MORE DETAIL IN SECTION 6 OF THE REAL ESTATE SETTLEMENT PROCEDURES
ACT (RESPA) (12 U.S.C. 2605):

DURING THE 60 DAY PERIOD FOLLOWING THE TRANSFER DATE, A LOAN PAYMENT
RECEIVED BY YOUR OLD SERVICER BEFORE ITS DUE DATE MAY NOT BE TREATED
BY THE NEW SERVICER AS LATE, AND A LATE FEE MAY NOT BE IMPOSED.

SECTION 6 OF RESPA (12 U.S.C. 2605) GIVES YOU CERTAIN CONSUMER
RIGHTS. IF YOU SEND A "QUALIFIED WRITTEN REQUEST" TO YOUR LOAN
SERVICER CONCERNING THE SERVICING OF YOUR LOAN, YOUR SERVICER MUST
PROVIDE YOU WITH A WRITTEN ACKNOWLEDGMENT WITHIN 20 BUSINESS DAYS
OF RECEIPT OF YOUR REQUEST.

A "QUALIFIED WRITTEN REQUEST" IS A WRITTEN CORRESPONDENCE OTHER
THAN NOTICE ON A PAYMENT COUPON OR OTHER PAYMENT MEDIUM SUPPLIED
BY THE SERVICER, WHICH INCLUDES YOUR NAME AND ACCOUNT NUMBER AND
REASON FOR THE REQUEST. NOT LATER THAN 60 BUSINESS DAYS AFTER
RECEIVING YOUR REQUEST, YOUR SERVICER MUST MAKE ANY APPROPRIATE
CORRECTIONS TO YOUR ACCOUNT AND MUST PROVIDE YOU WITH WRITTEN
CLARIFICATION REGARDING ANY DISPUTE. DURING THIS 60 BUSINESS DAY
PERIOD, YOUR SERVICER MAY NOT PROVIDE INFORMATION TO A CONSUMER
REPORTING AGENCY CONCERNING ANY OVERDUE PAYMENT RELATED TO SUCH
PERIOD OR QUALIFIED WRITTEN REQUEST. A BUSINESS DAY IS ANY DAY,
EXCLUDING LEGAL PUBLIC HOLIDAYS (STATE OR FEDERAL), SATURDAY
AND SUNDAY. SECTION 6 OF RESPA ALSO PROVIDES FOR DAMAGES AND COSTS
FOR INDIVIDUALS OR CLASSES OF INDIVIDUALS IN CIRCUMSTANCES WHERE
SERVICERS ARE SHOWN TO HAVE VIOLATED THE REQUIREMENTS OF THAT
SECTION. YOU SHOULD SEEK LEGAL ADVICE IF YOU BELIEVE YOUR RIGHTS
HAVE BEEN VIOLATED.

WE WOULD LIKE TO TAKE THIS OPPORTUNITY TO THANK YOU FOR ALLOWING
US TO BE OF SERVICE TO YOU AND WE ARE CONFIDENT THAT YOUR NEW
SERVICER WILL PROVIDE YOU WITH EFFECTIVE AND COURTEOUS SERVICE.

FIRSTAR HOME MORTGAGE

```
                        CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 10/18/99
REQ BY SFS                                                           PAGE   1


ODONY ABELLARD
CAMY ABELLARD
6778 NW 1 ST
MARGATE           .        FL 33063


LOAN NUMBER: 0940460
*******************************************************************************
----------------------- CURRENT ACCOUNT INFORMATION -----------------------
  DATE        TOTAL      PRINCIPAL      LOAN      CURRENT
 PAYMENT     PAYMENT     & INTEREST   INTEREST   PRINCIPAL              ESCROW
   DUE  .    AMOUNT       PAYMENT       RATE      BALANCE              BALANCE
04-01-99     617.00       420.43      9.50000    31,659.75            307.93-
*******************************************************************************

                    ACTIVITY FOR PERIOD 01/01/98 - 10/15/99                .
PROCESS   DUE    TRANSACTION            TRANSACTION                EFFECTIVE DATE
 DATE    DATE    CODE                   DESCRIPTION                OF TRANSACTION
-------------------------------------------------------------------------------
 TRANSACTION  PRIN. PAID/         ESCROW PAID/ -----------OTHER-------------
   AMOUNT      BALANCE   INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------
09-27-99  00-00  631  PROPERTY PRESERVATION
      7.75        0.00       0.00       0.00
09-16-99  04-99  152  LATE CHARGE ASSESSMENT
      0.00        0.00       0.00       0.00       16.82-1
08-16-99  04-99  152  LATE CHARGE ASSESSMENT
      0.00        0.00       0.00       0.00       16.82-1
07-16-99  04-99  152  LATE CHARGE ASSESSMENT
      0.00        0.00       0.00       0.00       16.82-1
06-16-99  04-99  152  LATE CHARGE ASSESSMENT
      0.00        0.00       0.00       0.00       16.82-1
05-17-99  04-99  152  LATE CHARGE ASSESSMENT
      0.00        0.00       0.00       0.00       16.82-1
04-16-99  04-99  152  LATE CHARGE ASSESSMENT
      0.00        0.00       0.00       0.00       16.82-1
04-15-99  04-99  173  PAYMENT
      0.00        0.00       0.00       0.00       24.99 1
                                                  24.99-
04-13-99  03-99  168  REPAY OF ESCROW ADVANCE
      0.00        0.00       0.00     196.57-     196.57
04-13-99  03-99  173  PAYMENT
      0.00      168.46     251.97     196.57
              31,659.75              307.93-  NEW PRINCIPAL/ESCROW BALANCES
04-13-99  02-99  168  REPAY OF ESCROW ADVANCE
      0.00        0.00       0.00     196.57-     196.57
```

ODONY ABELLARD
LOAN NUMBER: 0940460

```
                     ACTIVITY FOR PERIOD 01/01/98 - 10/15/99
PROCESS    DUE    TRANSACTION                 TRANSACTION                EFFECTIVE DATE
 DATE     DATE    CODE                        DESCRIPTION                OF TRANSACTION
--------------------------------------------------------------------------------------
 TRANSACTION  PRIN. PAID/          ESCROW PAID/ -----------OTHER-------------
   AMOUNT      BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------------
04-13-99  02-99  173   PAYMENT
     504.62     167.13    253.30     196.57     729.38-
                31,828.21                       504.50-  NEW PRINCIPAL/ESCROW BALANCES
04-13-99  01-99  168   REPAY OF ESCROW ADVANCE
       0.00       0.00     0.00      211.61-    211.61
04-13-99  01-99  173   PAYMENT
     632.04     165.82    254.61     211.61
                31,995.34                       701.07-  NEW PRINCIPAL/ESCROW BALANCES
04-12-99  01-99  161   ESCROW ADVANCE
     118.58       0.00     0.00      118.58
04-09-99  01-99  147
       0.00       0.00     0.00      118.58-    258.62-1
                                               377.20
                                               912.68-  NEW PRINCIPAL/ESCROW BALANCES
03-26-99  12-98  168   REPAY OF ESCROW ADVANCE
       0.00       0.00     0.00      211.61-    211.61
03-26-99  12-98  173   PAYMENT
     573.33     164.52    255.91     211.61      58.71-
                32,161.16                       794.10-  NEW PRINCIPAL/ESCROW BALANCES
03-16-99  12-98  152   LATE CHARGE ASSESSMENT
       0.00       0.00     0.00        0.00      16.82-1
02-16-99  12-98  152   LATE CHARGE ASSESSMENT
       0.00       0.00     0.00        0.00      16.82-1
01-19-99  12-98  152   LATE CHARGE ASSESSMENT
       0.00       0.00     0.00        0.00      16.82-1
01-19-99  11-98  168   REPAY OF ESCROW ADVANCE
       0.00       0.00     0.00      211.61-    211.61
01-19-99  11-98  173   PAYMENT
     568.33     163.23    257.20     211.61      63.71-
                32,325.68                      1005.71-  NEW PRINCIPAL/ESCROW BALANCES
01-15-99  11-98  161   ESCROW ADVANCE
     237.00       0.00     0.00      237.00
01-14-99  02-99  352   FLOOD INSURANCE DISBURSEMENT
     237.00-      0.00     0.00      237.00-
                                               1217.32-  NEW PRINCIPAL/ESCROW BALANCES
01-08-99  11-98  161   ESCROW ADVANCE
     865.00       0.00     0.00      865.00
```

```
                        CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 10/18/99
REQ BY SFS                                                              PAGE   3


ODONY ABELLARD
LOAN NUMBER: 0940460

                ACTIVITY FOR PERIOD 01/01/98 - 10/15/99
PROCESS   DUE    TRANSACTION            TRANSACTION              EFFECTIVE DATE
 DATE    DATE    CODE                   DESCRIPTION              OF TRANSACTION
-----------------------------------------------------------------------------
 TRANSACTION  PRIN. PAID/       ESCROW PAID/ ------------OTHER-------------
   AMOUNT      BALANCE   INTEREST  BALANCE    AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------
01-07-99  01-99  351
     865.00-      0.00      0.00    865.00-
                                    980.32-  NEW PRINCIPAL/ESCROW BALANCES
12-16-98  11-98  152  LATE CHARGE ASSESSMENT
      0.00         0.00      0.00      0.00    16.82-1
12-09-98  10-98  168  REPAY OF ESCROW ADVANCE
      0.00         0.00      0.00    211.61-   211.61
12-09-98  10-98  173  PAYMENT
     563.30      161.94    258.49    211.61    68.74-
                 32,488.91                    115.32-  NEW PRINCIPAL/ESCROW BALANCES
11-17-98  10-98  173  PAYMENT
     568.33        0.00      0.00      0.00    568.33
11-16-98  10-98  152  LATE CHARGE ASSESSMENT
      0.00         0.00      0.00      0.00    16.82-1
11-12-98  10-98  161  ESCROW ADVANCE
     326.93        0.00      0.00    326.93
11-10-98  11-98  312
   1,415.05-      0.00      0.00  1,415.05-
                                    326.93-  NEW PRINCIPAL/ESCROW BALANCES
10-21-98  10-98  173  PAYMENT
      0.00         0.00      0.00    118.58   258.62 1
                                             377.20-
                                    1088.12  NEW PRINCIPAL/ESCROW BALANCES
10-16-98  10-98  152  LATE CHARGE ASSESSMENT
      0.00         0.00      0.00      0.00    16.82-1
10-15-98  09-98  173  PAYMENT
     568.33      160.67    259.76    211.61    63.71-
                 32,650.85                    969.54  NEW PRINCIPAL/ESCROW BALANCES
09-16-98  09-98  152  LATE CHARGE ASSESSMENT
      0.00         0.00      0.00      0.00    16.82-1
09-14-98  08-98  173  PAYMENT
     568.33      159.41    261.02    211.61    63.71-
                 32,811.52                    757.93  NEW PRINCIPAL/ESCROW BALANCES
08-17-98  08-98  152  LATE CHARGE ASSESSMENT
      0.00         0.00      0.00      0.00    16.82-1
08-17-98  07-98  173  PAYMENT
     568.33      158.16    262.27    211.61    63.71-
                 32,970.93                    546.32  NEW PRINCIPAL/ESCROW BALANCES
```

```
                    CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 10/18/9?
REQ BY SFS                                                       PAGE    ?
```

ODONY ABELLARD
LOAN NUMBER: 0940460

```
                 ACTIVITY FOR PERIOD 01/01/98 - 10/15/99
PROCESS    DUE    TRANSACTION                 TRANSACTION                EFFECTIVE DATE
DATE       DATE   CODE                        DESCRIPTION                OF TRANSACTION
-------------------------------------------------------------------------------------
  TRANSACTION  PRIN. PAID/          ESCROW PAID/ ------------OTHER-------------
    AMOUNT       BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------------
07-27-98  07-98  173  PAYMENT
     568.33        0.00      0.00      0.00      568.33
07-16-98 '07-98  152  LATE CHARGE ASSESSMENT
       0.00        0.00      0.00      0.00       16.82-1
06-12-98  06-98  174  PAYMENT
       0.00      156.92    263.51    147.90      568.33-
              33,129.09                334.71   NEW PRINCIPAL/ESCROW BALANCES
06-11-98  06-98  173  PAYMENT
     568.33        0.00      0.00      0.00      568.33
05-14-98  05-98  174  PAYMENT
       0.00      155.68    264.75    147.90      568.33-
              33,286.01                186.81   NEW PRINCIPAL/ESCROW BALANCES
05-13-98  05-98  173  PAYMENT
     568.33        0.00      0.00      0.00      568.33
04-13-98  04-98  168  REPAY OF ESCROW ADVANCE
       0.00        0.00      0.00    108.99-     108.99
04-13-98  04-98  173  PAYMENT
     568.33      154.46    265.97    147.90
              33,441.69                38.91    NEW PRINCIPAL/ESCROW BALANCES
03-16-98  03-98  168  REPAY OF ESCROW ADVANCE
       0.00        0.00      0.00    147.90-     147.90
03-16-98  03-98  173  PAYMENT
     568.33      153.25    267.18    147.90
              33,596.15                108.99-  NEW PRINCIPAL/ESCROW BALANCES
03-02-98  02-98  168  REPAY OF ESCROW ADVANCE
       0.00        0.00      0.00    147.90-     147.90
03-02-98  02-98  173  PAYMENT
     568.33      152.04    268.39    147.90
              33,749.40                256.89-  NEW PRINCIPAL/ESCROW BALANCES
02-27-98  02-98  161  ESCROW ADVANCE
     232.00        0.00      0.00    232.00
02-26-98  02-98  352  FLOOD INSURANCE DISBURSEMENT
     232.00-       0.00      0.00    232.00-
                                     404.79-    NEW PRINCIPAL/ESCROW BALANCES
01-23-98  01-98  168  REPAY OF ESCROW ADVANCE
       0.00        0.00      0.00    147.90-     147.90
```

```
                        CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 10/18/99
REQ BY SFS                                                           PAGE    5

                                         .

ODONY ABELLARD
LOAN NUMBER: 0940460

                     ACTIVITY FOR PERIOD 01/01/98 - 10/15/99
PROCESS    DUE    TRANSACTION               TRANSACTION                 EFFECTIVE DATE
 DATE     DATE    CODE                      DESCRIPTION                 OF TRANSACTION
------------------------------------------------------------------------------------
  TRANSACTION  PRIN. PAID/           ESCROW PAID/ -----------OTHER-------------
   AMOUNT       BALANCE    INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------------
01-23-98  01-98  173  PAYMENT
     568.33      150.85     269.58    147.90
                33,901.44                     172.79-  NEW PRINCIPAL/ESCROW BALANCES
01-20-98  01-98  161  ESCROW ADVANCE
     320.69        0.00       0.00    320.69
01-16-98  01-98  170
     320.69-       0.00       0.00    320.69-
                                      320.69-  NEW PRINCIPAL/ESCROW BALANCES
01-13-98  01-98  132  LATE CHARGE ADJUSTMENT
       0.00        0.00       0.00      0.00    191.34-1
01-13-98  01-98  142  LOAN SETUP
       0.00   34,052.29-      0.00      0.00
                34,052.29                       NEW PRINCIPAL/ESCROW BALANCES
```

NOVEMBER 25, 1998

ODONY ABELLARD

6778 NW 1 ST
MARGATE FL 33063

RE: LOAN NO. 094046-0

DEAR: ODONY ABELLARD

PLEASE BE ADVISED THAT THIS LETTER IS TO INFORM YOU THAT DUE TO THE
DELINQUENCY OF YOUR LOAN, AND THE TYPE OF VETERAN'S LOAN YOU HOLD,
WE WILL BE ASSIGNING THE LOAN BACK TO THE DEPARTMENT OF VETERAN'S
AFFAIRS FOR SERVICING.

IN FUTURE CORRESPONDENCE, WE WILL NOTIFY YOU OF THE DEPARTMENT OF
VETERAN'S AFFAIRS OFFICE AND ADDRESS IN WHICH YOU WILL NEED TO
SUBMIT FUTURE PAYMENTS, ALONG WITH A TELEPHONE NUMBER FOR ANY
FURTHER QUESTIONS YOU MAY HAVE REGARDING THE LOAN.

THANK YOU

LOAN ADMINISTRATION
COLLECTION DEPARTMENT

XC164 VA VENDEE









```
MEM1 LN 0940460                        MEMO PAD                    07/16/99  12:21
MTGR: ODONY ABELLARD                         CO-MTGR: CAMY ABELLARD
---------------------------------------------------------------------------
               USER ID:  TLH                       LAST UPDATE:  03/05/99
LIFE OF LOAN:  VENDEE LOAN
                  EXPIRATION   PROCESSING                 USER    LAST
MEMO#  DESTINATION    DATE      EXCEPTION     DELETE        ID    UPDATED
  1        ALL     07/31/00    (Y/N) Y       (Y/N) N      B43   07/07/99
         ***PLEASE RETURN ALL PARTIAL PAYMENTS***

         THIS ACCOUNT HAS NOT BEEN CURRENT SINCE APRIL 1998!!!*******
         *************************************************************

                  EXPIRATION   PROCESSING                 USER    LAST
MEMO#  DESTINATION    DATE      EXCEPTION     DELETE        ID    UPDATED
  2        ALL     07/21/99    (Y/N) Y       (Y/N) N      B42   07/19/99

         ACCT TO GO TO FC
```

Date: 7/19/99 Time: 11:24:14 AM

4801 FREDERICA STREET, OWENSBORO KENTUCKY 42301
PH# 270-689-7146  FAX # 270-689-7590



**FIRSTAR**
**MORTGAGE**

# Fax

| | | |
|---|---|---|
| **To:** Jim Keegan | **From:** | Kristina Colburn |
| **Fax:** (305) 661-0195 | **Pages:** | 18 |
| **Phone:** (305) 661-0507 | **Date:** | 11-2-99 |
| **Re:** Abellard 0940000 | **CC:** | FILE |

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply

● **Comments:** Per your conversation with Nancy, here is everything requested on Anony Abellard.

Thanks,
Kristina

T2531-37P

2531-37P

OCONY ABELLARD
6778 NW 1 ST
MARGATE                    FL 33063

0940480

11/25/98

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT DISCLOSURE STATEMENT

ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
05/1/97 THROUGH 0/1/98.
YOUR MONTHLY MORTGAGE PAYMENT FOR THE PAST YEAR HAS
632.14 OF WHICH 420.43 WAS FOR PRINCIPAL AND INTEREST
AND 211.61 WENT INTO YOUR ESCROW ACCOUNT.

| | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | PAYMENTS DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| STARTING BALANCE | 147.90 | | | | | | |
| JUN | 184.16 | 211.61 | | | | 120.99 | 306.31 |
| JUL | 184.16 | 211.61 | | | | 240.97 | 546.92 |
| AUG | 184.16 | 211.61 | | | | 289.65 | 757.93 |
| SEP | 184.16 | 330.19 | | | | 473.24 | 1008.12 |
| OCT | 184.16 | 422.22 | | | | 657.08 | 108.20 |
| NOV | 184.16 | 211.61 | 1384.88 | COUNTY TAX | 1415.05 +V | 456.84 | 309.90 |
| DEC | 184.16 | | | | | 47.00 | 371.49- |
| JAN | 184.16 | | 593.00 | HAZ Ins | 593.00 +V | 184.16 | |
| FEB | 184.16 | | 232.00 | FLOOD | | 368.32 | |
| MAR | 184.16 | | | | | 552.48 | |

LAST YEAR, UC ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING 2,209.88. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED 368.32
OR MORE THAN TWICE. LAST YEARS PROJECTED LOWEST MONTHLY PAYMENT,
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED          .00.

B  0/

22531-37P

2531-37P

11/25/98

ACCOUNT PROJECTION

| | |
|---|---|
| FLOOD INS | 233.00 |
| COUNTY TAX | 515.05 |
| HAZARD INS | 553.00 |
| ANNUAL DISBURSEMENTS | 2,240.05 |
| 2,240.05 / 12 = 186.67 ESCROW PAYMENT | |

| PAYMENTS | DESCRIPTION | CURRENT BAL PROJECTION | REQUIRED BAL PROJECTION |
|---|---|---|---|
| PAYMENTS AS OF 01/31/99 | | 73.49- | 45.33 |
| 232.00 | FLOOD........... | 118.82- | .00 |
| 186.67 | | 67.85 | 186.67 |
| 186.67 | | 254.52 | 523.34 |
| 186.67 | | 441.19 | 523.01 |
| 186.67 | | 627.86 | 746.68 |
| 186.67 | | 814.53 | 933.35 |
| 186.67 | | 1,001.20 | 1,120.02 |
| 186.67 | | 1,187.87 | 1,306.69 |
| 186.67 | | 1,374.54 | 1,493.36 |
| 1,415.05 | COUNTY TAX | 146.16 | 264.98 |
| 186.67 | | 332.83 | 451.65 |
| 593.00 | HAZ INS | 73.50- | 45.32 |

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE  73.49-.  YOUR
45.33.

THIS MEANS YOU HAVE A SHORTAGE OF    118.82. THIS SHORTAGE MAY BE
COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT. IN WHICH CASE WE HAVE THE
OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO
COLLECT IT OVER 12 MONTHS.

YOUR MONTHLY MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
617.00 OF WHICH 420.43 WILL BE FOR PRINCIPAL AND
INTEREST AND 186.67 WILL GO INTO YOUR ESCROW ACCOUNT.

C 07



T2531-37P                                                      04/28/98

T2531-37P

GROW BELLARD
6778 NW 1 ST.
MARGATE         FL 33063                0940450

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT PROJECTION

| | |
|---|---|
| COUNTY TAX | 1,584.00 |
| HAZARD INS | 593.00 |
| FLOOD INS | 232.00 |

ANNUAL DISBURSEMENTS :    2,209.88
2,209.88 / 12 =    184.16

PAYMENTS

TO BALANCE AS OF 05/31/98 . . . . . . . . .
Payments FROM

| | PAYMENTS | DESCRIPTION | CURRENT BAL PROJECTION | ESCROW PAYMENT | REQUIRED BAL PROJECTION |
|---|---|---|---|---|---|
| JUN | 184.16 | | 223.07 | | 552.44 |
| JUL | 184.16 | | 407.23 | | 736.60 |
| AUG | 184.16 | | 591.39 | | 920.76 |
| SEP | 184.16 | 1,584.88 COUNTY TAX | 775.55- | | 104.92 |
| OCT | 184.16 | | 959.71 | | 289.08 |
| NOV | 184.16 | | 1,143.87 | | 473.24 |
| DEC | 184.16 | 593.00 HAZ INS | 58.03- | | 272.82 |
| JAN | 184.16 | | 127.31- | | 457.88 |
| FEB | 184.16 | 232.00 FLOOD | 329.37- | | 41.04 |
| MAR | 184.16 | | 145.21- | | 184.16 |
| APR | 184.16 | | 38.95 | | 368.32 |
| MAY | 184.16 | | 223.11 | | 552.48 |

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS    223.07    YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE    552.44 .

F 1

9531-37P

T531-37P

04/28/98

THIS MEANS YOU HAVE A SHORTAGE OF 329.37. THIS SHORTAGE MAY BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS (OR MORE, UNLESS THE SHORTAGE IS LESS THAN A MONTHS DEPOSIT, UNLESS THE SHORTAGE IS LESS THAN A MONTHS DEPOSIT, YOU HAVE THE OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO COLLECT IT OVER 12 MONTHS.

YOUR MONTHLY MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE 651.66 OF WHICH 184.16 WILL GO FOR PRINCIPAL AND INTEREST AND 184.16 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
PRINCIPAL AND INTEREST            420.43
ESCROW PAYMENT                    204.45
OVER/SHORT SPREAD                  27.15
                               --------
                                 652.04

NEW PAYMENT EFFECTIVE 08/01/98

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

G 10

TB531-37P

1ZB531-37P

NEW PAYMENT INFORMATION
- PRINCIPAL AND INTEREST          420.43
- ESCROW PAYMENT                  186.67
- OVER/SHORT SPREAD                 9.90
                                 -------
NEW PAYMENT EFFECTIVE 02/01/99    617.00

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

11/25/98

D 07

SER1 0940460                           CUSTOMER SERVICE    INV 316/078   11/01/99   14:23:34
CODONY ABELLARD                 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  0      TYPE V.A.                         MAN F
CAMY ABELLARD                   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          IR   9.50000   BR AQ   305-999-9999
6778 NW 1ST STREET              MARGATE FL 33063                             000-000-0000
     TRFFOR        TT NANCY  IN FOR RE THIS ACCT TO LET HER KNOW        : 08/11/99
------                       -* ADDITIONAL LOAN ACTIVITY *----
                             BILLING NAME/ADDR CHANGE
ACT 10/26/99                 BILLING NAME/ADDR CHANGE

ACT 10/18/99                 BILL PRODUCED

ACT 10/18/99                 PHST HISTORY REQUEST DATE

ACT 10/18/99                 PHST HISTORY REQUEST DATE

ACT 10/18/99                 PHST HISTORY REQUEST DATE

LET 10/13/99 AJY -XC126      012 - RETURNED PAYMENT LETTER

LOG 08/11/99 AGD  TRFFOR     TT NANCY IN FOR RE THIS ACCT TO LET HER KNOW

---* PF2 FOR ADDL MESSAGES *---
PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE             LOAN IS IN FORECLOSURE, F/C STOP = 7

Date: 11/2/99 Time: 01:22:31 PM

Page: 1 Document Name: untitled

```
SER1 0940460                CUSTOMER SERVICE   INV 316/078   11/01/99   14:23:34
ODONY ABELLARD             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 0   TYPE V.A.                     MAN F
CAMY ABELLARD              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     IR   9.50000   BR AQ          305-999-9999
6778 NW 1ST STREET         MARGATE FL 33063                              000-000-0000
  TRFFOR    TT NANCY IN FOR RE THIS ACCT TO LET HER KNOW               : 08/11/99
--------------------------* ADDITIONAL LOAN ACTIVITY *----------------
LOG 08/11/99 AGD   FSMADD   REQUEST FOR FIRSTAR MORTGAGE MAILING ADDRESS

FOR 07/20/99 BAR   BEGIN    ACTIVE FORECLOSURE

LET 07/20/99 B36   XC126    012 - RETURNED PAYMENT LETTER

LET 07/20/99 B36   XC126    012 - RETURNED PAYMENT LETTER

LET 07/19/99 B42   XC185    021 - F/C CHECKLIST

LET 07/07/99 B43 ·XC107     022 - F/C LETTER

LET 07/07/99 B43   XC120    007 - PARTIAL PAYMENT LETTER

---* PF2 FOR ADDL MESSAGES *------------------
PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE              LOAN IS IN FORECLOSURE, F/C STOP = 7
```

```
SER1 0940460                        CUSTOMER SERVICE    INV 316/078   11/01/99   14:23:34
DODONY ABELLARD              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  0      TYPE V.A.                          MAN F
AMY ABELLARD                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            IR  9.50000   BR  AQ   305-999-9999
5778 NW 1ST STREET                   MARGATE FL 33063                       000-000-0000
TRFFOR       TT NANCY  IN FOR RE THIS ACCT TO LET HER KNOW             : 08/11/99

|------------------------------* ADDITIONAL LOAN ACTIVITY *----------------------------|
LET 06/15/99 B36   XC126    012 - RETURNED PAYMENT LETTER
LET 06/12/99 B43   XC107    022 - F/C LETTER
LET 06/12/99 B43   XC120    007 - PARTIAL PAYMENT LETTER
LET 06/08/99 B54   XC109    022 - SERIOUS DLQ LETTER
LET 05/25/99 B58   XC164    017 - VA VENDEE
LET 05/14/99 B36  -XC126    012 - RETURNED PAYMENT LETTER
LET 05/07/99 B43   XC107    022 - F/C LETTER

|---* PF2 FOR ADDL MESSAGES *--------------------------------------------------------|
    PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE                      LOAN IS IN FORECLOSURE, F/C STOP = 7
```

```
Page: 1  Document Name: untitled

SER1 0940460                    CUSTOMER SERVICE  INV 316/078   11/01/99   14:23:34
ODONY ABEILLARD                 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 0    TYPE V.A.                  MAN F
CAMY ABEILLARD                  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      IR  9.50000   BR AQ   : 305-999-9999
6778 NW 1ST STREET              MARGATE FL 33063                         : 000-000-0000
TRFFOR    TT NANCY  IN FOR RE THIS ACCT TO LET HER KNOW                  : 08/11/99
|------------------------------* ADDITIONAL LOAN ACTIVITY *--------------:-----------
LET 05/07/99  B43   XC120    007 - PARTIAL PAYMENT LETTER
|------------------------------------------------------------------------:-----------
LET 04/24/99  B43   XC125    008 - TELEPHONE LETTER

LET 04/24/99  B43   XC187    008 - REMINDER

LOG 04/13/99  B88   LTPMTX   INQUIRY REGARDING LATE PAYMENT - TRANSFERRED CALL

LET 04/13/99  B36   XC137    007 - LESS THAN TAD LETTER

LET 04/07/99  B43  ·XC107    022 - F/C LETTER

LET 04/07/99  B43   XC123    009 - SUSPENSE LETTER

----* PF2 FOR ADDL MESSAGES *-------------------------------------------------------
PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE             LOAN IS IN FORECLOSURE,  F/C STOP = 7
```

Page: 1 Document Name: untitled

```
SER1 0940460              CUSTOMER SERVICE    INV 316/078    11/01/99    14:23:34
ODONY ABELIARD            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 0    TYPE V.A.                    MAN F
CAMY ABELIARD            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       IR   9.50000   BR AQ    305-999-9999
6778 NW 1ST STREET       MARGATE FL 33063                          000-000-0000
    TREFOR    TT NANCY IN FOR RE THIS ACCT TO LET HER KNOW          : 08/11/99
--|--------------------------* ADDITIONAL LOAN ACTIVITY *----------------------|--
LET 03/30/99 B36    XC126    012 - RETURNED PAYMENT LETTER
LET 03/15/99 KMG    XC126    010 - RETURNED PAYMENT LETTER
LOG 03/09/99 AMT    PMTCHT   QUESTIONS CONCERNING PAYMENT CHANGE - TELEPHONE
ACT 03/03/99        .        COUPONS REQUESTED
LET 03/03/99 DKL    XC107    020 - F/C LETTER
LET 03/02/99 KMG - XC126    007 - RETURNED PAYMENT LETTER
LOG 03/01/99 RDW    LTPMTX   INQUIRY REGARDING LATE PAYMENT - TRANSFERRED CALL
--|--* PF2 FOR ADDL MESSAGES *-----------------------------------------------|--
    PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE              LOAN IS IN FORECLOSURE, F/C STOP = 7
```

Page: 1   Document Name: untitled

```
SER1 0940460                    CUSTOMER SERVICE    INV 316/078  11/01/99  14:23:34
ODONY ABELLARD                  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 0    TYPE V.A.                      MAN F
CAMY ABELLARD                   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      IR  9.50000  BR AQ        305-999-9999
6778 NW 1ST STREET              MARGATE FL 33063                            000-000-0000
      TRFFOR     TT NANCY IN FOR RE THIS ACCT TO LET HER KNOW            : 08/11/99
|----------------------------* ADDITIONAL LOAN ACTIVITY *------------------------------
ACT 02/25/99                  HAZARD ENDORSEMENT

LET 02/17/99 KMG   XC126      007 - RETURNED PAYMENT LETTER

LET 02/10/99 DKL   XC123      007 - SUSPENSE LETTER

LET 02/10/99 DKL   XC125      006 - TELEPHONE LETTER

LET 02/10/99 KCP   CS052      006 - PAYMENT HISTORY

ACT 01/27/99         .        BILLING NAME/ADDR CHANGE

LOG 01/27/99 JAR   ORGLNT     MTGRS WIFE DID SIGN NOTE

---* PF2 FOR ADDL MESSAGES *--------------------------------------------
PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE        LOAN IS IN FORECLOSURE, F/C STOP = 7
```

Page: 1  Document Name: untitled

```
SER1 0940460                     CUSTOMER SERVICE      INV 316/078   11/01/99   14:23:34
ODONY ABELLARD                                         TYPE V.A.                MAN F
CAMY ABELLARD                    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 0         IR   9.50000  BR AQ      305-999-9999
6778 NW 1ST STREET              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                                     000-000-0000
    TRFFOR      TT NANCY IN FOR RE THIS ACCT TO LET HER KNOW    : 08/11/99
|-----------------------|----* ADDITIONAL LOAN ACTIVITY *---------------------------------
LET 01/20/99 KCP  CS013  007 - Docs Requested
TSK 01/20/99 SFS  CLOSED  SER - CUSTOMER SERVICE RESEARCH
TSK 01/20/99 SFS  CLOSED  SER - CUSTOMER SERVICE RESEARCH
LOG 01/19/99 KCP  PMTAMT  MTGR INSISTS THAT HIS ACCT IS STILL NOT W/ STAR BA
                          NK MTG THAT IT IS STILL W/ GREAT FINANCIAL/ADV MTG
                          THAT I WOULD SND A COPY OF WELCOME LETTER AND ALSO
                          SND HIM A COPY OF ESCROW ANALYSIS THAT WAS DONE ON
                          4/27/98 TO SHOW WHERE HIS PAYMENT WENT UP/ALSO, A
                          DV MTGR THAT HE NEEDED TO SND IN HIGHER PMT AMT, H
                          E REFUSES TO DO SO

---* PF2 FOR ADDL MESSAGES *-----------------------------------------------------
PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE            LOAN IS IN FORECLOSURE, F/C STOP = 7
```

Page: 1  Document Name: untitled

```
SER1 0940460                 CUSTOMER SERVICE    INV 316/078    11/01/99    14:23:34
CODONY ABELLARD                                                              MAN F
CAMY ABELLARD              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 0    TYPE V.A.
6778 NW 1ST STREET         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        IR  9.50000   BR AQ    305-999-9999
TRFOR    TT NANCY IN       MARGATE FL 33063                           000-000-0000
                           FOR RE THIS ACCT TO LET HER KNOW           : 08/11/99
----------------------* ADDITIONAL LOAN ACTIVITY *----------------------
TSK 01/19/99 KCP  PMTAMT   INQUIRY REGARDING PAYMENT AMOUNT/BREAKDOWN

LOG 01/19/99 KCP  OPENED   SER - CUSTOMER SERVICE RESEARCH

LOG 01/14/99 JAR  LITPMTT  TRIED TO TELL HIM WHICH MOS WE DID NOT RECEIVE A
                           PAYMENT.  WOULD NOT LISTEN. SAYS HE OWES GFM NOT
                           STAR. WANTS STAR REMOVED FROM INS. CLAIM CHECKS.
                           TOLD HIM COULD NOT BE DONE. WANTED MY SOCIAL SEC.
                           NUMBER FOR VERIFICATION.

LOG 01/14/99 RDW  LITPMTX  INQUIRY REGARDING LATE PAYMENT - TRANSFERRED CALL

LOG 01/14/99 JAR - DOCT    REQTD COPY OF MTG TO SEE IF WIFE IS SIGNED

---* ·PF2 FOR ADDL MESSAGES *-------------------------------------------
    PRESS PF14 FOR MEMOS
    LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE                LOAN IS IN FORECLOSURE, F/C STOP = 7
```

Page: 1 Document Name: untitled

```
SER1 0940460                          CUSTOMER SERVICE   INV 316/078  11/01/99  14:23:34
ODONY ABELLARD                 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 0    TYPE V.A.                        MAN F
CAMY ABELLARD                  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       IR  9.50000   BR AQ      305-999-9999
6778 NW 1ST STREET          MARGATE FL 33063                              000-000-0000
 TRFFOR      TT NANCY IN FOR RE THIS ACCT TO LET HER KNOW                 : 08/11/99
--------------------------* ADDITIONAL LOAN ACTIVITY *---
TSK 01/14/99 JAR  OPENED     SER - CUSTOMER SERVICE RESEARCH

LET 12/31/98 ***  YE098      A00 - ODONY ABELLARD

LET 12/28/98 ALM  HZ002      007 - NON-RENEWAL LTRR

LOG 12/03/98 RDW  LEFTMS     LEFT MESSAGE FOR CUST WHILE RETURNING CALLS-TELEPH

ACT 11/25/98                 FINAL ESCROW ANALYSIS

LET 11/25/98 ALW -XC104      016 - CONTACT OUR OFFICE

LET 11/25/98 ALW  XC164      008 - VA VENDEE

---* PF2 FOR ADDL MESSAGES *----
PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE            LOAN IS IN FORECLOSURE, F/C STOP = 7
```

Page: 1 Document Name: untitled

```
SER1 0940460                      CUSTOMER SERVICE    INV 316/078   11/01/99  14:23:34
ODONY ABELLARD                  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 0       TYPE V.A.                  MAN F
CAMY ABELLARD                   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         IR   9.50000   BR AQ       305-999-9999
6778 NW 1ST STREET              MARGATE FL 33063                               000-000-0000
TRFFOR       TT NANCY IN FOR RE THIS ACCT TO LET HER KNOW                      : 08/11/99
|-----------------------* ADDITIONAL LOAN ACTIVITY *----------------|-----------------
LOG 11/17/98 LEL  GFMADD   REQUEST FOR GFM MAILING ADDRESS - TELEPHONE
LOG 11/17/98 LEL  HISTT    REQUEST FOR PAYMENT HISTORY - TELEPHONE
LOG 11/17/98 LEL  MSNORT   NOT RECEIVED MONTHLY STATEMENT -TELEPHONE INQUIRY
LOG 11/17/98 LEL  PMTAMT   MTGR SAYS PMTAMT IS INCORRECT WILL FAX LETTER/MTGR
LET 11/17/98 KMG  XC137    005 - LESS THAN TAD LETTER
ACT 11/16/98      .        PHST HISTORY REQUEST DATE
LOG 11/16/98 LBS  LTPMTX   INQUIRY REGARDING LATE PAYMENT - TRANSFERRED CALL
---* PF2 FOR ADDL MESSAGES *---------------------------------------------------
   PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE              LOAN IS IN FORECLOSURE, F/C STOP = 7
```

Page: 1  Document Name: untitled

```
                                          CUSTOMER SERVICE    INV 316/078    11/01/99   14:23:34
SER1 0940460
ODONY ABELLARD                            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 0    TYPE V.A.                    MAN F
CAMY ABELLARD                             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      IR  9.50000  BR AQ    305-999-9999
6778 NW 1ST STREET                        MARGATE FL 33063                       000-000-0000
   TRFFOR    TT NANCY IN FOR RE THIS ACCT TO LET HER KNOW            : 08/11/99
-----------------------------------* ADDITIONAL LOAN ACTIVITY *-------------------------------
LET 11/13/98 SMT  XC105    006 - DELINQUENT LETTER

LOG 07/23/98 DGD  LNINFT   MR CD, IDENTIFIED HIMSELF AS MR ABELLARD, SD THAT
                           HE DOES NOT HAVE AN ACCOUNT OR A MORTGAGE WITH US.
                           WE HAVE THE WRONG ADDRESS AND THAT WE SHOULD NOT
                           CONTACT HIM FURTHER. XFERED TO LC.

ACT 04/27/98               INITIAL STATEMENT DATE

ACT 04/27/98               FINAL ESCROW ANALYSIS

ACT 02/23/98               HAZARD ENDORSEMENT

ACT 01/16/98               BILLING NAME/ADDR CHANGE
----* PF2 FOR ADDL MESSAGES *-------------------------------------------------------------
PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE             LOAN IS IN FORECLOSURE, F/C STOP = 7
```

Page: 1 Document Name: untitled

```
SER1 0940460
ODONY ABELLARD                    CUSTOMER SERVICE   INV 316/078   11/01/99   14:23:34
CAMY ABELLARD              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 0    TYPE V.A.                          MAN F
6778 NW 1ST STREET         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      IR  9.50000  BR AQ    305-999-9999
 TRFFOR            MARGATE FL 33063                                000-000-0000
------------------  TT NANCY IN FOR RE THIS ACCT TO LET HER KNOW         : 08/11/99
                 --------* LOAN ACTIVITY *--------------------------
ACT 01/13/98              NEW LOAN SETUP

ACT 01/02/98              LOAN ACQUISITION DATE

ACT 11/01/78              FIRST PAYMENT DUE DATE


---* PF2 FOR ADDL MESSAGES *-----------------------------------
PRESS PF14 FOR MEMOS
LIFE-OF-LOAN: VENDEE LOAN
LOAN IS ACTIVE FORECLOSURE              LOAN IS IN FORECLOSURE, F/C STOP = 7
```



*DEPARTMENT OF VETERANS AFFAIRS*
*REGIONAL LOAN CENTER*
*PO BOX 1437*
*ST. PETERSBURG, FL. 33731*

*VA LOAN GUARANTY*
*COVER SHEET*

*DATE:* 3/21/00

*PLEASE DELIVER TO:* Sam Lucker

*DEPT/AGENCY:* _____

*PHONE:* _____  *TELEFAX:* 398-9384

*FROM: WENDY TORRES   LOAN SERVICING*

*PHONE: (727) 319-7565*        *TELEFAX: (727) 319-7764*

*TOTAL TRANSMITTAL PAGES (INCL. COVER SHEET):* 16

*COMMENTS:* Adony Abellard

Page: 1 Document Name: untitled

```
P309 LN 0940460          MORTGAGE LOAN HISTORY                        10-05-99
NAME O ABELLARD          INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB   31,659.75  2ND PB   .00
HUD    .00 NET  617.00 SF .00500000 SUSP   .00 STOP D B P F N A D L
REP    .00 RES    .00                             P 0 0 6 1 0 0 0
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 09-27 | 09-16 | 08-16 | 07-16 | 06-16 |
| DUE | 00-00 | 04-99 | 04-99 | 04-99 | 04-99 |
| TYPE/TRAN | 6 31 | 1 52 | 1 52 | 1 52 | 1 52 |
| AMOUNT | .00 | .00 | .00 | .00 | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 31,659.75 | 31,659.75 | 31,659.75 | 31,659.75 | 31,659.75 |
| INT-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-BAL | .00 | .00 | .00 | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 1 | 16.82- 1 | 16.82- 1 | 16.82- 1 | 16.82- |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 307.93 | 307.93 | 307.93 | 307.93 | 307.93 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | MCS | | | | |

PAGE 001 OF 008      TOTAL TRANS AVAILABLE 0037      OLDEST TRAN 10-15-98 /P

Date: 10/6/99 Time: 10:59:16 AM

MAR-21-2000 11:10    UA LUHN SERVICE    72. 519 7184    P.02/15

...06170-WPD    Document 16    Entered on FLSD Docket 05/17/2000    Pa...

Page: 1 Document Name: untitled

```
P309 LN 0940460              MORTGAGE LOAN HISTORY                    10-05-99
NAME O ABELLARD        INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN E P-TYPE 1 INT .0950000 FIRST PB  31,659.75  2ND PB  .00  STOP D B P F N A D L
HUD   .00 NET   617.00 SF .00500000 SUSP       .00                        P 0 0 6 1 0 0 0
REP   .00 RES   .00
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 05-17 | 04-16 | 04-15 | 04-13 | 04-13 |
| DUE | 04-99 | 04-99 | 04-99 | 03-99 | 03-99 |
| TYPE/TRAN | 1 52 | 1 52 | 1 73 | 1 68 | 1 73 |
| AMOUNT | .00 | .00 | .00 | .00 | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | 168.46 |
| PRIN-BAL | 31,659.75 | 31,659.75 | 31,659.75 | 31,659.75 | 31,659.75 |
| INT-PD | .00 | .00 | .00 | .00 | 251.97 |
| ESC-PD | .00 | .00 | .00 | 196.57- | 196.57 |
| ESC-BAL | .00 | .00 | .00 | .00 | 196.57 |
| A&B-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | 16.82- 1 | 16.82- 1 | 24.99 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 307.93 | 307.93 | 307.93 | 307.93 | 504.50 |
| SUSP | .00 | .00 | 24.99- | .00 | .00 |
| SC/PAYEE | | | * | | * |

PAGE 002 OF 008    TOTAL TRANS AVAILABLE 0037    OLDEST TRAN 10-15-90 /P

Page: 1 Document Name: untitled

PJ09 LN 0940460                        MORTGAGE LOAN HISTORY                          10-05-99
NAME O ABELLARD              INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB    31,659.75  2ND PB      .00
HUD    .00  NET     617.00  SF .00500000 SUSP      .00 STOP D B P F E N A D L
REP    .00  RES       .00                              P 0 0 6 1 0 0 0

| TYPE/TRAN | | | | |
|---|---|---|---|---|
| APP | 04-13 | 04-13 | 04-13 | 04-13 | 04-12 |
| DUE | 02-99 | 02-99 | 01-99 | 01-99 | 01-99 |
| TYPE/TRAN | 1  68 | 1  73 | 1  68 | 1  73 | 1  61 |
| AMOUNT | .00 | 504.62 | .00 | 632.04 | 118.58 |
| PRIN-PD | .00 | 167.13 | .00 | 165.82 | .00 |
| PRIN-BAL | 31,828.21 | 31,828.21 | 31,995.34 | 31,995.34 | 32,161.16 |
| INT-PD | .00 | 253.30 | .00 | 254.61 | .00 |
| ESC-PD | 196.57- | 196.57 | 211.61- | 211.61 | 118.58 |
| ESC-BAL | .00 | 196.57 | .00 | 211.61 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 504.50 | 701.07 | 701.07 | 912.68 | 912.68 |
| SUSP | .00 | 729.38- | .00 | .00 | .00 |
| SC/PAYEE | * | * | * | * |

PAGE 003 OF 008    TOTAL TRANS AVAILABLE 0037    OLDEST TRAN 10-15-98 /P

P309 LN 0940460                                          MORTGAGE LOAN HISTORY                                    10-05-99
NAME O ABELLARD                                  INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT 1 INT .0950000 FIRST PB   31,659.75  2ND PB    .00 STOP D B P F N A D L
HUD    .00 NET   617.00 SF .00500000 SUSP                                                      P 0 0 6 1 0 0 0
REP    .90 RES    .00

| | | | | | |
|---|---|---|---|---|---|
| APP | 04-09 | 03-26 | 03-26 | 03-16 | 02-16 |
| DUE | 01-99 | 12-98 | 12-90 | 12-90 | 12-98 |
| TYPE/TRAN | 1 47 | 1 68 | 1 73 | 1 52 | 1 52 |
| AMOUNT | .00 | .00 | 573.33 | .00 | .00 |
| PRIN-PD | .00 | .00 | 164.52 | .00 | .00 |
| PRIN-BAL | 32,161.16 | 32,161.16 | 32,161.16 | 32,325.68 | 32,325.68 |
| INT-PD | .00 | .00 | 255.91 | .00 | .00 |
| ESC-PD | 118.58- | 211.61- | 211.61 | .00 | .00 |
| ESC-BAL | 118.58- | .00 | 211.61 | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | 258.62- 1 | .00 | .00 1 | 16.82- 1 | 16.82- |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 794.10 | 794.10 | 1,005.71 | 1,005.71 | 1,005.71 |
| SUSP | 377.20 | .00 | 58.71- | .00 | .00 |
| SC/PAYEE | * | * | * | | |

PAGE 004 OF 008      TOTAL TRANS AVAILABLE 0037      OLDEST TRAN 10-15-98 /P

Date: 10/6/99 Time: 10:59:20 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460              MORTGAGE LOAN HISTORY                      10-05-99
NAME O ABELLARD              INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .095000 SE .00500000 SUSP    .00 STOP D B P F N A D L
HUD    .00 NET    617.00                                      P  0 0 6 1 0 0 0
REP    .00 RES       .00
```

| | | | | |
|---|---|---|---|---|
| APP | 01-19 | 01-19 | 01-15 | 01-14 |
| DUE | 12-98 | 11-98 | 11-98 | 02-99 |
| TYPE/TRAN | 1 52 | 1 68 | 1 61 | 3 52 |
| AMOUNT | .00 | 568.33 | 237.00 | 237.00- |
| PRIN-PD | .00 | 163.23 | .00 | .00 |
| PRIN-BAL | 32,325.68 | 32,325.68 | 32,488.91 | 32,488.91 |
| INT-PD | .00 | 257.20 | .00 | .00 |
| ESC-PD | 211.61- | 211.61 | 237.00 | 237.00- |
| ESC-BAL | .00 | 211.61 | .00 | 237.00- |
| A&H-INS | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 |
| LC/FEES | 16.82- | .00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 |
| ADV-BAL | 1,005.71 | 1,217.32 | 1,217.32 | 980.32 |
| SUSP | .00 | 63.71- | .00 | .00 |
| SC/PAYEE | | | | 7A348 |

```
PAGE 005 OF 008    TOTAL TRANS AVAILABLE 0037    OLDEST TRAN 10-15-98 /P
```

Date: 10/6/99 Time: 10:59:21 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460              MORTGAGE LOAN HISTORY                        10-05-99
NAME O ABELLARD          INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB  31,659.75 2ND PB      .00
HUD   .00 NET 617.00 SF .00500000 SUSP       .00 STOP D B P F N A D L
REP   .00 RES     .00                            P 0 0 6 1 0 0 0 0
```

| | | | | |
|---|---|---|---|---|
| APP | 01-08 | 01-07 | 12-16 | 12-09 | 12-09 |
| DUE | 11-98 | 01-99 | 11-98 | 10-98 | 10-98 |
| TYPE/TRAN | 1 61 | 3 51 | 1 52 | 1 68 | 1 73 |
| AMOUNT | 865.00 | 865.00- | .00 | .00 | 563.30 |
| PRIN-PD | .00 | .00 | .00 | .00 | 161.94 |
| PRIN-BAL | 32,488.91 | 32,488.91 | 32,488.91 | 32,488.91 | 32,488.91 |
| INT-PD | .00 | .00 | .00 | .00 | 258.49 |
| ESC-PD | 865.00 | 865.00- | .00 | 211.61- | 211.61 |
| ESC-BAL | .00 | 865.00- | .00 | .00 | 211.61 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 1 | 16.82- | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 980.32 | 115.32 | 115.32 | 115.32 | 326.93 |
| SUSP | .00 | .00 | .00 | .00 | 68.74- |
| SC/PAYEE | 75115 | | | | |

PAGE 006 OF 008     TOTAL TRANS AVAILABLE 0037     OLDEST TRAN 10-15-98 /P

Date: 10/6/99 Time: 10:59:22 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460              MORTGAGE LOAN HISTORY                    10-05-99
NAME O ABELLARD       INV-LN 316-070-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB    31,659.75 2ND PB
HUD    .00 NET  617.00 SF .00500000 SUSP        .00 STOP D B P F N A D L
REP    .00 RES     .00                                      P O 0 6 1 0 0 0
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 11-17 | 11-16 | 11-12 | 11-10 | 10-21 |
| DUE | 10-90 | 10-98 | 10-98 | 11-98 | 10-98 |
| TYPE/TRAN | 1 73 | 1 52 | 1 61 | 3 12 | 1 73 |
| AMOUNT | 568.33 | .00 | 326.93 | 1,415.05- | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 32,650.85 | 32,650.85 | 32,650.85 | 32,650.85 | 32,650.85 |
| INT-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-PD | .00 | .00 | 326.93 | 1,415.05- | 118.58 |
| ESC-BAL | .00 | .00 | .00 | 326.93- | 1,088.12 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00  1 | 16.82- | .00 | .00  1 | 258.62 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 326.93 | 326.93 | 326.93 | 326.93 | .00 |
| SUSP | 568.33 | .00 | | 09011 | 377.20- |
| SC/PAYEE | + | | | | |

```
PAGE 007 OF 008    TOTAL TRANS AVAILABLE 0037    OLDEST TRAN 10-15-90 /P
```

03/21/00 9:50AM)JetFax_#12: Page 8/15    270 689 7590;    ent by: Foreclosure

Page: 1 Document Name: untitled

P309 LN 0940460                 MORTGAGE LOAN HISTORY                10-05-99
NAME O ABELLARD          INV-LN 31G-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB   31,659.75  2ND PB        .00
HUD    .00 NET    617.00 SF .00500000 SUSP      .00 STOP D B P F N A D L
REP    .00 RES        .00                              P O O 6 1 0 0 0 0

| | | | | |
|---|---|---|---|---|
| APP | 10-16 | 10-15 | 09-16 | 09-14 | 08-17 |
| DUE | 10-98 | 09-98 | 09-98 | 08-98 | 08-98 |
| TYPE/TRAN | 1  52 | 1  73 | 1  52 | 1  73 | 1  52 |
| AMOUNT | .00 | 568.33 | .00 | 568.33 | .00 |
| PRIN-PD | .00 | 160.67 | .00 | 159.41 | .00 |
| PRIN-BAL | 32,650.85 | 32,650.85 | 32,811.52 | 32,811.52 | 32,970.93 |
| INT-PD | .00 | 259.76 | .00 | 261.02 | .00 |
| ESC-PD | .00 | 211.61 | .00 | 211.61 | .00 |
| ESC-BAL | 969.54 | 969.54 | 757.93 | 757.93 | 546.32 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | 16.82- | .00  1 | 16.82- | .00  1 | 16.82- |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | .00 | .00 | .00 | .00 | .00 |
| SUSP | .00 | 63.71- | .00 | 63.71- | .00 |
| SC/PAYEE | * | * | * | * | |

PAGE 008 OF 013    TOTAL TRANS AVAILABLE 0061    OLDEST TRAN 01-13-98 /P

Date: 10/6/99 Time: 10:59:26 AM

Page: 1 Document Name: untitled

MORTGAGE LOAN HISTORY

| P309 LN 0940460 | | | | 10-05-99 |
|---|---|---|---|---|
| NAME O ABELLARD | | INV-LN 316-070-0035074041 DUE 04-01-99 TYPE 12 | | |
| BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB 31,659.75 2ND PB | | | | .00 |
| HUD .00 NET 617.00 SE .00500000 SUSP .00 STOP D B P F N A D L | | | | |
| REP .00 RES .00 | | | P 0 0 6 1 0 0 0 | |

| TYPE/TRAN | APP | 08-17 | 07-27 | 07-16 | 06-12 | 06-11 |
|---|---|---|---|---|---|---|
| DUE | | 07-98 | 07-98 | 07-98 | 06-98 | 06-98 |
| TYPE/TRAN | | 1 73 | 1 73 | 1 52 | 1 74 | 1 73 |
| AMOUNT | | 568.33 | 568.33 | .00 | .00 | 568.33 |
| PRIN-PD | | 158.16 | .00 | .00 | 156.92 | .00 |
| PRIN-BAL | | 32,970.93 | 33,129.09 | 33,129.09 | 33,129.09 | 33,286.01 |
| INT-PD | | 262.27 | .00 | .00 | 263.51 | .00 |
| ESC-PD | | 211.61 | .00 | .00 | 147.90 | .00 |
| ESC-BAL | | 546.32 | 334.71 | 334.71 | 334.71 | 186.81 |
| A&H-INS | | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | | .00 1 | .00 | 16.82- | .00 | .00 |
| MISC-PD | | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | | .00 | .00 | .00 | .00 | .00 |
| SUSP | | 63.71- | 568.33 | .00 | 568.33- | 568.33 |
| SC/PAYEE | | | | | | |

PAGE 009 OF 013    TOTAL TRANS AVAILABLE 0061    OLDEST TRAN 01-13-98 /P

Date: 10/6/99 Time: 10:59:28 AM

Page: 1 Document Name: untitled

PJ09 LN 0940460                MORTGAGE LOAN HISTORY                      10-05-99
NAME O ABELLARD        INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB     31,659.75 2ND PB      .00
HUD    .00 NET      617.00 SF .00500000 SUSP       .00 STOP D B P F N A D L
REP    .00 RES          .00                                    P 0 0 6 1 0 0 0

| | APP | DUE | TYPE/TRAN | AMOUNT | | | |
|---|---|---|---|---|---|---|---|
| APP | 05-14 | 05-13 | 05-13 | 04-13 | 04-13 | 04-13 | 03-16 |
| DUE | 05-98 | 05-98 | 05-98 | 04-98 | 04-98 | 04-98 | 03-98 |
| TYPE/TRAN | 1 74 | 1 73 | 1 73 | 1 68 | 1 73 | 1 | 1 68 |
| AMOUNT | .00 | 568.33 | 568.33 | .00 | 568.33 | .00 | .00 |
| PRIN-PD | 155.68 | .00 | .00 | .00 | 154.46 | .00 | .00 |
| PRIN-BAL | 33,286.01 | 33,441.69 | 33,441.69 | 33,441.69 | 33,441.69 | 33,596.15 | |
| INT-PD | 264.75 | .00 | .00 | .00 | 265.97 | .00 | |
| ESC-PD | 147.90 | .00 | .00 | 108.99- | 147.90 | 147.90- | |
| ESC-BAL | 186.81 | 38.91 | 38.91 | 147.90 | 147.90 | | |
| A&H-INS | .00 | .00 | .00 | .00 | .00 | | |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 | | |
| LC/FEES | .00 | .00 | .00 | .00 | .00 | | |
| MISC-PD | .00 | .00 | .00 | .00 | .00 | | |
| ADV-BAL | .00 | .00 | .00 | 108.99 | 108.99 | | |
| SUSP | 568.33- | 568.33 | | .00 | .00 | | |
| SC/PAYEE | | | | | | | |

PAGE 010 OF 013     TOTAL TRANS AVAILABLE 0061     OLDEST TRAN 01-13-98 /P

Page: 1 Document Name: untitled

PJ09 LN 0940460                    MORTGAGE LOAN HISTORY                              10-05-99
NAME O ABELLARD                   INV-LN 116-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB    31,659.75 2ND PB            .00
RUD    .00 NET    617.00 SE .00500000 SUSP        .00 STOP D B P P F N A D L
RCP    .00 RES        .00                                          P 0 0 6 1 0 0 0

| | | | | | |
|---|---|---|---|---|---|
| APP | 03-16 | 03-02 | 03-02 | 02-27 | 02-26 |
| DUE | 03-98 | 02-98 | 02-98 | 02-98 | 02-98 |
| TYPE/TRAN | 1 73 | 1 68 | 1 73 | 1 61 | 3 52 |
| AMOUNT | 568.33 | .00 | 568.33 | 232.00 | 232.00- |
| PRIN-PD | 153.25 | .00 | 152.04 | .00 | .00 |
| PRIN-BAL | 33,596.15 | 33,749.40 | 33,749.40 | 33,901.44 | 33,901.44 |
| INT-PD | 267.18 | .00 | 268.39 | .00 | .00 |
| ESC-PD | 147.90 | 147.90- | 147.90 | 232.00 | 232.00- |
| ESC-BAL | 147.90 | .00 | 147.90 | .00 | 232.00- |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 256.89 | 256.09 | 404.79 | 404.79 | 172.79 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | * | * | * | | 7A348 |

PAGE 011 OF 013    TOTAL TRANS AVAILABLE 0061    OLDEST TRAN 01-13-98 /P

Date: 10/6/99 Time: 10:59:30 AM

Page: 1 Document Name: untitled

P309 LN 0940460     MORTGAGE LOAN HISTORY     10-05-99
NAME O ABELLARD     INV-LN 116-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB 31,659.75 2ND PB .00
HOD .00 NET 617.00 SF .00500000 SUSP .00 STOP D B P F N A D L
REP .00 RES .00     P 0 0 6 1 0 0 0

| | | | | | |
|---|---|---|---|---|---|
| APP | 01-21 | 01-23 | 01-20 | 01-16 | 01-13 |
| DUE | 01-98 | 01-98 | 01-98 | 01-98 | 01-98 |
| TYPE/TRAN | 1 68 | 1 73 | 1 61 | 1 70 | 1 32 |
| AMOUNT | .00 | 568.33 | 320.69 | 320.69- | .00 |
| PRIN-PD | .00 | 150.85 | .00 | .00 | .00 |
| PRIN-BAL | 33,901.44 | 33,901.44 | 34,052.29 | 34,052.29 | 34,052.29 |
| INT-PD | .00 | 269.58 | .00 | .00 | .00 |
| ESC-PD | 147.90- | 147.90 | 320.69 | 320.69- | .00 |
| ESC-BAL | .00 | 147.90 | .00 | 320.69- | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00 | .00 5 | 191.34- |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 172.79 | 320.69 | 320.69 | .00 | .00 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | | | | | |

PAGE 012 OF 013     TOTAL TRANS AVAILABLE 0061     OLDEST TRAN 01-13-98 /P

Date: 10/6/99 Time: 10:59:31 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460                    MORTGAGE LOAN HISTORY
NAME O ABELLARD              INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12    10-05-99
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB    31,659.75  2ND PB        .00
HUD      .00  NET      617.00  SF .00500000 SUSP      .00 STOP D B P F N A D L
REP      .00  RES        .00                               P O O 6 1 0 0 0
      APP          01-13
      DUE          01-98
      TYPE/TRAN      1   42
      AMOUNT          .00
      PRIN-PD    34,052.29-
      PRIN-BAL   34,052.29
      INT-PD          .00
      ESC-PD          .00
      ESC-BAL         .00
      A&H-INS         .00
      LIFE-INS        .00
      LC/FEES         .00
      MISC-PD         .00
      ADV-BAL         .00
      SUSP            .00
      SC/PAYEE

PAGE 013 OF 013      TOTAL TRANS AVAILABLE 0061      OLDEST TRAN 01-13-98 /P
```

Date: 10/6/99 Time: 10:59:33 AM

**SEASONS MORTGAGE GROUP INC.**

9325 Midlothian Tpke. • Suite A • Richmond, Virginia 23235 • Phone [804] 323-1680

March 20, 2000

Sam Zucker, Esquire
P.O.Box 5005
Bay Pines, FL  33744

Re:  Loan #1740410781
     Abellard

Dear Attorney Zucker:

Enclosed are copies of the pay histories as you requested in our telephone conversation
of today.  I hope this helps.

Should you have any further questions, please feel free to give me a call.

Very truly yours,

Diana C. Fortin
Litigation Manager

Page: 1 Document Name: untitled

```
P309 LN 0940460            MORTGAGE LOAN HISTORY                      10-05-99
NAME O  ABELLARD           INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB   31,659.75  2ND PB       .00
HUD    .00 NET  617.00 SF .0050000000 SUSP        .00 STOP D B P P F N A D L
REP    .00 RES       .00                              P 0 0 6 1 0 0 0
```

| TYPE/TRAN | | | | | |
|---|---|---|---|---|---|
| APP | 09-27 | 09-16 | 08-16 | 07-16 | 06-16 |
| DUE | 00-00 | 04-99 | 04-99 | 04-99 | 04-99 |
| TYPE/TRAN | 6 31 | 1 52 | 1 52 | 1 52 | 1 52 |
| AMOUNT | .00 | .00 | .00 | .00 | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 31,659.75 | 31,659.75 | 31,659.75 | 31,659.75 | 31,659.75 |
| INT-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-BAL | .00 | .00 | .00 | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00  1 | 16.82-  1 | 16.82-  1 | 16.82-  1 | 16.82- |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 307.93 | 307.93 | 307.93 | 307.93 | 307.93 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | MCS | | | | |

PAGE 001 OF 008    TOTAL TRANS AVAILABLE 0037    OLDEST TRAN 10-15-98 /P

Page: 1 Document Name: untitled

```
P309 LN 0940460                    MORTGAGE LOAN HISTORY                        10-05-99
NAME O ABELLARD              INV-LN 316-078-0035074041 DUE 04-01-99   TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB   31,659.75   2ND PB      .00 STOP D B P P F N A D L
HUD   .00 NET  617.00 SF .00500000 SUSP       .00                        P 0 0 6 1 0 0 0
REP   .00 RES       .00
```

| TYPE/TRAN | | | | | |
|---|---|---|---|---|---|
| APP | 05-17 | 04-16 | 04-15 | 04-13 | 04-13 |
| DUE | 04-99 | 04-99 | 04-99 | 03-99 | 03-99 |
| TYPE/TRAN | 1  52 | 1  52 | 1  73 | 1  68 | 1  73 |
| AMOUNT | .00 | .00 | .00 | .00 | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | 168.46 |
| PRIN-BAL | 31,659.75 | 31,659.75 | 31,659.75 | 31,659.75 | 31,659.75 |
| INT-PD | .00 | .00 | .00 | .00 | 251.97 |
| ESC-PD | .00 | .00 | .00 | 196.57- | 196.57 |
| ESC-BAL | .00 | .00 | .00 | .00 | 196.57 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | 16.82- 1 | 16.82- 1 | 24.99 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 307.93 | 307.93 | 307.93 | 307.93 | 504.50 |
| SUSP | .00 | .00 | 24.99- | .00 | .00 |
| SC/PAYEE | | | * | | * |

```
PAGE 002 OF 008    TOTAL TRANS AVAILABLE 0037    OLDEST TRAN 10-15-98 /P
```

Date: 10/6/99 Time: 10:59:17 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460              MORTGAGE LOAN HISTORY                         10-05-99
NAME O  ABELLARD             INV-LN 316-078-0035074041 DUE 04-01-99  TYPE 12
BR AQ MAN F P-TYPE 1 INT 1 .0950000 FIRST PB   31,659.75  2ND PB          .00
HUD    .00 NET   617.00 SF .00500000 SUSP       .00 STOP D B P P F N A D L
REP    .00 RES       .00                              P 0 0 6 1 0 0 0
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 04-13 | 04-13 | 04-13 | 04-13 | 04-12 |
| DUE | 02-99 | 02-99 | 01-99 | 01-99 | 01-99 |
| TYPE/TRAN | 1 68 | 1 73 | 1 68 | 1 73 | 1 61 |
| AMOUNT | .00 | 504.62 | .00 | 632.04 | 118.58 |
| PRIN-PD | .00 | 167.13 | .00 | 165.82 | .00 |
| PRIN-BAL | 31,828.21 | 31,828.21 | 31,995.34 | 31,995.34 | 32,161.16 |
| INT-PD | .00 | 253.30 | .00 | 254.61 | .00 |
| ESC-PD | 196.57- | 196.57 | 211.61- | 211.61 | 118.58 |
| ESC-BAL | .00 | 196.57 | .00 | 211.61 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 504.50 | 701.07 | 701.07 | 912.68 | 912.68 |
| SUSP | .00 | 729.38- | .00 | 912.68 | .00 |
| SC/PAYEE | * | * | * | * | |

PAGE 003 OF 008    TOTAL TRANS AVAILABLE 0037    OLDEST TRAN 10-15-98 /P

Date: 10/6/99 Time: 10:59:19 AM

Page: 1 Document Name: untitled

```
 P309 LN 0940460              MORTGAGE LOAN HISTORY                          10-05-99
NAME O  ABELLARD          INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT   617.00 NET   .0950000 FIRST PB   31,659.75  2ND PB   .00
HUD     .00 NET                    .00  SF .00500000 SUSP    .00 STOP D B B P F N A D L
REP     .00 RES                                                      P 0 0 6 1 0 0 0
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 04-09 | 03-26 | 03-26 | 03-16 | 02-16 |
| DUE | 01-99 | 12-98 | 12-98 | 12-98 | 12-98 |
| TYPE/TRAN | 1 47 | 1 68 | 1 73 | 1 52 | 1 52 |
| AMOUNT | .00 | .00 | 573.33 | .00 | .00 |
| PRIN-PD | .00 | .00 | 164.52 | .00 | .00 |
| PRIN-BAL | 32,161.16 | 32,161.16 | 32,161.16 | 32,325.68 | 32,325.68 |
| INT-PD | .00 | .00 | 255.91 | .00 | .00 |
| ESC-PD | 118.58- | 211.61- | 211.61 | .00 | .00 |
| ESC-BAL | 118.58- | .00 | 211.61 | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | 258.62- 1 | .00 | .00 1 | 16.82- 1 | 16.82- |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 794.10 | 794.10 | 1,005.71 | 1,005.71 | 1,005.71 |
| SUSP | 377.20 | .00 | 58.71- | .00 | .00 |
| SC/PAYEE | * | * | * | | |

PAGE 004 OF 008    TOTAL TRANS AVAILABLE 0037    OLDEST TRAN 10-15-98 /P

Date: 10/6/99 Time: 10:59:20 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460              MORTGAGE LOAN HISTORY                      10-05-99
NAME O ABELLARD        INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB    31,659.75  2ND PB         .00
HUD     .00  NET   617.00  SF .00500000 SUSP     .00 STOP D  B  P  F  N  A  D  L
REP     .00  RES      .00                              P  0  0  6  1  0  0  0
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 01-19 | 01-19 | 01-19 | 01-14 | 01-15 |
| DUE | 12-98 | 11-98 | 11-98 | 02-99 | 11-98 |
| TYPE/TRAN | 1   52 | 1   68 | 1   73 | 3   52 | 1   61 |
| AMOUNT | .00 | .00 | 568.33 | 237.00- | 237.00 |
| PRIN-PD | .00 | .00 | 163.23 | .00 | .00 |
| PRIN-BAL | 32,325.68 | 32,325.68 | 32,325.68 | 32,488.91 | 32,488.91 |
| INT-PD | .00 | .00 | 257.20 | .00 | .00 |
| ESC-PD | .00 | 211.61- | 211.61 | 237.00- | 237.00 |
| ESC-BAL | .00 | .00 | 211.61 | .00 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | 16.82- | .00 | .00 | 1 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 1,005.71 | 1,005.71 | 1,217.32 | 980.32 | 1,217.32 |
| SUSP | .00 | .00 | 63.71- | .00 | .00 |
| SC/PAYEE | * | * | | 7A348 | |

```
PAGE 005 OF 008   TOTAL TRANS AVAILABLE 0037   OLDEST TRAN 10-15-98  /P
```

Date: 10/6/99 Time: 10:59:21 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460           MORTGAGE LOAN HISTORY              10-05-99
NAME O ABELLARD           INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB  31,659.75  2ND PB  .00
HUD  .00 NET  617.00 SF .0950000 SUSP    .00 STOP D B P F N A D L
REP  .00 RES    .00                            P 0 0 6 1 0 0 0
```

| TYPE/TRAN | | | | |
|---|---|---|---|---|
| APP | 01-08 | 01-07 | 12-16 | 12-09 |
| DUE | 11-98 | 01-99 | 11-98 | 10-98 |
| TYPE/TRAN | 1 61 | 3 51 | 1 52 | 1 68 |
|  |  |  |  | 1 73 |
| AMOUNT | 865.00 | 865.00- |  | 563.30 |
| PRIN-PD | .00 | .00 | .00 | 161.94 |
| PRIN-BAL | 32,488.91 | 32,488.91 | 32,488.91 | 32,488.91 |
| INT-PD | .00 | .00 | .00 | 258.49 |
| ESC-PD | 865.00 | 865.00- | .00 | 211.61- |
| ESC-BAL | .00 | 865.00- | .00 | 211.61 |
| A&H-INS | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 1 | 16.82- | .00 |
| MISC-PD | .00 | .00 | .00 | .00 |
| ADV-BAL | 980.32 | 115.32 | 115.32 | 326.93 |
| SUSP | .00 | .00 | .00 | 68.74- |
| SC/PAYEE | 75115 | * | * |  |

PAGE 006 OF 008   TOTAL TRANS AVAILABLE 0037   OLDEST TRAN 10-15-98 /P

Date: 10/6/99 Time: 10:59:22 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460                MORTGAGE LOAN HISTORY                10-05-99
NAME O ABELLARD          INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB  31,659.75  2ND PB        .00
HUD    .00 NET    617.00 SF .0050000 SUSP      .00 STOP D B P F N A D L
REP    .00 RES          .00                         P 0 0 6 1 0 0 0
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 11-17 | 11-16 | 11-12 | 11-10 | 10-21 |
| DUE | 10-98 | 10-98 | 10-98 | 11-98 | 10-98 |
| TYPE/TRAN | 1 73 | 1 52 | 1 61 | 3 12 | 1 73 |
| AMOUNT | 568.33 | .00 | 326.93 | 1,415.05- | .00 |
| PRIN-PD | .00 | .00 | .00 | .00 | .00 |
| PRIN-BAL | 32,650.85 | 32,650.85 | 32,650.85 | 32,650.85 | 32,650.85 |
| INT-PD | .00 | .00 | .00 | .00 | .00 |
| ESC-PD | .00 | .00 | 326.93 | 1,415.05- | 118.58 |
| ESC-BAL | .00 | .00 | .00 | 326.93- | 1,088.12 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00   1 | 16.82- | .00 | .00   1 | 258.62 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 326.93 | 326.93 | 326.93 | 326.93 | .00 |
| SUSP | 568.33 | | 09011 | | 377.20- |
| SC/PAYEE * | | | | | |

```
PAGE 007 OF 008      TOTAL TRANS AVAILABLE 0037      OLDEST TRAN 10-15-98 /P
```

Date: 10/6/99 Time: 10:59:24 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460              MORTGAGE LOAN HISTORY                        10-05-99
NAME O ABELLARD              INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT 1 .950000 FIRST PB   31,659.75  2ND PB       .00
HUD    .00 NET  617.00   SF .00500000 SUSP      .00 STOP D B P P N A D L
REP    .00 RES       .00                                 P 0 0 6 1 0 0 0
```

| TYPE/TRAN | | | | |
|---|---|---|---|---|
| APP | 10-16 | 10-15 | 09-16 | 09-14 |
| DUE | 10-98 | 09-98 | 09-98 | 08-98 |
| TYPE/TRAN | 1  52 | 1  73 | 1  52 | 1  73 |
| AMOUNT | .00 | 568.33 | .00 | 568.33 |
| PRIN-PD | .00 | 160.67 | .00 | 159.41 |
| PRIN-BAL | 32,650.85 | 32,650.85 | 32,811.52 | 32,811.52 |
| INT-PD | .00 | 259.76 | .00 | 261.02 |
| ESC-PD | .00 | 211.61 | .00 | 211.61 |
| ESC-BAL | 969.54 | 969.54 | 757.93 | 757.93 |
| A&H-INS | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 |
| LC/FEES | 16.82- | .00  1 | 16.82-  1 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 |
| ADV-BAL | .00 | .00 | .00 | .00 |
| SUSP | .00 | 63.71- | .00 | 63.71- |
| SC/PAYEE | * | * | * |  |

Additional column:

| | |
|---|---|
| APP | 08-17 |
| DUE | 08-98 |
| TYPE/TRAN | 1  52 |
| AMOUNT | .00 |
| PRIN-PD | .00 |
| PRIN-BAL | 32,970.93 |
| INT-PD | .00 |
| ESC-PD | .00 |
| ESC-BAL | 546.32 |
| A&H-INS | .00 |
| LIFE-INS | .00 |
| LC/FEES | 16.82- |
| MISC-PD | .00 |
| ADV-BAL | .00 |
| SUSP | .00 |

```
PAGE 008 OF 013    TOTAL TRANS AVAILABLE 0061    OLDEST TRAN 01-13-98 /P
```

Date: 10/6/99 Time: 10:59:26 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460          MORTGAGE LOAN HISTORY            10-05-99
NAME O ABELLARD      INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB  31,659.75  2ND PB    .00
HUD   .00 NET  617.00 SF .0050000 SUSP    .00 STOP D B P F N A D L
REP   .00 RES        .00                        P 0 0 6 1 0 0 0
```

| | | | | |
|---|---|---|---|---|
| APP | 08-17 | 07-27 | 07-16 | 06-12 | 06-11 |
| DUE | 07-98 | 07-98 | 07-98 | 06-98 | 06-98 |
| TYPE/TRAN | 1 73 | 1 73 | 1 52 | 1 74 | 1 73 |
| AMOUNT | 568.33 | 568.33 | .00 | .00 | 568.33 |
| PRIN-PD | 158.16 | .00 | .00 | 156.92 | .00 |
| PRIN-BAL | 32,970.93 | 33,129.09 | 33,129.09 | 33,129.09 | 33,286.01 |
| INT-PD | 262.27 | .00 | .00 | 263.51 | .00 |
| ESC-PD | 211.61 | .00 | .00 | 147.90 | .00 |
| ESC-BAL | 546.32 | 334.71 | 334.71 | 334.71 | 186.81 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 1 | 16.82- | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | .00 | .00 | .00 | .00 | .00 |
| SUSP | 63.71- | 568.33 | .00 | 568.33- | 568.33 |
| SC/PAYEE | * | * | * | * | * |

PAGE 009 OF 013   TOTAL TRANS AVAILABLE 0061   OLDEST TRAN 01-13-98 /P

Date: 10/6/99 Time: 10:59:28 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460               MORTGAGE LOAN HISTORY                    10-05-99
NAME O ABELLARD               INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB   31,659.75  2ND PB       .00
HUD    .00 NET    617.00 SF .00500000 SUSP          .00 STOP D B P F N A D L
REP    .00 RES      .00                                       P 0 0 6 1 0 0 0
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 05-14 | 05-13 | 04-13 | 04-13 | 03-16 |
| DUE | 05-98 | 05-98 | 04-98 | 04-98 | 03-98 |
| TYPE/TRAN | 1  74 | 1  73 | 1  68 | 1  73 | 1  68 |
| AMOUNT | .00 | 568.33 | .00 | 568.33 | .00 |
| PRIN-PD | 155.68 | .00 | .00 | 154.46 | .00 |
| PRIN-BAL | 33,286.01 | 33,441.69 | 33,441.69 | 33,441.69 | 33,596.15 |
| INT-PD | 264.75 | .00 | .00 | 265.97 | .00 |
| ESC-PD | 147.90 | .00 | 108.99- | 147.90 | 147.90- |
| ESC-BAL | 186.81 | 38.91 | 38.91 | 147.90 | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00 | .00 | .00 |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | .00 | .00 | .00 | 108.99 | 108.99 |
| SUSP | 568.33- | 568.33 | | 108.99 | .00 |
| SC/PAYEE | * | * | * | * | * |

```
PAGE 010 OF 013   TOTAL TRANS AVAILABLE 0061   OLDEST TRAN 01-13-98 /P
```

Date: 10/6/99 Time: 10:59:29 AM

Page: 1 Document Name: untitled

```
P309  LN 0940460                    MORTGAGE LOAN HISTORY                    10-05-99
NAME O  ABELLARD              INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB   31,659.75  2ND PB       .00
HUD     .00  NET     617.00  SF .00p00000 SUSP      .00 STOP D B P F N A D L
REP     .00  RES            .00                              P 0 0 6 1 0 0 0
TYPE/TRAN        03-16          03-02          03-02          02-27       02-26
APP              03-98          02-98          02-98          02-98       02-98
DUE              1  73          1  68          1  73          1  61       3   52
AMOUNT          568.33           .00          568.33         232.00      232.00-
PRIN-PD         153.25           .00          152.04           .00          .00
PRIN-BAL     33,596.15      33,749.40       33,749.40      33,901.44   33,901.44
INT-PD          267.18           .00          268.39           .00          .00
ESC-PD          147.90         147.90-        147.90         232.00      232.00-
ESC-BAL         147.90           .00          147.90           .00       232.00-
A&H-INS           .00            .00            .00            .00          .00
LIFE-INS          .00            .00    .        .00            .00          .00
LC/FEES           .00            .00            .00            .00          .00
MISC-PD           .00            .00            .00            .00          .00
ADV-BAL         256.89         256.89         404.79         404.79      172.79
SUSP              .00            .00            .00            .00          .00
SC/PAYEE  *                *              *                           7A348

PAGE 011 OF 013    TOTAL TRANS AVAILABLE 0061   OLDEST TRAN 01-13-98 /P
```

Date: 10/6/99 Time: 10:59:30 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460              MORTGAGE LOAN HISTORY                        10-05-99
NAME O ABELLARD              INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB   31,659.75  2ND PB      .00
HUD    .00 NET   617.00 SF .00500000 SUSP     .00 STOP D B P  D B P F N A D L
REP    .00 RES      .00                               P 0 0 6 1 0 0 0
```

| | | | | | |
|---|---|---|---|---|---|
| APP | 01-23 | 01-23 | 01-20 | 01-16 | 01-13 |
| DUE | 01-98 | 01-98 | 01-98 | 01-98 | 01-98 |
| TYPE/TRAN | 1 68 | 1 73 | 1 61 | 1 70 | 1 32 |
| AMOUNT | .00 | 568.33 | 320.69 | 320.69- | .00 |
| PRIN-PD | .00 | 150.85 | .00 | .00 | .00 |
| PRIN-BAL | 33,901.44 | 33,901.44 | 34,052.29 | 34,052.29 | 34,052.29 |
| INT-PD | .00 | 269.58 | .00 | .00 | .00 |
| ESC-PD | 147.90- | 147.90 | 320.69 | 320.69- | .00 |
| ESC-BAL | .00 | 147.90 | .00 | 320.69- | .00 |
| A&H-INS | .00 | .00 | .00 | .00 | .00 |
| LIFE-INS | .00 | .00 | .00 | .00 | .00 |
| LC/FEES | .00 | .00 | .00 | .00   5 | 191.34- |
| MISC-PD | .00 | .00 | .00 | .00 | .00 |
| ADV-BAL | 172.79 | 320.69 | 320.69 | .00 | .00 |
| SUSP | .00 | .00 | .00 | .00 | .00 |
| SC/PAYEE | * | * | | | |

```
PAGE 012 OF 013    TOTAL TRANS AVAILABLE 0061    OLDEST TRAN 01-13-98 /P
```

Date: 10/6/99 Time: 10:59:31 AM

Page: 1 Document Name: untitled

```
P309 LN 0940460              MORTGAGE LOAN HISTORY                      10-05-99
NAME O ABELLARD          INV-LN 316-078-0035074041 DUE 04-01-99 TYPE 12
BR AQ MAN F P-TYPE 1 INT .0950000 FIRST PB   31,659.75  2ND PB     .00
HUD     .00 NET    617.00 SF .00500000 SUSP       .00 STOP D B P F N A D L
REP     .00 RES       .00                             P 0 0 6 1 0 0 0
     APP        01-13
     DUE        01-98
     TYPE/TRAN     1  42
     AMOUNT        .00
     PRIN-PD  34,052.29-
     PRIN-BAL 34,052.29
     INT-PD        .00
     ESC-PD        .00
     ESC-BAL       .00
     A&H-INS       .00
     LIFE-INS      .00
     LC/FEES       .00
     MISC-PD       .00
     ADV-BAL       .00
     SUSP          .00
     SC/PAYEE      .00

PAGE 013 OF 013    TOTAL TRANS AVAILABLE 0061    OLDEST TRAN 01-13-98 /P
```

Date: 10/6/99 Time: 10:59:33 AM

Page: 1 Document Name: untitled

```
PIR1 0940460              PROPERTY INSPECTION RESULTS      10/05/99  12:00:56
O ABELLARD DUE 04/01/99 TYPE V.A.          INV-LN 316-078-0035074041
6778 NW 1ST STREET MARGATE FL 33063                              GROUP ____
------------------- HISTORY OF REQUESTS ----------------------------------
REQUEST  INSPECTION  P/ REQUEST   PI        COMPLETE          V/ DATE
DATE     TYPE        M MEDIA      CO.  REQUESTOR  DATE    FEE  O  ADDED
--------------------------------------------------------------------------
07/23/99 CONDITION   P INDIVIDUA MCS          08/05/99    7.75 O 08/16/99
         ACTION: _    DISPOSITION:
07/20/99 FORECLOSE   P MASS REQ  MCS   GFORECLOS 07/23/99  7.75 O 08/04/99
         ACTION: _    DISPOSITION:

         ACTION: _    DISPOSITION:

         ACTION: _    DISPOSITION:

         ACTION: _    DISPOSITION:

         ACTION: _    DISPOSITION:
---------------------------* ADDITIONAL MESSAGES *------------------------
  PRESS PF14 FOR MEMOS
  LIFE-OF-LOAN: VENDEE LOAN
  LOAN IS ACTIVE FORECLOSURE      LOAN IS IN FORECLOSURE, F/C STOP = 6
```

Date: 10/6/99 Time: 10:59:48 AM





IN: 17-17-4-0410781
Obligor Name: Abellard, Odony
Servicer Name: FIRSTAR HOME MORTGAGE

---

01/24/2000 Mr. Abellard called and vented his frustration. He wanted to know
who the Secretary of Veterans Affairs was (I told him). I told him
to refer all questions to Seasons, and failing that, I told him to
talk to his Attorney or Congressman....LWS
01/21/2000 Mr. Abellard called: He again got off on a tangent but I told him
there was nothing we could do anymore, it's with Seasons Mortgage.
told him to call Seasons Mtg. and gave him the toll-free number. I
then called Seasons myself: Their Collections Department said the
loan package was received and set up on 12/29/1999. The Loan is due
for 4/99 and the total delinquency is $7,969.15 ....LWS
01/07/2000 Returned Mr. Abellard's phone call and gave him the number of Seasons
Mortgage. I told him he needed to direct all calls about his account
to Seasons Mortgage. He started to go off on a tangent and I told
him I coulnd't talk about it. I wished him a nice weekend and hung
up the phone....LWS
01/06/2000 Mr. Aboullard callled and wanted a few changes made to the amortization
spreadsheet I sent him such as numbering from 1 to 360 instead of
360 counting down to 1. I made changed and faxed / mailed him another
copy. I told him this will be the last time I can speak to hime since
I did this as a favor anyway. It's in the hands of Seasons...LWS
12/30/1999 Called Seasons Mortgage: Loan was just set up with Seasons on 12/29/99
and it's due for 4/99. I left message with Mr. Aboullard...LWS
12/30/1999 Mr. Aboullard called again and went through his litany of problems.
I listened patiently and told him he needs to call Seasons Mortgage
because LGY is out of the picture...LWS
12/29/1999 Mr. called: He didn't received FAX. I re-faxed it to him at 954-972-3106
LWS
12/20/1999 Mr. called back and told me to FAX Amortization schedule to him. I
faxed it to 954-972-3106...LWS
12/20/1999 H/O called and wants Amortization Schedule. I made one on Excel for
him but when I called him back I got some weird voice messaging system
and nobody answering. It wouldn't take a message and said "call
back later". I will await his call...LWS
12/16/1999 Claim Certified to Liquidated and Claim Certified.
12/16/1999 Claim Approved/Vouchered to Claim Certified.
12/16/1999 Claim Analyzed to Claim Approved/Vouchered.
12/16/1999 Sent Guaranty Claim to Mikulicz, Joel .
12/16/1999 Guaranty Claim approved by Mikulicz, Joel .
12/16/1999 Claim Received to Claim Analyzed.
12/16/1999 rp claim
12/16/1999 RE-ENTRY/WLT
12/16/1999 CLAIM PAYABLE FOR REPURCHASE/WLT
12/16/1999 CLAIM PAYABE FOR REPURCAHSE/WLT
12/16/1999 Refund/Settlement Completed to Claim Received.
12/16/1999 Refund Acceptable to VA to Refund/Settlement Completed.
12/16/1999 Refund Considered to Refund Acceptable to VA.
12/16/1999 CHG STAGE AND STATUS/WLT
12/16/1999 Default Forbearance to Refund Considered.
12/16/1999 CHG STAGE AND STATUS, REPURCHASE/WLT
10/14/1999 RECD 8778, WILL BE FILING CLAIM BY END OF WEEK/WLT          *START Her.*
09-20-99 A/5-25-99 RECD CALL FM H/O PH#954-972-3106,PAGER 220-2873,REFD TO W. TORRES.CAE   ←
052599 HO CALLED IN STATED HIS MTG WAS SOLD TO FIRST STAR WHICH WAS GREAT FIN
ANCIAL. HO IS CONFUSED AND IS THREATENING TO SUE THE MTG CO. ATTEMPTED TO ASS
IST HO IN EXPLAINING HIS PMTS INCREASED BECAUSE OF TAXES. HIS PMTS WERE PLACE
D IN SUSPENSE AND SUPPLEMENTED HIS REGULAR PMTS TO MEET INCREASED ESCROW REQUI
REMENTS. HO DID NOT WANT TO HEAR ANY REASONS, HO ASKED FOR LOCAL VA OFFICE IN
LS9:Jen

062599 RECD 8778, DUE 040199/WLT
081299 H/O CALLED: SAYS HE'S GOING TO SUE MTG CO & VA. I GAVE HIM OUR ADDRESS.
I ASKED HIM HOW MANY PMTS HE'S BEHIND: HE SAYS HE'S NOT BEHIND- THE BANK IS
BEHIND. HS SAYS HE'S SENT THEM CHECKS AND THE FUNDS HAVE BEEN KEPT BUT NOT
APPLIED TO ACCOUNT. (H/O VERY HARD TO UNDERSTAND & SEEMED IRRATIONAL)..LWS
081699 HO CALLED IN REFUSED TO BELIEVE VA DOES NOT OWN THIS PROPERTY, BELIEVE
S MTG CO IS SERVICING LOAN FOR VA. ADV HO PROP WAS SOLD TO MT CO AND PROBABLY
09-20-99 A CONTD   TRANSFERRED TO STAR BANK. HO BELIEVES ALL OF THIS IS ILLEGAL. HO WI
LL NOT LISTEN TO MY EXPLANATION, CONTINUES TO CUT MY OFF WHILE SPEAKING AND TE
LLS ME MY INFO IS IS WRONG. HO STATES MTG CO CANNOT SELL PROPERTY TO ANOTHER
MTG CO. HO THREATENED LEGAL ACTION. I ADV HO TO CONTACT STAR BANK, HE REFUSE
S BELIEVES THEY HAVE STOLEN THE LOAN FROM GREAT FINANCIAL. HO HUNG UP ON ME,
HOSTILE/WLT
090999 RECD 8778, DUE 040199/WLT

DEPARTMENT OF VETERANS AFFAIRS
REGIONAL OFFICE (326)
PORTFOLIO LOAN OVERSIGHT UNIT (263A)
575 NORTH PENNSYLVANIA STREET
INDIANAPOLIS, IN 46204-1581
317-226-5209 EXT 3164

---

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Judy Gornes / Sam Zucker | Jim Ingels |
| **COMPANY:** | **DATE:** |
| Regional Counsel | March 20, 2000 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 727-398-9384 | 20 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| 727-398-6661 ext 5767 | 317-226-6060(fax) |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Copy of Screens | 17-4-0410781/ Abellard, Odony & Camy |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

Sam: Here is 19 pages of Seasons Mortgage screens on the above
referenced VA vendee loan.

[CLICK HERE AND TYPE RETURN ADDRESS]

```
*****************************************************************************
                            BORROWER DESCRIPTION                           A
*****************************************************************************
```

Corporate Name Format............. ABELLARD   ODONY
                                    ABELLARD   CAMY

Format Used (C/I)

Individual Name Format              BORROWER 1              BORROWER 2
  Initials...............           O.                      C.
  First Name .............         ODONY                   CAMY
  Middle Name............
  Last name..............          ABELLARD                ABELLARD
  Suffix.................
  Social Security Number..          054405593               077426870

----------------------------------------------------------------------------

Home Phone................          954-972-3106
Business Phone............
Mailing Address...........          6778 1ST ST

                                    MARGATE           FL        33063

```
****************************************************************
                      PROPERTY DESCRIPTION                    A
****************************************************************
```

Tax Service        ARTS NOTIFICATON 01/01/00
Notification

Property Address   6778 1ST ST

                   MARGATE        FL        33063
-------------------------------------------------------------------
Construction Type                    Appraised Value (whole $)    50000
Property Type Cd    01               Loan Balance/Value Ratio     633
Location Code       1                Last Appraisal Date
County Code....... 11                Next Appraisal Date
City Code.........
Census Tract.....                    Last Inspection Date        32000
Land Lot Number...                   Personal Residence          Y
District..........                   State FIPS Code             12
Block............. G                 Purchase Price
Lot............... 32                MOU Number
Subdivision....... ORIOLE MARGATE SEC

```
****************************************************************************
                            LOAN DESCRIPTION                              A
****************************************************************************
```

$$$$$$$cc
   5000000    Note Amount
     42043    P/I Constant  Changes Exist           Subsidy Changes Exist

      9500    Interest Rate Changes Exist

        30    Loan Term in Years           Discount Points %
       360    Loan Term in Months            Paid By:
                                            (B=Borrower/W=Withheld)
    100278    Closing Date                 Closing Costs $
    110178    First Payment Date           MIP Financed
    100108    Maturity Date                  Blank or 0 = No  (originated loan)
                                                      1 = Yes (originated loan)
         4    Loan Type                              2 = No  (refinanced loan)
                                                      3 = Yes (refinanced loan)
                                            Second TIN Notice
   . . . . .  Prepayment Penalty, 1 to 3   FHA Insured
   . . . . .  Prepayment Penalty, 4 & 5      (prior to 8/2/85)

03/20/00 '08:32 FAX 3172266060    IARU INUI ILUU                                    ☒005

```
===========================================================
Loan# 1740410781 Pr Ln# 0000000000    Corp Adv          .00     P&I      420.43
Borr Nm ODONY ABELLARD                 Esc Bal          .00     Esc      319.07
Address 6778 1ST ST                    Esc Adv       237.00     Other       .00
        MARGATE, FL 33063              Avail Esc        .00     Tot Pmt  739.50
Nxt Due   4/01/99 Inv  046             Flood Ins/Zone Y AH      Lien 1
1st Pmt 11/01/78 Pool 1973004          Last Anly Date 0/00/00   Msgs       50
                                       Prin Bal     31659.75
Option: (5=Inquiry)
```

| Opt | Escrow Type | Seq# | Mat/Red Date | Acc/Arr Amt | * | Mthly Amt | Vendor |
|-----|-------------|------|--------------|-------------|---|-----------|--------|
| _ | FLOOD-53 | 2 | 2/15/01 | 237.00 | | 19.75 | 21296 |
| _ | COUNTY TAXES-31 | 3 | 11/30/00 | 1415.05 | . | 117.92 | 12011 |
| _ | FORCEPLACED-56 | 4 | 12/31/99 | 353.00 | | 29.42 | 80000 |

```
F1=Master File Inq   F2=Pmt Inq  F3=Exit   F5=Refresh   F7=Aggr Analysis
F8=Detail Hist       F9=Coupon Hist   F10=Alt Master Inq   F24=More Keys
```

**Amortization Schedule**

| | |
|---|---|
| Initial Loan Amount: | $50,000.00 |
| Initial Interest Rate: | 9.5000 |
| Initial Periods: | 360 |
| Points: | 0.0000 |
| Origination Date: | 10/02/78 |
| First Payment Due: | 11/01/78 |
| Payment Method: | Monthly |
| Compounding Method: | Monthly |
| Amortizing Method: | Normal |
| Rate Basis: | Ordinary |
| Points Paid: | At Origination |

| #/Yr | Date | Payment | Principal | Interest | Balance |
|------|------|---------|-----------|----------|---------|
| 208/18 | 02/01/96 | $420.43 | $125.83 | $294.60 | $37,087.06 |
| 209/18 | 03/01/96 | $420.43 | $126.82 | $293.61 | $36,960.24 |
| 210/18 | 04/01/96 | $420.43 | $127.83 | $292.60 | $36,832.41 |
| 211/18 | 05/01/96 | $420.43 | $128.84 | $291.59 | $36,703.57 |
| 212/18 | 06/01/96 | $420.43 | $129.86 | $290.57 | $36,573.71 |
| 213/18 | 07/01/96 | $420.43 | $130.89 | $289.54 | $36,442.82 |
| 214/18 | 08/01/96 | $420.43 | $131.92 | $288.51 | $36,310.90 |
| 215/18 | 09/01/96 | $420.43 | $132.97 | $287.46 | $36,177.93 |
| 216/18 | 10/01/96 | $420.43 | $134.02 | $286.41 | $36,043.91 |
| 217/19 | 11/01/96 | $420.43 | $135.08 | $285.35 | $35,908.83 |
| 218/19 | 12/01/96 | $420.43 | $136.15 | $284.28 | $35,772.68 |
| *Annual Totals:* | | *$5,045.05* | *$1,565.05* | *$3,480.11* | |
| *Running Totals:* | | *$91,653.74* | *$14,227.32* | *$77,426.42* | |
| | | | | | |
| 219/19 | 01/01/97 | $420.43 | $137.23 | $283.20 | $35,635.45 |
| 220/19 | 02/01/97 | $420.43 | $138.32 | $282.11 | $35,497.13 |
| 221/19 | 03/01/97 | $420.43 | $139.41 | $281.02 | $35,357.72 |
| 222/19 | 04/01/97 | $420.43 | $140.51 | $279.92 | $35,217.21 |
| 223/19 | 05/01/97 | $420.43 | $141.63 | $278.80 | $35,075.58 |
| 224/19 | 06/01/97 | $420.43 | $142.75 | $277.68 | $34,932.83 |
| 225/19 | 07/01/97 | $420.43 | $143.88 | $276.55 | $34,788.95 |
| 226/19 | 08/01/97 | $420.43 | $145.02 | $275.41 | $34,643.93 |
| 227/19 | 09/01/97 | $420.43 | $146.17 | $274.26 | $34,497.76 |
| 228/19 | 10/01/97 | $420.43 | $147.32 | $273.11 | $34,350.44 |
| 229/20 | 11/01/97 | $420.43 | $148.49 | $271.94 | $34,201.95 |
| 230/20 | 12/01/97 | $420.43 | $149.66 | $270.77 | $34,052.29 |
| *Annual Totals:* | | *$5,045.16* | *$1,720.39* | *$3,324.77* | |
| *Running Totals:* | | *$96,698.90* | *$15,947.71* | *$80,751.19* | |
| | | | | | |
| 231/20 | 01/01/98 | $420.43 | $150.85 | $269.58 | $33,901.44 |
| 232/20 | 02/01/98 | $420.43 | $152.04 | $268.39 | $33,749.40 |
| 233/20 | 03/01/98 | $420.43 | $153.25 | $267.18 | $33,596.15 |
| 234/20 | 04/01/98 | $420.43 | $154.46 | $265.97 | $33,441.69 |
| 235/20 | 05/01/98 | $420.43 | $155.68 | $264.75 | $33,286.01 |
| 236/20 | 06/01/98 | $420.43 | $156.92 | $263.51 | $33,129.09 |
| 237/20 | 07/01/98 | $420.43 | $158.16 | $262.27 | $32,970.93 |
| 238/20 | 08/01/98 | $420.43 | $159.41 | $261.02 | $32,811.52 |
| 239/20 | 09/01/98 | $420.43 | $160.67 | $259.76 | $32,650.85 |
| 240/20 | 10/01/98 | $420.43 | $161.94 | $258.49 | $32,488.91 |
| 241/20 | 11/01/98 | $420.43 | $163.23 | $257.20 | $32,325.68 |
| 242/21 | 12/01/98 | $420.43 | $164.52 | $255.91 | $32,161.16 |
| *Annual Totals:* | | *$5,045.16* | *$1,891.13* | *$3,154.03* | |
| *Running Totals:* | | *$101,744.06* | *$17,838.84* | *$83,905.22* | |
| | | | | | |
| 243/21 | 01/01/99 | $420.43 | $165.82 | $254.61 | $31,995.34 |
| 244/21 | 02/01/99 | $420.43 | $167.13 | $253.30 | $31,828.21 |
| 245/21 | 03/01/99 | $420.43 | $168.46 | $251.97 | $31,659.75 |
| 246/21 | 04/01/99 | $420.43 | $169.79 | $250.64 | $31,489.96 |
| 247/21 | 05/01/99 | $420.43 | $171.13 | $249.30 | $31,318.83 |
| 248/21 | 06/01/99 | $420.43 | $172.49 | $247.94 | $31,146.34 |
| 249/21 | 07/01/99 | $420.43 | $173.85 | $246.58 | $30,972.49 |

Prepared For:                                          Prepared By: VBA

This version of the program may be used by you free of charge, for your personal, noncommercial use.
For business or commercial use, a small license fee must be paid which entitles you to an enhanced version. This fee has NOT been paid

06170-WPD o Document 16 Entered on FLSD Docket 05/17/2000 Page

```
Inv#    046   Loan type 04 Sub code  00  Next due d   e 040199  Int rate 09500
```

                        "I"nclude or "O"mit in final payoff

| | | | | | |
|---|---|---|---|---|---|
| Principal balance | 31,659.75 | I | Late charges | .00 | I |
| Escrow balance | .00 | O | Deferred late charges | 266.22 | I |
| B235 Balance | .00 | O | Monthly Late Charge | 29.58 | |
| G235 Balance | .00 | | NSF charges | .00 | I |
| Forbearance balance | .00 | I | Deferred NSF | .00 | I |
| Misc suspense balance | .00 | I | Option.ins payment | .00 | O |
| Haz suspense balance | .00 | O | Escrow advances | 237.00 | I |
| Interest Calc | 3,164.24 | I | Last FHAMIP premium | .00 | O |
| Per Diem Interest | 8.24 | | Fees Billed of | 324.93 | I |
| Prepayment penalty | .00 | O | Recording fee | 00000 | O |
| Investor Advance | .00 | O | Quote fee | 00000 | I |
| Other 1 Desc.  FAX FEE | | | Other 1 Amount | 000500 | I |
| Other 2 Desc. | | | Other 2 Amount | 000000 | I |
| Corp advance balance | .00 | O | | | |

```
                              MBS Liq Diff     .00
                              PAYOFF TOTAL              35,657.14

Default Interest Due        .00   O
Final quote?  "Y","N", or "A"     N
```

F3=Exit   F5=New Loan   F8=Pend Disb   F10=More Fields   F12=Return   Enter=Continue

LOAN NUMBER 1740007800    NAME ODOM FLSD

| TOTAL DUE | | NEXT PMT |
|---|---|---|
| 2,128.59 | PRIN | 169.79 |
| 2,916.57 | INT | 250.64 |
| 3,828.84 | ESC | 319.07 |
| | | .00 |
| | | .00 |
| | | .00 |
| .00 | | .00 |
| .00 | L/C | .00 |
| .00 | NSF | .00 |
| 266.22 | DEF L/C | 266.22 |
| .00 | DEF NSF | .00 |
| 9,140.22 | | 739.50 |

50 RECOMMEDED FOR FORECLOSURE

Special Comment: NONE

| | | | |
|---|---|---|---|
| 420.43 | P&I | 324.93 | Fees |
| BALANCES | | .00 | Corp Adv |
| 31,659.75 | Prin | 12 Pmts 0 | Year Delq |
| .00 | Esc | .00 | Ovg/Shrtg |
| 237.00 | Esc Adv | 046/1973004 | Inv/Pool |
| .00 | Borr Susp | 040199 | Next Due |
| .00 | Subsidy | 022400 | Last Act |
| .00 | Hazard | R | Status |
| .00 | Forbear | 04 00 | Loan Type |
| .00 | Misc | | Subs Flag |
| 739.50 | Curr Pmt | 29.58 | Mo.L/C |
| | | LC R 17 | Code Day |

7000300000

F3=Exit  F4=Next screen  F12=Return

Loan No.: 1740410781   Status:   Active

Primary Language:                                   Home Phone #        Work Phone #
Borrower(s): ODONY          ABELLARD            954-972-3106
             CAMY           ABELLARD

Message          Stops              Message
  Flags:
            50    7000300000    RECOMMEDED FOR FORECLOSURE

Collector
 Assigned:   2C   JEFF BYRD

         Enter permanent
                              comments for
                                          this loan
                                                      here.

F3=Exit F5=Edit Comments F7=Next Loan F8=Prev. Loan F10=Upd Alt1 F11=Upd Master
F12=Return F13=Door F15=Mtg Financial Maint F16=Prt Pmt Hist F24=Morekeys

VARO INDY PLUG

```
0617-01-WF-ED781 Document 6 C Entered on FLSD Docket 05/17/2006  Page: 1
ODONY        ABELLARD      Loan Type/Sub: 04 VA        / 00 Next Due: 4/01/99
CAMY         ABELLARD      Rate: 9.500    UnPaidBal:   31659.75  Pmt:   739.50
6778 1ST ST                #Pmts Delinq: 12   Delq Amt: 9465.15  P&I:  5045.16
MARGATE      FL 33063      Msg: #1:    #2: 50 #3:       LPR: 0/00/00  Stat: R
Phone 1: H 954-972-3106 W          Phone 2: H              W
* Entered  By  Target  Class -------------- First Comment --------------------
_ 12/31/99 K1 12/31/99  IN   called omaha flood at 800/638/9280 and this syste
I 12/30/99 CD 12/30/99  CS   VA CALLED OFFICE
_ 12/30/99 ** 12/30/99  FB   80 VA AR FOR CONVERTED NEG ESC      307.93 RICHARA
_ 12/29/99 ** 12/29/99  CS   PAYMENT COUPONS ORDERED
```

```
By Asn Cl Code    Entered    Time    Target   Pmt/Amt   Cleared    Pmt/Amt
CD CD  CS VACO 12/30/99 14:39 00:00:27 12/30/99      .00 12/30/99       .00
```

```
              VA CALLED OFFICE
              WANTED TO KNOW IF WE HAD THIS LOAN IN SYSTEM YET AND TOLD
* INQUIRY *   HIM YES
```

```
F3=Exit                          F4=Escrow Inq              F5=Detail Hist
Page Up/Dn=Next/Prev Comments    F6=Cancel Inq              F7=Next Loan
F8=Prev Loan                     F9=Loan Info               F24=More Keys
```

0:34:40-WPD-Document 16-C Entered on FLSD Docket 05/17/20 Page ... of ...
#012

```
ODONY         ABELLARD      Loan Type/Sub: 04 VA        00 Next Due:  4/01/99
CAMY          ABELLARD      Rate:  9.500   UnPaidBal:   31659.75  Pmt:    739.50
6778 1ST ST                 #Pmts Delinq: 12  Delq Amt:  9465.15  P&I:    5045.16
MARGATE       FL 33063      Msg: #1:     #2: 50 #3:      LPR:  0/00/00  Stat: R
Phone 1: H 954-972-3106 W              Phone 2: H              W
* Entered  By  Target  Class -------------- First Comment ------------------
_ 02/02/00 ** 02/02/00    CS    PAYMENT COUPONS ORDERED
_ 01/31/00 SY 01/31/00    IN    NEED PROOF OF POLICY LETTER SENT                E
_ 01/28/00 SY 01/28/00    CS    INITIAL ENDORSEMENT LETTER SENT                 E
_ 01/21/00 ** 01/21/00    CS    PAYMENT COUPONS ORDERED

By Asn Cl Code    Entered     Time    Target    Pmt/Amt   Cleared     Pmt/Amt
NC 2C  CL HTOF  1/21/00  9:11 00:02:17  1/22/00     .00 11/11/11        .00

                HE TEL OFFICE
                SD LOAN SHLD NOT HAVE BEEN XFRD B/C LOAN IS IN COURT FOR BRE
* INQUIRY *     ACH..SD TO XFR IT BACK TO VA..SD HE WILL NOT ACCPET ANY CALL
                S ON LOAN.. ADV HIM WE CAN NOT XFR LOAN BACK TO VA..


F3=Exit                            F4=Escrow Inq             F5=Detail Hist
Page Up/Dn=Next/Prev Comments      F6=Cancel Inq             F7=Next Loan
F8=Prev Loan                       F9=Loan Info              F24=More Keys
```

06170 MAP3 0781 Document 46 C Entered on FLSD Docket 03/17/2009 Page 1

```
ODONY         ABELLARD        Loan Type/Sub: 04 VA        / 00 Next Due: 4/01/99
CAMY          ABELLARD        Rate:  9.500    UnPaidBal:    31659.75  Pmt:    739.50
6778 1ST ST                   #Pmts Delinq: 12    Delq Amt:  9465.15  P&I:   5045.16
MARGATE       FL 33063        Msg: #1:    #2: 50 #3:          LPR:  0/00/00  Stat: R
Phone 1: H 954-972-3106 W                Phone 2: H                    W
* Entered  By  Target  Class -------------- First Comment -------------------
_ 02/02/00 ** 02/02/00   CS     PAYMENT COUPONS ORDERED
_ 01/31/00 SY 01/31/00   IN   NEED PROOF OF POLICY LETTER SENT                E
_ 01/28/00 SY 01/28/00   CS   INITIAL ENDORSEMENT LETTER SENT                 E
_ 01/21/00 ** 01/21/00   CS     PAYMENT COUPONS ORDERED

By Asn Cl Code    Entered       Time   Target    Pmt/Amt   Cleared    Pmt/Amt
WS WS  CS CSTE  1/21/00  9:08 00:00:58  1/21/00      .00   1/21/00        .00

                CUSTOMER TELEPHONE INQUIRY
                CUST CALLED VERY NASTY PERSON TOLD HIM I WILL TRANSFER HIM T
* INQUIRY *     O 6006/HE SAYS HE SHOULDNOT HAVE DELQ AMOUNT
```

```
F3=Exit                          F4=Escrow Inq          F5=Detail Hist
Page Up/Dn=Next/Prev Comments    F6=Cancel Inq          F7=Next Loan
F8=Prev Loan                     F9=Loan Info           F24=More Keys
```

05/20/00  05.33 FAX 3172200000          JARU INDI PLUC                                              @014

-06170-WPD-078Document6: C Entered General SD Docket 05/17/2000 en: Pag

```
ODONY           ABELLARD      Loan Type/Sub: 04 VA        / 00 Next Due:   4/01/99
CAMY            ABELLARD      Rate:  9.500   UnPaidBal:   31659.75  Pmt:    739.50
6778 1ST ST                   #Pmts Delinq: 12  Delq Amt:  9465.15  P&I:   5045.16
MARGATE    FL 33063           Msg: #1:   #2: 50 #3:        LPR:  0/00/00  Stat: R
Phone 1: H 954-972-3106 W              Phone 2: H              W
* Entered  By Target  Class -------------- First Comment -------------------
_ 02/02/00 ** 02/02/00   CS   PAYMENT COUPONS ORDERED
_ 01/31/00 SY 01/31/00   IN   NEED PROOF OF POLICY LETTER SENT                  E
_ 01/28/00 SY 01/28/00   CS   INITIAL ENDORSEMENT LETTER SENT                   E
_ 01/21/00 ** 01/21/00   CS   PAYMENT COUPONS ORDERED
```

```
By Asn Cl Code     Entered      Time     Target    Pmt/Amt   Cleared    Pmt/Amt
NC 2C  CL VACO   1/21/00  9:00 00:00:35  1/21/00       .00   0/00/00        .00
```

```
                VA CALLED OFFICE
                LARRY SMITH IN FL CALELD WANTED TO KNOW IF WE HAVE LOAN YET
* INQUIRY *     ADV HIM YES.. WANTED TO KNOW IF BRWR HAS CONTACTED US ADV NO
                .. ADV CERT UNCLAIMED..
```

```
F3=Exit                              F4=Escrow Inq              F5=Detail Hist
Page Up/Dn=Next/Prev Comments        F6=Cancel Inq              F7=Next Loan
F8=Prev Loan                         F9=Loan Info               F24=More Keys
```

```
Loan#                                    Loan Type/Sub: 04 VA          / 00 Next Due:    4/01/99
ODONY        ABELLARD                    Loan Type/Sub: 04 VA          / 00 Next Due:    4/01/99
CAMY         ABELLARD                    Rate:  9.500   UnPaidBal:   31659.75  Pmt:      739.50
6778 1ST ST                              #Pmts Delinq: 12   Delq Amt:  9465.15  P&I:     5045.16
MARGATE       FL 33063                   Msg: #1:    #2: 50 #3:            LPR:  0/00/00  Stat: R
Phone 1: H 954-972-3106 W                          Phone 2: H            W
* Entered  By  Target   Class --------------- First Comment -------------------
_ 03/13/00 2C 03/15/00    CL   PLACED CTB, CALL WILL NOT GO THRU
_ 03/13/00 ** 03/13/00    PI   PROPERTY INSPECTION ORDERED
_ 03/01/00 ** 03/01/00    FB   PROPERTY INSPECTION FEE
_ 03/01/00 ** 03/01/00    PI   PROPERTY INSPECTION RESULTS RECEIVED
_ 02/29/00 ** 02/29/00    CL   ACCOUNT REPORTED TO CREDIT BUREAU
_ 02/25/00 JI 02/25/00    FC   Rec'd call from Sam Zucker at Regional Counsel. H
_ 02/17/00 ** 02/17/00    PZ   FLOOD ZONE NON-MANDATORY TO MANDATORY      NEWBILD
_ 02/17/00 SY 02/17/00    CL   LETTER ISSUED : REFERRED TO PLOU FOR FC APPROVALC
_ 02/11/00 ** 02/11/00    PI   PROPERTY INSPECTION ORDERED
_ 02/08/00 AT 02/08/00    IN   FORCE PLACED INSURNACE ADDED
_ 02/08/00 ** 02/08/00    FB   PROPERTY INSPECTION FEE
_ 02/08/00 ** 02/08/00    PI   PROPERTY INSPECTION RESULTS RECEIVED
_ 02/02/00 ** 02/02/00    CS   PAYMENT COUPONS ORDERED
* I=Inquiry, U=Update, C=Clear (Highlighted lines show the Uncleared items)  +
Page Up/Dn   F1=Detail Comm.   F2=Excl Cleared  F3=Exit     F4=Escrow Inq
F5=Loan Hist  F6=Pmt Inq    F7=Next Loan F8=Prev Loan F9=Loan Info F10=Add Item
F11=Update Mstr  F12=Return   F13=Door     F14=One Class    F24=More Keys
```

ODONY          ABELLARD          Loan Type/Sub: 04 VA          00 Next Due:    4/01/99
CAMY           ABELLARD          Rate:  9.500    UnPaidBal:   31659.75  Pmt:    739.50
6778 1ST ST                      #Pmts Delinq: 12   Delq Amt:  9465.15  P&I:   5045.16
MARGATE        FL 33063          Msg: #1:   #2: 50 #3:         LPR:  0/00/00  Stat: R
Phone 1: H 954-972-3106 W                 Phone 2: H              W

* Entered  By  Target   Class -------------- First Comment -------------------
_ 02/02/00 ** 02/02/00   CS    PAYMENT COUPONS ORDERED
_ 01/31/00 SY 01/31/00   IN    NEED PROOF OF POLICY LETTER SENT                    E
_ 01/28/00 SY 01/28/00   CS    INITIAL ENDORSEMENT LETTER SENT                     E
_ 01/21/00 ** 01/21/00   CS    PAYMENT COUPONS ORDERED
_ 01/21/00 NC 01/22/00   CL    HE TEL OFFICE
_ 01/21/00 WS 01/21/00   CS    CUSTOMER TELEPHONE INQUIRY
_ 01/21/00 NC 01/21/00   CL    VA CALLED OFFICE
_ 01/20/00 PS 01/20/00   CL    CERTIFIED MAIL RETURNED UNCLAIMED01/04/00 NOI
_ 01/13/00 SY 01/13/00   CL    LATE NOTICE SENT
_ 01/11/00 ** 01/21/00   PI    PROPERTY INSPECTION ORDERED
_ 01/07/00 MW 01/07/00   IA    RELEASE LOAN ESC & SUSP BALANCED WITH S.GARDNER
_ 01/04/00 SY 02/04/00   CL    NOTICE OF INTENT TO FORECLOSE ISSUED               C
_ 12/31/99 ** 12/31/99   CL    ACCOUNT REPORTED TO CREDIT BUREAU
* I=Inquiry, U=Update, C=Clear (Highlighted lines show the Uncleared items)     4
Page Up/Dn   F1=Detail Comm.   F2=Excl Cleared  F3=Exit      F4=Escrow Inq
F5=Loan Hist  F6=Pmt Inq   F7=Next Loan F8=Prev Loan F9=Loan Info F10=Add Item
F11=Update Mstr  F12=Return   F13=Door      F14=One Class     F24=More Keys

-06170-WPB91078Documensub: C Entered cmtFRASD IDocket05/17/2000en: Pag

```
ODONY          ABELLARD          Loan Type/Sub: 04 VA        / 00 Next Due:    4/01/99
CAMY           ABELLARD          Rate:  9.500   UnPaidBal:   31659.75  Pmt:    739.50
6778 1ST ST                      #Pmts Delinq: 12  Delq Amt:  9465.15  P&I:   5045.16
MARGATE        FL 33063          Msg: #1:    #2: 50 #3:         LPR:  0/00/00   Stat: R
Phone 1: H 954-972-3106 W                Phone 2: H              W
* Entered  By  Target  Class --------------- First Comment --------------------
_ 12/31/99 Kl 12/31/99    IN   called omaha flood at 800/638/9280 and this syste
_ 12/30/99 CD 12/30/99    CS   VA CALLED OFFICE
_ 12/30/99 ** 12/30/99    FB   80 VA AR FOR CONVERTED NEG ESC    307.93 RICHARA
_ 12/29/99 ** 12/29/99    CS     PAYMENT COUPONS ORDERED
_ 12/29/99 ** 12/29/99    CL   CUSTOMER CONTACT NEEDED................(EXCEPTION)
_ 12/29/99 AN 12/29/99    AQ
```

```
* I=Inquiry, U=Update, C=Clear (Highlighted lines show the Uncleared items)
Page Up/Dn    F1=Detail Comm.    F2=Excl Cleared  F3=Exit      F4=Escrow Inq
F5=Loan Hist  F6=Pmt Inq    F7=Next Loan F8=Prev Loan F9=Loan Info F10=Add Item
F11=Update Mstr  F12=Return   F13=Door      F14=One Class    F24=More Keys
```

```
Loan# 1740410781  Inv# 046      Pool 1973004 InvLn#  12           MSG:    50
                                                                 UPB      31,659.75
Borr1  ODONY         ABELLARD        Status     R  Int.Rate  9.500   EscBal       .00
Borr2  CAMY          ABELLARD        Type 04 - 00 SrvFees   .00000   EscAdv    237.00
Prop:  6778 1ST ST                      VA        YldDif    .00000   TotPmt    739.50
       MARGATE      FL 33063        #PmtDlq  12  NextDue  4/01/99 TotDel   8,874.00
TRN#  CODE     POSTED   EFFECTVE         DESCRIPTION       NEXT DUE  TOTAL AMT
 10  81 02   12/29/99 12/29/99 LOAN TRANSFER              4/01/99   31,659.75-
Prin.Bal:    31,659.75  Applied: Prin:   31,659.75-  Interest:       .00
Escr.Bal:        .00             Escrow:        .00  Suspense:       .00
Misc:

 11  26 51   12/30/99 12/30/99 DFRD LT CHG NOCASH ADJ  4/01/99      266.22
Prin.Bal:    31,659.75  Applied: Prin:         .00  Interest:       .00
Escr.Bal:        .00             Escrow:        .00  Suspense:       .00
Misc: 266.22  01

 12  31 99   12/30/99 12/30/99 OLD INV 246/1973004     4/01/99   31,659.75
Prin.Bal:        .00  Applied: Prin:   31,659.75  Interest:       .00
Escr.Bal:        .00             Escrow:        .00  Suspense:       .00
Misc:
                                                                        +
F2=Switch view   F3=Exit   F12=Return   Pg Down   Pg Up
```

```
Loan# 1740410781  Inv# 046    Pool 1973004  InvLn#  12              UPB       31,659.75
Borr1 ODONY        ABELLARD         Status    R   Int.Rate   9.500  EscBal         .00
Borr2 CAMY         ABELLARD         Type 04 - 00 SrvFees    .00000  EscAdv      237.00
Prop: 6778 1ST ST               VA           YldDif    .00000  TotPmt      739.50
      MARGATE      FL 33063    #PmtDlq  12   NextDue  4/01/99  TotDel    8,874.00
TRN#  CODE    POSTED   EFFECTVE        DESCRIPTION        NEXT DUE   TOTAL AMT
 13  81 99  12/30/99 12/30/99 NEW INV 046/1973004         4/01/99   31,659.75-
Prin.Bal:   31,659.75  Applied: Prin:   31,659.75-   Interest:         .00
Escr.Bal:         .00           Escrow:         .00   Suspense:         .00
Misc:

 14  25 51  12/30/99 12/30/99 DFRD LT CHG NOCASH ADJ     4/01/99      266.22-
Prin.Bal:   31,659.75  Applied: Prin:         .00   Interest:         .00
Escr.Bal:         .00           Escrow:         .00   Suspense:         .00
Misc: 266.22- 01

 15  19 53   2/24/00  2/24/00 FLOOD           ADVANCE     4/01/99      237.00
Prin.Bal:   31,659.75  Applied: Prin:         .00   Interest:         .00
Escr.Bal:      237.00           Escrow:      237.00   Suspense:         .00
Misc:                                                 2/15/00      5321296
                                                                         +
F2=Switch view   F3=Exit   F12=Return   Pg Down   Pg Up
```

```
Loan# 1740410781  Inv# 046     Pool 1973004 InvLn#  12              UPB       31,659.75
Borr1 ODONY        ABELLARD     Status     R  Int.Rate  9.500   EscBal          .00
Borr2 CAMY         ABELLARD     Type 04 - 00 SrvFees  .00000   EscAdv        237.00
Prop: 6778 1ST ST                    VA       YldDif  .00000   TotPmt        739.50
      MARGATE      FL 33063     #PmtDlq  12   NextDue 4/01/99  TotDel       8,874.00
TRN#  CODE      POSTED    EFFECTVE      DESCRIPTION         NEXT DUE   TOTAL AMT
  16   60 53   2/24/00   2/24/00 FLOOD         DISBURSED   4/01/99       237.00-
Prin.Bal:      31,659.75   Applied: Prin:          .00    Interest:          .00
Escr.Bal:           .00             Escrow:     237.00-   Suspense:          .00
Misc:                                                      2/15/00  99753 5321296
```

F2=Switch view    F3=Exit    F12=Return    Pg Down    Pg Up



## DEPARTMENT OF VETERANS AFFAIRS
### Regional Office (326)
### Portfolio Loan Oversight Unit (263A)
### 575 North Pennsylvania Street
### Indianapolis IN 46204-1581
### 317-226-5209 ext 3164

May 3, 2000

In Reply Refer To:326/263A
17-4-0410781
Abellard, Odony

Laurie Rocobo
Assistant U.S. Attorney
Fort Lauderdale Office
Fax # 954-356-7180

This letter is in reply to your request for Reinstatement figures. The following is
a breakdown of the required amount needed to reinstate account.

These figures are good through: May 15, 2000.

| | | |
|---|---|---|
| Delinquent Principal | $ 2,503.35 | 2,503.35 + |
| Delinquent Interest to reinstatement date | 3,382.67 | 3,382.67 + |
| Late Charges (00-00 thru 00-00 — 0 X $29.58) | 0.00 | 266.22 + |
| Deferred Late Charges | 266.22 | 266.22 + |
| Delinquent Escrow | 4,466.98 | 4,466.98 + |
| PM Expense/Property Inspections/Fees Billed | 341.93 | 341.93 + |
| PM Expenses or NSF Fees | 0.00 | 10,961.15 * |
| Sub Total | 10,961.15 | |
| Forbearance/Escrow Balance (minus) | - 0.00 | |

TOTAL AMOUNT OF DELINQUENCY          $10,961.15

Monthly Payment Amount: $739.50

*Jim Ingels*
Jim Ingels
VA Loan Specialist

263/124/JI:ji



# DEPARTMENT OF VETERANS AFFAIRS
Regional Office(326)
Portfolio Loan Oversight Unit (263A)
575 North Pennsylvania Street
Indianapolis, IN 46204-1581

May 4, 2000

In Reply Refer To:326/263A
17-4-0410781
Abellard, Odony

Laurie Rocobo
Assistant U.S. Attorney
Fort Lauderdale Office
Fax # 954-356-7180
Office # 954-356-7314 ext 3613

This letter is in reply to your request for Pay-off figures. The following is
a breakdown of the required amount needed to pay this account in full.

**These figures are good through**: May 15, 2000.

| | | |
|---|---|---|
| Principal Balance | $31,659.75 | 31,659.75 + |
| Interest due to payoff date(3/1/99 thry 5/15/00) | 3,624.32 | 3,624.32 + |
| Late Charges (00-00 thru 00-00 = 0 X $29.58) | 0.00 | |
| Deferred Late Charges | 266.22 | 266.22 + |
| Advances for taxes/insurance | 837.93 | 837.93 + |
| PM Expense/Property Inspections/Fees Billed | 341.93 | 341.93 + |
| PM Expenses / NSF Fee | 0.00 | 36,730.15 * |
| Forbearance Balance (minus) | - 0.00 | |

TOTAL                                     $36,730.15

Per Diem: $ 8.24                    Payoff mailing address:
Monthly Payment: $739.50           Seasons Mortgage Group
Interest Rate:  9.5 %              9325 Midlothian Turnpike
                                   Richmond, VA 23235
                                   Attn: Payoff Dept.

*Jim Ingels*
JIM INGELS
VA Loan Specialist

263A/125/JI:ji

Prepared On: 05/04/00                Amortization Schedule                        Page: 7

| #/Yr | Date | Payment | Principal | Interest | Balance |
|------|------|---------|-----------|----------|---------|
| 208/18 | 02/01/96 | $420.43 | $125.83 | $294.60 | $37,087.06 |
| 209/18 | 03/01/96 | $420.43 | $126.82 | $293.61 | $36,960.24 |
| 210/18 | 04/01/96 | $420.43 | $127.83 | $292.60 | $36,832.41 |
| 211/18 | 05/01/96 | $420.43 | $128.84 | $291.59 | $36,703.57 |
| 212/18 | 06/01/96 | $420.43 | $129.86 | $290.57 | $36,573.71 |
| 213/18 | 07/01/96 | $420.43 | $130.89 | $289.54 | $36,442.82 |
| 214/18 | 08/01/96 | $420.43 | $131.92 | $288.51 | $36,310.90 |
| 215/18 | 09/01/96 | $420.43 | $132.97 | $287.46 | $36,177.93 |
| 216/18 | 10/01/96 | $420.43 | $134.02 | $286.41 | $36,043.91 |
| 217/19 | 11/01/96 | $420.43 | $135.08 | $285.35 | $35,908.83 |
| 218/19 | 12/01/96 | $420.43 | $136.15 | $284.28 | $35,772.68 |
| | Annual Totals: | $5,045.16 | $1,565.05 | $3,480.11 | |
| | Running Totals: | $91,653.74 | $14,227.32 | $77,426.42 | |
| 219/19 | 01/01/97 | $420.43 | $137.23 | $283.20 | $35,635.45 |
| 220/19 | 02/01/97 | $420.43 | $138.32 | $282.11 | $35,497.13 |
| 221/19 | 03/01/97 | $420.43 | $139.41 | $281.02 | $35,357.72 |
| 222/19 | 04/01/97 | $420.43 | $140.51 | $279.92 | $35,217.21 |
| 223/19 | 05/01/97 | $420.43 | $141.63 | $278.80 | $35,075.58 |
| 224/19 | 06/01/97 | $420.43 | $142.75 | $277.68 | $34,932.83 |
| 225/19 | 07/01/97 | $420.43 | $143.88 | $276.55 | $34,788.95 |
| 226/19 | 08/01/97 | $420.43 | $145.02 | $275.41 | $34,643.93 |
| 227/19 | 09/01/97 | $420.43 | $146.17 | $274.26 | $34,497.76 |
| 228/19 | 10/01/97 | $420.43 | $147.32 | $273.11 | $34,350.44 |
| 229/20 | 11/01/97 | $420.43 | $148.49 | $271.94 | $34,201.95 |
| 230/20 | 12/01/97 | $420.43 | $149.66 | $270.77 | $34,052.29 |
| | Annual Totals: | $5,045.16 | $1,720.39 | $3,324.77 | |
| | Running Totals: | $96,698.90 | $15,947.71 | $80,751.19 | |
| 231/20 | 01/01/98 | $420.43 | $150.85 | $269.58 | $33,901.44 |
| 232/20 | 02/01/98 | $420.43 | $152.04 | $268.39 | $33,749.40 |
| 233/20 | 03/01/98 | $420.43 | $153.25 | $267.18 | $33,596.15 |
| 234/20 | 04/01/98 | $420.43 | $154.46 | $265.97 | $33,441.69 |
| 235/20 | 05/01/98 | $420.43 | $155.68 | $264.75 | ·$33,286.01 |
| 236/20 | 06/01/98 | $420.43 | $156.92 | $263.51 | $33,129.09 |
| 237/20 | 07/01/98 | $420.43 | $158.16 | $262.27 | $32,970.93 |
| 238/20 | 08/01/98 | $420.43 | $159.41 | $261.02 | $32,811.52 |
| 239/20 | 09/01/98 | $420.43 | $160.67 | $259.76 | $32,650.85 |
| 240/20 | 10/01/98 | $420.43 | $161.94 | $258.49 | $32,488.91 |
| 241/20 | 11/01/98 | $420.43 | $163.23 | $257.20 | $32,325.68 |
| 242/21 | 12/01/98 | $420.43 | $164.52 | $255.91 | $32,161.16 |
| | Annual Totals: | $5,045.16 | $1,891.13 | $3,154.03 | |
| | Running Totals: | $101,744.06 | $17,838.84 | $83,905.22 | |
| 243/21 | 01/01/99 | $420.43 | $165.82 | $254.61 | $31,995.34 |
| 244/21 | 02/01/99 | $420.43 | $167.13 | $253.30 | $31,828.21 |
| 245/21 | 03/01/99 | $420.43 | $168.46 | $251.97 | $31,659.75 |
| 246/21 | 04/01/99 | $420.43 | $169.79 | $250.64 | $31,489.96 |
| 247/21 | 05/01/99 | $420.43 | $171.13 | $249.30 | $31,318.83 |
| 248/21 | 06/01/99 | $420.43 | $172.49 | $247.94 | $31,146.34 |
| 249/21 | 07/01/99 | $420.43 | $173.85 | $246.58 | $30,972.49 |

Loan Due For The 4-1-99 Payment

Prepared For:                                                        Prepared By: VBA

This version of the program may be used by you free of charge, for your personal, noncommercial use.
For business or commercial use, a small license fee must be paid which entitles you to an enhanced version. This fee has NOT been paid.

**Prepared On: 05/04/00**          **Amortization Schedule**                          **Page: 8**

| #/Yr | Date | Payment | Principal | Interest | Balance |
|---|---|---|---|---|---|
| 250/21 | 08/01/99 | $420.43 | $175.23 | $245.20 | $30,797.26 |
| 251/21 | 09/01/99 | $420.43 | $176.62 | $243.81 | $30,620.64 |
| 252/21 | 10/01/99 | $420.43 | $178.02 | $242.41 | $30,442.62 |
| 253/22 | 11/01/99 | $420.43 | $179.43 | $241.00 | $30,263.19 |
| 254/22 | 12/01/99 | $420.43 | $180.85 | $239.58 | $30,082.34 |
| Annual Totals: | | $5,045.16 | $2,078.82 | $2,966.34 | |
| Running Totals: | | $106,789.22 | $19,917.66 | $86,871.56 | |
| | | | | | |
| 255/22 | 01/01/00 | $420.43 | $182.28 | $238.15 | $29,900.06 |
| 256/22 | 02/01/00 | $420.43 | $183.72 | $236.71 | $29,716.34 |
| 257/22 | 03/01/00 | $420.43 | $185.18 | $235.25 | $29,531.16 |
| 258/22 | 04/01/00 | $420.43 | $186.64 | $233.79 | $29,344.52 |
| 259/22 | 05/01/00 | $420.43 | $188.12 | $232.31 | $29,156.40 |
| 260/22 | 06/01/00 | $420.43 | $189.61 | $230.82 | $28,966.79 |
| 261/22 | 07/01/00 | $420.43 | $191.11 | $229.32 | $28,775.68 |
| 262/22 | 08/01/00 | $420.43 | $192.62 | $227.81 | $28,583.06 |
| 263/22 | 09/01/00 | $420.43 | $194.15 | $226.28 | $28,388.91 |
| 264/22 | 10/01/00 | $420.43 | $195.68 | $224.75 | $28,193.23 |
| 265/23 | 11/01/00 | $420.43 | $197.23 | $223.20 | $27,996.00 |
| 266/23 | 12/01/00 | $420.43 | $198.80 | $221.63 | $27,797.20 |
| Annual Totals: | | $5,045.16 | $2,285.14 | $2,760.02 | |
| Running Totals: | | $111,834.38 | $22,202.80 | $89,631.58 | |
| | | | | | |
| 267/23 | 01/01/01 | $420.43 | $200.37 | $220.06 | $27,596.83 |
| 268/23 | 02/01/01 | $420.43 | $201.96 | $218.47 | $27,394.87 |
| 269/23 | 03/01/01 | $420.43 | $203.55 | $216.88 | $27,191.32 |
| 270/23 | 04/01/01 | $420.43 | $205.17 | $215.26 | $26,986.15 |
| 271/23 | 05/01/01 | $420.43 | $206.79 | $213.64 | $26,779.36 |
| 272/23 | 06/01/01 | $420.43 | $208.43 | $212.00 | $26,570.93 |
| 273/23 | 07/01/01 | $420.43 | $210.08 | $210.35 | $26,360.85 |
| 274/23 | 08/01/01 | $420.43 | $211.74 | $208.69 | $26,149.11 |
| 275/23 | 09/01/01 | $420.43 | $213.42 | $207.01 | $25,935.69 |
| 276/23 | 10/01/01 | $420.43 | $215.11 | $205.32 | $25,720.58 |
| 277/24 | 11/01/01 | $420.43 | $216.81 | $203.62 | $25,503.77 |
| 278/24 | 12/01/01 | $420.43 | $218.53 | $201.90 | $25,285.24 |
| Annual Totals: | | $5,045.16 | $2,511.96 | $2,533.20 | |
| Running Totals: | | $116,879.54 | $24,714.76 | $92,164.78 | |
| | | | | | |
| 279/24 | 01/01/02 | $420.43 | $220.26 | $200.17 | $25,064.98 |
| 280/24 | 02/01/02 | $420.43 | $222.00 | $198.43 | $24,842.98 |
| 281/24 | 03/01/02 | $420.43 | $223.76 | $196.67 | $24,619.22 |
| 282/24 | 04/01/02 | $420.43 | $225.53 | $194.90 | $24,393.69 |
| 283/24 | 05/01/02 | $420.43 | $227.31 | $193.12 | $24,166.38 |
| 284/24 | 06/01/02 | $420.43 | $229.11 | $191.32 | $23,937.27 |
| 285/24 | 07/01/02 | $420.43 | $230.93 | $189.50 | $23,706.34 |
| 286/24 | 08/01/02 | $420.43 | $232.75 | $187.68 | $23,473.59 |
| 287/24 | 09/01/02 | $420.43 | $234.60 | $185.83 | $23,238.99 |
| 288/24 | 10/01/02 | $420.43 | $236.45 | $183.98 | $23,002.54 |
| 289/25 | 11/01/02 | $420.43 | $238.33 | $182.10 | $22,764.21 |
| 290/25 | 12/01/02 | $420.43 | $240.21 | $180.22 | $22,524.00 |
| Annual Totals: | | $5,045.16 | $2,761.24 | $2,283.92 | |
| Running Totals: | | $121,924.70 | $27,476.00 | $94,448.70 | |
| | | | | | |
| 291/25 | 01/01/03 | $420.43 | $242.12 | $178.31 | $22,281.88 |

This version of the program may be used by you free of charge, for your personal, noncommercial use.
For business or commercial use, a small license fee must be paid which entitles you to an enhanced version. This fee has NOT been paid.

| #/Yr | Date | Payment | Principal | Interest | Balance |
|------|------|---------|-----------|----------|---------|
| 292/25 | 02/01/03 | $420.43 | $244.03 | $176.40 | $22,037.85 |
| 293/25 | 03/01/03 | $420.43 | $245.96 | $174.47 | $21,791.89 |
| 294/25 | 04/01/03 | $420.43 | $247.91 | $172.52 | $21,543.98 |
| 295/25 | 05/01/03 | $420.43 | $249.87 | $170.56 | $21,294.11 |
| 296/25 | 06/01/03 | $420.43 | $251.85 | $168.58 | $21,042.26 |
| 297/25 | 07/01/03 | $420.43 | $253.85 | $166.58 | $20,788.41 |
| 298/25 | 08/01/03 | $420.43 | $255.86 | $164.57 | $20,532.55 |
| 299/25 | 09/01/03 | $420.43 | $257.88 | $162.55 | $20,274.67 |
| 300/25 | 10/01/03 | $420.43 | $259.92 | $160.51 | $20,014.75 |
| 301/26 | 11/01/03 | $420.43 | $261.98 | $158.45 | $19,752.77 |
| 302/26 | 12/01/03 | $420.43 | $264.05 | $156.38 | $19,488.72 |
| Annual Totals: | | $5,045.16 | $3,035.28 | $2,009.88 | |
| Running Totals: | | $126,969.86 | $30,511.28 | $96,458.58 | |
| 303/26 | 01/01/04 | $420.43 | $266.14 | $154.29 | $19,222.58 |
| 304/26 | 02/01/04 | $420.43 | $268.25 | $152.18 | $18,954.33 |
| 305/26 | 03/01/04 | $420.43 | $270.37 | $150.06 | $18,683.96 |
| 306/26 | 04/01/04 | $420.43 | $272.52 | $147.91 | $18,411.44 |
| 307/26 | 05/01/04 | $420.43 | $274.67 | $145.76 | $18,136.77 |
| 308/26 | 06/01/04 | $420.43 | $276.85 | $143.58 | $17,859.92 |
| 309/26 | 07/01/04 | $420.43 | $279.04 | $141.39 | $17,580.88 |
| 310/26 | 08/01/04 | $420.43 | $281.25 | $139.18 | $17,299.63 |
| 311/26 | 09/01/04 | $420.43 | $283.47 | $136.96 | $17,016.16 |
| 312/26 | 10/01/04 | $420.43 | $285.72 | $134.71 | $16,730.44 |
| 313/27 | 11/01/04 | $420.43 | $287.98 | $132.45 | $16,442.46 |
| 314/27 | 12/01/04 | $420.43 | $290.26 | $130.17 | $16,152.20 |
| Annual Totals: | | $5,045.16 | $3,336.52 | $1,708.64 | |
| Running Totals: | | $132,015.02 | $33,847.80 | $98,167.22 | |
| 315/27 | 01/01/05 | $420.43 | $292.56 | $127.87 | $15,859.64 |
| 316/27 | 02/01/05 | $420.43 | $294.87 | $125.56 | $15,564.77 |
| 317/27 | 03/01/05 | $420.43 | $297.21 | $123.22 | $15,267.56 |
| 318/27 | 04/01/05 | $420.43 | $299.56 | $120.87 | $14,968.00 |
| 319/27 | 05/01/05 | $420.43 | $301.93 | $118.50 | $14,666.07 |
| 320/27 | 06/01/05 | $420.43 | $304.32 | $116.11 | $14,361.75 |
| 321/27 | 07/01/05 | $420.43 | $306.73 | $113.70 | $14,055.02 |
| 322/27 | 08/01/05 | $420.43 | $309.16 | $111.27 | $13,745.86 |
| 323/27 | 09/01/05 | $420.43 | $311.61 | $108.82 | $13,434.25 |
| 324/27 | 10/01/05 | $420.43 | $314.08 | $106.35 | $13,120.17 |
| 325/28 | 11/01/05 | $420.43 | $316.56 | $103.87 | $12,803.61 |
| 326/28 | 12/01/05 | $420.43 | $319.07 | $101.36 | $12,484.54 |
| Annual Totals: | | $5,045.16 | $3,667.66 | $1,377.50 | |
| Running Totals: | | $137,060.18 | $37,515.46 | $99,544.72 | |
| 327/28 | 01/01/06 | $420.43 | $321.59 | $98.84 | $12,162.95 |
| 328/28 | 02/01/06 | $420.43 | $324.14 | $96.29 | $11,838.81 |
| 329/28 | 03/01/06 | $420.43 | $326.71 | $93.72 | $11,512.10 |
| 330/28 | 04/01/06 | $420.43 | $329.29 | $91.14 | $11,182.81 |
| 331/28 | 05/01/06 | $420.43 | $331.90 | $88.53 | $10,850.91 |
| 332/28 | 06/01/06 | $420.43 | $334.53 | $85.90 | $10,516.38 |
| 333/28 | 07/01/06 | $420.43 | $337.18 | $83.25 | $10,179.20 |

Prepared For:                                          Prepared By: VBA

This version of the program may be used by you free of charge, for your personal, noncommercial use.
For business or commercial use, a small license fee must be paid which entitles you to an enhanced version. This fee has NOT been paid.

Prepared On: 05/04/00          Amortization Schedule                    Page: 10

| #/Yr | Date | Payment | Principal | Interest | Balance |
|------|------|---------|-----------|----------|---------|
| 334/28 | 08/01/06 | $420.43 | $339.84 | $80.59 | $9,839.36 |
| 335/28 | 09/01/06 | $420.43 | $342.54 | $77.89 | $9,496.82 |
| 336/28 | 10/01/06 | $420.43 | $345.25 | $75.18 | $9,151.57 |
| 337/29 | 11/01/06 | $420.43 | $347.98 | $72.45 | $8,803.59 |
| 338/29 | 12/01/06 | $420.43 | $350.73 | $69.70 | $8,452.86 |
| Annual Totals: | | $5,045.16 | $4,031.68 | $1,013.48 | |
| Running Totals: | | $142,105.34 | $41,547.14 | $100,558.20 | |
| | | | | | |
| 339/29 | 01/01/07 | $420.43 | $353.51 | $66.92 | $8,099.35 |
| 340/29 | 02/01/07 | $420.43 | $356.31 | $64.12 | $7,743.04 |
| 341/29 | 03/01/07 | $420.43 | $359.13 | $61.30 | $7,383.91 |
| 342/29 | 04/01/07 | $420.43 | $361.97 | $58.46 | $7,021.94 |
| 343/29 | 05/01/07 | $420.43 | $364.84 | $55.59 | $6,657.10 |
| 344/29 | 06/01/07 | $420.43 | $367.73 | $52.70 | $6,289.37 |
| 345/29 | 07/01/07 | $420.43 | $370.64 | $49.79 | $5,918.73 |
| 346/29 | 08/01/07 | $420.43 | $373.57 | $46.86 | $5,545.16 |
| 347/29 | 09/01/07 | $420.43 | $376.53 | $43.90 | $5,168.63 |
| 348/29 | 10/01/07 | $420.43 | $379.51 | $40.92 | $4,789.12 |
| 349/30 | 11/01/07 | $420.43 | $382.52 | $37.91 | $4,406.60 |
| 350/30 | 12/01/07 | $420.43 | $385.54 | $34.89 | $4,021.06 |
| Annual Totals: | | $5,045.16 | $4,431.80 | $613.36 | |
| Running Totals: | | $147,150.50 | $45,978.94 | $101,171.56 | |
| | | | | | |
| 351/30 | 01/01/08 | $420.43 | $388.60 | $31.83 | $3,632.46 |
| 352/30 | 02/01/08 | $420.43 | $391.67 | $28.76 | $3,240.79 |
| 353/30 | 03/01/08 | $420.43 | $394.77 | $25.66 | $2,846.02 |
| 354/30 | 04/01/08 | $420.43 | $397.90 | $22.53 | $2,448.12 |
| 355/30 | 05/01/08 | $420.43 | $401.05 | $19.38 | $2,047.07 |
| 356/30 | 06/01/08 | $420.43 | $404.22 | $16.21 | $1,642.85 |
| 357/30 | 07/01/08 | $420.43 | $407.42 | $13.01 | $1,235.43 |
| 358/30 | 08/01/08 | $420.43 | $410.65 | $9.78 | $824.78 |
| 359/30 | 09/01/08 | $420.43 | $413.90 | $6.53 | $410.88 |
| 360/30 | 10/01/08 | $414.13 | $410.88 | $3.25 | $0.00 |
| Annual Totals: | | $4,198.00 | $4,021.06 | $176.94 | |
| Running Totals: | | $151,348.50 | $50,000.00 | $101,348.50 | |

Prepared For:                                              Prepared By: VBA

This version of the program may be used by you free of charge, for your personal, noncommercial use.
For business or commercial use, a small license fee must be paid which entitles you to an enhanced version. This fee has NOT been paid.