UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6170-CIV-DIMITROULEAS/JOHNSON

ODONY AND CAMY ABELLARD,

    Plaintiffs,

vs.

THE UNITED STATES VETERANS
ADMINISTRATIVE AFFAIRS,

    Defendant.
_____/



### DEFENDANT'S UNILATERAL SCHEDULING REPORT

The United States Attorney for the Southern District of Florida, on behalf of the Department of Veterans Affairs, defendant herein, pursuant to this Court's February 2, 2000 Order Requiring Parties to Meet and File Joint Scheduling Report, and pursuant to Local Rule 16.1, Southern District of Florida Local Rules, files its Unilateral Scheduling Report. The defendant, through counsel with the United States Attorney's Office, met with plaintiffs on April 13, 2000. At that meeting and in a subsequent telephone conversation, pro se plaintiff Odony Abellard has stated that he will not comply in completing a Joint Scheduling Report. Plaintiff insists that he is due what he demands in his complaint, and refuses to participate in preparing a Scheduling Report. The defendant, therefore, submits this Unilateral Scheduling Report.



I.  **RECOMMENDED CASE MANAGEMENT TRACK**

Pursuant to Rule 16.1.A.4, S.D. Fla. L.R., defendant recommends that this case be placed on the Standard Case Management Track, as defined in Rule 16.1.A.2(b), S.D.Fla. L.R.

II.  **DETAILED SCHEDULE OF DISCOVERY FOR EACH PARTY**

Defendant contends that plaintiffs have failed to state a cause of action entitling them to any relief, and have filed a Motion to Dismiss (D.E. #16), accordingly. Therefore, no discovery is necessary. Should this Court deny defendant's Motion to Dismiss, defendant would request the opportunity to engage in some discovery, such as the taking of plaintiffs' depositions and service of requests for admissions and requests for production of documents. Such discovery should take no longer than four to six months. It is anticipated that plaintiffs will refuse to participate in discovery; therefore, defendant may need additional time for any necessary motions to compel.

III.  **DISCUSSION OF THE LIKELIHOOD OF SETTLEMENT**

Defendant tried to engage in initial settlement discussions with plaintiffs at the April 13 meeting and in a subsequent telephone conversation, but plaintiff Odony Abellard refused to consider same.

IV.  **DISCUSSION OF LIKELIHOOD OF APPEARANCE IN THE ACTION OF ADDITIONAL PARTIES**

Unlikely at this time.

### V. PROPOSED LIMITS ON TIME

Defendant requests at least four to six months to conduct discovery should this Court deny its motion to dismiss.

### VI. PROPOSALS FOR SIMPLIFICATION OF ISSUES

Should it become necessary, the defendant shall meet and discuss any proposals for the formulation and simplification of issues with plaintiffs.

### VII. NECESSITY OR DESIRABILITY OF AMENDMENTS TO PLEADINGS

Defendant does not anticipate any amendments to the pleadings.

### VIII. POSSIBILITY OF OBTAINING ADMISSIONS OF FACTS AND DOCUMENTS.

Should it become necessary, the defendant shall meet and discuss with plaintiffs, stipulations regarding the authenticity of documents and the admissibility of evidence prior to trial.

### IX. SUGGESTIONS FOR THE AVOIDANCE OF UNNECESSARY PROOF AND OF CUMULATIVE EVIDENCE.

Should it become necessary, the defendant shall meet and discuss with plaintiffs, stipulations regarding the avoidance of unnecessary proof and of cumulative evidence.

### X. SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE.

Defendant has no objection to the Magistrate Judge hearing discovery matters and/or ruling on dispositive motions.

XI. **PRELIMINARY ESTIMATE OF TRIAL TIME**

Plaintiffs have requested a jury trial in this case. A trial in this case should take no longer than one day.

XII. **REQUESTED DATES FOR TRIAL AND PRE-TRIAL**

Should it become necessary, defendant requests that trial in this cause be set for four to six months after the Court's ruling on the defendant's Motion to Dismiss (D.E. # 16).

XIII. **OTHER INFORMATION HELPFUL TO THE COURT**

None known at this time.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: *Laurie E. Rucoba*
LAURIE E. RUCOBA
Assistant United States Attorney
Bar No. A5500052
U.S. Attorney's Office
500 East Broward Boulevard, #700
Ft. Lauderdale, FL 33394
Tel. No.: (954) 356-7314, ext. 3613
Fax No.: (954) 356-7180
E-mail Address:
Laurie.Rucoba@justice.usdoj.gov

4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail this 19th day of May, 2000 to:

Odony and Camy Abellard
6778 N.W. 1st Street
Margate, FL 33063

_____
LAURIE E. RUCOBA
Assistant United States Attorney