UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

Plaintiff,

Magistrate Judge Johnson

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

Defendant.



## ORDER DENYING MOTION FOR DEFENDANT TO APPEAR IN PERSON
## ORDER DIRECTING PLAINTIFFS TO RESPOND TO MOTION TO DISMISS

THIS CAUSE is before the Court upon Plaintiffs' Motion for the Defendant to Appear Before the Court in Person [DE 15-2] and Defendant's Motion to Dismiss and/or for Summary Judgment [DE 16]. The Court has carefully considered the motions and is otherwise fully advised in the premises.

Plaintiffs, appearing pro se, move this Court to require the Defendant to appear in person to answer the complaint. Plaintiff's motion is denied, as the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida require only written responses to a complaint. In particular, the Local Rules of this Court, of which Plaintiffs are advised to obtain a copy from the Clerk of the United States District Court for the Southern District of Florida, state that "No hearing shall be held on motions unless set by the Court." See Local Rule 7.1.B. This Court rarely has hearings on motions in civil cases, and has never to date required a civil defendant to appear in Court to answer a Complaint.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   Plaintiffs' Motion for the Defendant to Appear Before the Court in Person [DE 15-2] is



hereby **DENIED**;

2. Pursuant to the Local Rules, Plaintiffs' response to the Defendant's Motion to Dismiss and/or for Summary Judgment [DE 16] is due by Monday, June 5, 2000;

3. Plaintiffs are reminded that one pro se Plaintiff cannot represent another pro se Plaintiff, regardless of the relationship between the two Plaintiffs (unless one is an attorney). In other words, papers filed by Plaintiffs must be signed by both Plaintiffs for such filing to be on behalf of both Plaintiffs. Papers filed and signed by only one Plaintiff will be deemed to apply only to that Plaintiff whose signature appears on that paper;

4. Failure to respond to Defendant's Motion to Dismiss and/or for Summary Judgment shall result in the motion being granted.

DONE AND SIGNED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony Abellard & Camy Abellard
Laurie Rucoba, AUSA (Ft. Laud)

2