United States District Court
Southern District of Florida
Fort Lauderdale, Division

Odony and Camy Abellard
    Plaintiffs    Case # 00-6170 C I U
                  Judge Dimitrouleas
    Vs.
U.S. Department of Veterans
Administration Affairs Director

### Request Order for Default and Summary Judgment

This cause is before the court upon the plaintiff's motion to enter a default order against the defendant- - U.S. Department of Veterans affairs Director for failure to appear or to contest the allegation of the plaintiff's complaint between the times provided by law. The respondent and his attorney have been waived their right twice to file o answer in person the plaintiffs allegation. Pursuant 28C F R CH. See 76.9(b) in seq. Would the Honorable Court enter a Judgment by Default against the Respondent?

The respondent and her attorney MċLaurie -- has been advised by plaintiffs motion filed on May 10, 2000, they must appear in person, and they have deliberately disregard that notice. See attachment Exhibit A.

Should a sanction be taken also against the defendant's attorney Ms Laurie Rucoba, for filing with the clerk, abusive and fraudulent proceedings in the name of the Court and the Honorable Judge Dimitouleas, in trying to disclaim our complaint

                Instead of to appear or answer the plaintiffs allegations, documents attached Exhibit B.

Odony e Camy Abellard
6778 N.W. 1st Street
Margate, Fl.33063
(954)-972-3106

Copies supplied to:
U.S. Dept. of V.A. Director
Defendant's Att. Laurie Ruboca
%00 East Broward Blvd. Fort Laud, Fl.33301.



FILED BY _____ D.C.

00 MAY 10 PM 3:35

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE.    DIVISION

ODONY AND CAMY ABELLARD, PLAINTIFFS
V,
THE DEPARTMENT OF VETERANS ADMINISTRATION
AFFAIR DIRECTOR,         DEFENDANTS.

CASE:NO OO 6170-Civ.
JUDGE: DIMITROULEAS

PLAINTIFFS OPPOSITION TO DEFENDANT"S MOTION
TO FILE MOTION FOR EXTENTION OF TIME TO FILE
RESPONSIVE PLEADING.
AND PLAINTIFFS MOTION FOR THE DEFENDANT'S TO
APPEAR BEFORE THE COURT IN PERSON.

THIS CAUSE,is before the Court upon the plaintiffs in opposition
of the defendant's Motion for Extention of time to file responsive
pleading  ,Due to the defendant failure to meet the plaintiffs.20 days
after the filing date,and 60 days to respond to the plaitiffs Complaint
the date was May 8,2000,no response was filed,nor the defendant attorney,
and so the Veterans administration of ' Department Affair Director were
in Court. The plaintiffs are in opposition to any other pleading the def=
endant may have,until the appearence of THE DIRECTOR OF THE VETERANS IN
COURT TO CONTEST ,OR TO OBJECT VERBALLY THE PLAINTIFFS ALLEGATIOHS.

ON APRIL 13 ,2000 the plaintiffs met the defendant's Attorney,
Ms.MARILYN LENDZY,for a Joint Scheduling conference ,no agreement
has reached. due to Ms.LENDZY had been trying to conduct an ONE WAY
WAY Street conference, instead of TWO IN DENYING MY COMPLAINT AND
MY DEMANDS.

WHEREFORE,
        The plaintiffs are requesting the Court an Order
for the defnedant ,,THE DEPARTMENT VETERARANS ADMINISTRATION AFFAIR
DIRECTOR OR HIS ATTORN EY TO APPEAR IN COURT ON MAY 31st.2000,at 11:A.M.
    Defensive or responsive  pleading will not VALID,Should appear
in PERSON.FAILURE TO SO WILL BE IN CONTEMPT OF THE COURT?

    Copies to
    LAURIE RUBOCO
    U.S.ATTORNEY OFFICE

Respecfully Requested

ODONY ABELLARD  5/10/00
6778 N.W, 1ST,
MARGATE.FL.

Pl. Exibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

    Plaintiff,

Magistrate Judge Johnson

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

    Defendant.

## ORDER DENYING MOTION FOR DEFENDANT TO APPEAR IN PERSON
## ORDER DIRECTING PLAINTIFFS TO RESPOND TO MOTION TO DISMISS

THIS CAUSE is before the Court upon Plaintiffs' Motion for the Defendant to Appear Before the Court in Person [DE 15-2] and Defendant's Motion to Dismiss and/or for Summary Judgment [DE 16]. The Court has carefully considered the motions and is otherwise fully advised in the premises.

Plaintiffs, appearing pro se, move this Court to require the Defendant to appear in person to answer the complaint. Plaintiff's motion is denied, as the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida require only written responses to a complaint. In particular, the Local Rules of this Court, of which Plaintiffs are advised to obtain a copy from the Clerk of the United States District Court for the Southern District of Florida, state that "No hearing shall be held on motions unless set by the Court." See Local Rule 7.1.B. This Court rarely has hearings on motions in civil cases, and has never to date required a civil defendant to appear in Court to answer a Complaint.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   Plaintiffs' Motion for the Defendant to Appear Before the Court in Person [DE 15-2] is


Exibit B

DENIED



hereby **DENIED**;

2. Pursuant to the Local Rules, Plaintiffs' response to the Defendant's Motion to Dismiss and/or for Summary Judgment [DE 16] is due by Monday, June 5, 2000;

3. Plaintiffs are reminded that one pro se Plaintiff cannot represent another pro se Plaintiff, regardless of the relationship between the two Plaintiffs (unless one is an attorney). In other words, papers filed by Plaintiffs must be signed by both Plaintiffs for such filing to be on behalf of both Plaintiffs. Papers filed and signed by only one Plaintiff will be deemed to apply only to that Plaintiff whose signature appears on that paper;

4. Failure to respond to Defendant's Motion to Dismiss and/or for Summary Judgment shall result in the motion being granted.

DONE AND SIGNED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony Abellard & Camy Abellard
Laurie Rucoba, AUSA (Ft. Laud)

Exhibit B 2/2

2