UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE,   DIVISION

ODONY AND C. ABELLARD

    PLAINTIFFS
VS.
                                       Case NO. 00=6170-Civ

THE U.S.DEPARTMENT OF VETERANS ADMINISTRATION   Judge' w.DIMITROULEAS

AFFAIRS, DIRECTOR,

    DEFENDANTS.


PLAINTIFFS MOTION FOR APPOINTMENT
OF AN ATTORNEY.

ODONY AND CAMY ABELLARD,plaintiffs ,move the Court to appoint an Attorney
    Due to the Department of veterans affairs Director and his a Attorney have deliberately refused to appear in person before the Court to contest the plaintiffs facts allegation,and being using abusesive pleadings and statesment,in the the name of the Court in order to to counter the plaintiffs Complaint,and to file motion for summary Judment against us,also to take over the Rights of the plaintiffs.

    Plaintiffs are unable to obtain aN Attorney to represent them in the above foregoing case. Both retired ,living from Social Security and pension income which is  unsufficient to cover their monthly expenses .

    Plaintiffs have a Meritorious Claim against the lender because the Mortgage is being breached by the defendant ,which is a violiation of THE TRUTH IN LENDING ACT,ALSO THE VIOLATION OF THE Amortization Transaction . ,which was a closed END-AMORTIZATION SCHEDULE CLAUSE ?? .

    And the lender has been continously under credited the Principal Balance ,and Overcharged the interest AMOUNT,SINCE I have been requeting each of all banks servicing the loan for V.A.,TO HAVE THE PRINCIPAL BALANCE ADJUSTED ,NONE OF THEM HAS BEEN COMPLIED TO THE PLAINTIFFS REQUEST SINCE 1989.

    This is not a FRIVOLOUS CLAIM AND HAS MERIT.
Plaintiffs have made reasonable efforts to retain an Attorney,since January 1999,but have been unable to find an Attorney who will represent them in this matter.

WHEREFORE: PLAINTIFFS RESPECFULLY REQUEST THIS Court enter an Order. persuant the provisions of the Section 706(f)(1) of the Civil Rights Act of 1964,as Amended ,apointing an Attorney to represent plaintiffs

1

IN THIS FOREGOING MATTER.

ODONY AND CAMY ABELLARD, PRO SE.
6778 N.W.FIRST STEET.
MARGATE, FLORIDA 33063
(954) 9723106

Subscribed and sworn before me
this 5----day of June 2000

NOTARY PUBLIC

OFFICIAL NOTARY SEAL
RANDY WISE
COMMISSION NUMBER
CC780548
MY COMMISSION EXPIRES
OCT. 4,2002

CERTIFICATE OF SERVICE

We certify that we will mail a copy of this Motion ,after filing to ;LAURIE E. RUCOBA ,U.S.ATTORNEY FOR THE DEFENDANT this --------day of June  2000.

ODONY AND C.ABELLARD