UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF FLORIDA

Odony and Camy Abellard
    Plaintiffs

v.

Department of Veterans Administration        Case N0. 00 6170 Civ.
                                                           W..Dimitrouleas

Affairs Director

The Broward County Administrator

           Defendants

## MOTION FOR RESTRAINING ORDER AND SCHEDULE HEARING..BEFORE THE SUMMARY JUDGMENT.

This Cause is before this Court upon the plaintiffs motion for restraining Order against the Department of Veterans affairs Director, and the Broward County Authorities To stop their Mitigation and their malicious actions ,against the plaintiffs Property.

Also to stop following the plaintiffs ,where ever they go to have legal assistance ,shopping or else where ,they even come in the court room.

On the 13th.day of July 2000,about 1:15 p.m. while the Honorable Judge Dimitroulleas presiding in a case of racketeering and drugs trafficking ,while I was quietly listening to the trial ,and unidentified man stepped in and sat beside me ,said to me :are you Odony Abellard ? I said yes . Is Ms.Ruboca having your case ? *said: yes . He said You may leave the Judge is not going to speak to you . I said to him .let the judge says it .Afterward he stood up and to talk to another man behind me ,I was not felt comfortable to their conversation I managed to move to in a front seat they grabbed me by my shoulder ,and said: you cannot to sit there . The trial was still going ,they keep conversing to each other, and so to the uniformed Court security ,in about 15 minutes Judge Dimitrouleas called the recess of the court ,and while in His way out ,I raised my hand and said: The honor ,I would like to talk to Your Majesty when you come back . as soon as the Judge left the Court room,the three civilian men came back in front of me ,and said you may leave now ,the Judge is not going to listen to you, let's go said the first man who came who came to sit beside me earlier ,I said to him: who are you ? He said you know who am with the Marshall office ? I asked him: may I see your I.D ,he did not show me anything ,no badge ,no uniform ,but one of the three men showed me a B.S.O badge . They said again: let's go, you have to leave ,do you want to go to jail ,I did say anything ,as soon as I got 0ff seat ,they grabbed me ,and dragged me out of the public Court room ,the three civilians with the held of four other regular uniformed court security of the Marshall office .On July 13,2000,about 2:00 p m. or so.*

The first reason that I was in the court house that day was simply to check about a summary judgment filed against the defendant ,Department of veterans Affairs



Administrator pending since June 21st, 2000. Also I observed in the file documents that I never received any copies of those proceedings, which are being abuse of process, and should not be admissible by the clerk. I have already reported this malicious matter in the part of the defendant.

The second, reason was that I have received a pierce of mail, before opening it, I took it to judge Dimitrouleas secretary in order to justify, if that mail was really from the judge's office. but, the secretary did not let me in, and she did not get out either, that has been the reasons which brought me to Court House that day ..

Wherefore: the plaintiffs to enter permanent order for protection, and to restrain the defendants officials following the plaintiff Odony Abellard, and stop their acts of Mitigation damages to their property. There are so powerful they have followed me all to Jacksonville, and have arrested on a Greyhound bus, travelling with my wife going to New York, we were going to attend the ceremony of graduation of our daughter, as bachelor science in nursing.

They have left my spouse along, and have me in jail for two miserable days, which has been the first in my life time 71 years old .. What was the charges?:

I was aware of the charges, until seeing the Judge on Saturday afternoon May 12/2000, I was being charged for TRESPASSING on Greyhound bus, while my round trip tickets are in my possession. Now they are trying to counter claim, the law suite we have against them for violation of The Federal Truth In Lending act They have power and influence on the U..S. District Court Clerk 'office .we still have pending a motion for Restraining order against them, in clerk' office, to Judge Roettgher filed on May 4,2000, it was the reason for them to follow all way to Jacksonville to have arrested, and also to have more opportunity to continue their malicious actions of mitigation damages, and to install more electronic devices therein.

Plaintiffs are requesting the Court to enter a permanent restraining order, for protection where they go, also to stop the defendants from sending their agents therein, when the plaintiffs are out, until the above Caption reaching its term.

Also, plaintiffs request that the honorable Court to schedule a hearing between all parties, in order to justify all controversies, and fraudulent proceedings involved in this action, before processing the SUMMARY JUDGMENT filed by the plaintiffs on June 21, 2000.

Respectfully Requested

Odony and Camy Abellard    Pro SE
6778 N.W. First Steet
Margate Florida
(954) 972 3106.

Cc.
Department of Veterans Administration
Affairs Director
U.S. Attorney Office.
Laurie Ruboco, Asst. U.S.Attoney.