UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

    Plaintiff,

Magistrate Judge Johnson

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

    Defendant.

_____/

## ORDER DENYING PLAINTIFFS' MOTION FOR RESTRAINING ORDER

THIS CAUSE is before the Court upon Plaintiffs' Motion for Restraining Order "and Schedule Hearing..Before the Summary Judgment" [DE 24]. The Court has carefully considered the motion and is otherwise fully advised in the premises.

Plaintiff Odony Abellard's motion concerns the actions of court security personnel on July 13, 2000 in the Federal Courthouse, as well as an incident on a Greyhound bus that occurred in May, 2000. The second incident has no relation at all to this lawsuit, which was a suit by Plaintiffs against the United States regarding payment of their Veteran's Administration-backed home mortgage. The first incident does not relate to the merits of the instant lawsuit, but rather to Plaintiff Odony Abellard's alleged treatment when he attempted an ex parte communication with the undersigned.

This Court denies the motion for restraining order and to schedule a hearing. In its Final Order of Dismissal (dated July 6, 2000) this Court explained to Plaintiffs why their case was dismissed, and has previously explained that hearings on civil motions in this Court are rare. As to the motion for restraining order, the relief requested is not relevant to the instant lawsuit.



Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Restraining Order [DE 24-1] is hereby **DENIED**;

2. Plaintiffs' Motion to "Schedule Hearing..Before the Summary Judgment" [DE 24-2] is hereby **DENIED**.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony Abellard & Camy Abellard
6778 NW 1st Street
Margate, FL 33063

Laurie Rucoba, AUSA (Ft. Laud)

2