UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE    DIVISION

CASE N0. 00 6170 CIV.
JUDGE. DIMITROULEAS

ODONY ,AND CAMY ABELLARD
   PLAINTIFFS
Vs.

DEPARTMENT OF VETERANS ADMINISTRATION
AFFAIRS DIRECTOR.

PLAINTIFFS MOTION FOR HEARING ORDER
OF BOTH PARTIES, ON SUMMARY JUDGMENT
AGAINST THE DEFENDANT. AND PLAINTIFFS
COMPLAINT AGAINST THE DEFENDANT ATTORNEY
FOR MISCODUCT'

THIS CAUSE IS before this Court on the plaintiffs motion for all parties hearing on the summary judgment filed on June 21st.2000.and also to justify all controversies .and fraudulent documents using in this case.
   Such as the abusive proceedings filed by the defendants Attorney Ms.LAURIE Ruboca, Order denying plaintiffs motion for the defendants to appear in person ,Order directing the plaintiffs to respond to dismiss. Filed on May 24,2000.
   Order requiring Parties or their counsel to meet and filing joint report .
ORDER OF ISNTRUCTION FOR PRO SE LIGITATION . File on Feb.2nd.2000 . the same day the complaint was filed ,on the court name ,and the judge Name.
   On July 27,2000,Order denying plaintiffs motion for Restraining order .on the Court address ,with the judge Dimitrouleas signature .
Ms.Laurie Ruboca is also using mail to Defraud., and never have any contact her .not by telephone.
   Where fore , due all controversies and Fraud since the beginning of this action ,the plaintiffs moving the Court to enter the summary judgment for the amount of $232,789.00.plus other penallities if any exist deem to the court.

                                      Respectfully Requested

                                          Odony and C. Abellard
                                          6778 N.W. 1st. Street
                                          Margate, Fl. 33063.
                                          (954) 972 3106

CERTIFICATION

We hereby certify that copies of the above foregoing cause Will be mail by U.S. Postal Services to THE DEPARTMENT OF VETERANS ADMINISTRATION AFFAIRS DIRECTOR ' S  ATTORNEY, MS.LAURIE RUBOCA . at the  U.S. District 'Attorney Office ;after filing date  at;

500 East Broward Boulevard
Fort Lauderdale FL. 33301

ODONY ABELLARD

FAX ALSO TO THE SECRETARY

OF THE DEPARTMENT VETERANS ADM.AFFAIRS
OTHE UNITED STATES AT?

P.O.B.1437-ST.PETERSBURG FL.33731.

FAX NO. 727  319 7764.

CAMY ABELLARD
6778 N.W. 1st.STREET
MARGATE,FL.33063
954- 972 3106          DATE
----------2000