UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

    Plaintiff,

Magistrate Judge Johnson

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

    Defendant.

FILED by _____ D.C.

AUG 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

## ORDER DENYING PLAINTIFFS' MOTION FOR HEARING

THIS CAUSE is before the Court upon Plaintiffs' "Motion for Hearing Order of Both Parties, On Summary Judgment Against the Defendant, And Plaintiffs' Complaint Against the Defendant Attorney for Misconduct" [filed August 16, 2000]. The Court has carefully considered the motion and is otherwise fully advised in the premises.

Plaintiffs' motion seeks a hearing on the Plaintiffs' Motion for summary Judgment, previously denied by this Court, and a hearing on "all controversies and fraudulent documents using in this case." Plaintiffs' motion once again repeats, without evidence, the unfounded charges of forged orders being issued in this case.

As has been done previously, and as has been explained previously to the Plaintiffs, this Court denies the motion for a hearing. In its Final Order of Dismissal in this case (dated July 6, 2000), this Court explained to Plaintiffs why their case was dismissed, and has previously explained that hearings on civil motions in this Court are rare. The current motion does not contain any new evidence to support a rehearing of the decisions made by this Court in this case.

As to Plaintiffs' restatement of their unsupported allegations of wrongdoing on the part of



Defendant's counsel, this Court has previously stated that all orders that have issued in this case have been signed by the undersigned, including the initial order sent out by this Court, the same day the Complaint was filed. Thus, the Plaintiffs' accusations are wholly without merit.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' "Motion for Hearing Order of Both Parties, On Summary Judgment Against the Defendant, And Plaintiffs' Complaint Against the Defendant Attorney for Misconduct" [filed August 16, 2000] is hereby **DENIED**.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of August, 2000.

                                      WILLIAM P. DIMITROULEAS
                                      United States District Judge

Copies furnished to:

Odony Abellard & Camy Abellard
6778 NW 1st Street
Margate, FL 33063

Laurie Rucoba, AUSA (Ft. Laud)
Dept. of Veteran's Affairs