UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE    DIVISION

Case N0. 00 6170 Civ.
JUDGE;DIMITROULEAS

ODONY AND CAMY ABELLARD, PLAITIFFS

VS.

THE U.S. DEPT.VETERAN ADMINISTRATIONAFFAIRS DIRECTOR.

Request for Oral briefs and Ruling on
Summary Judgment against the defendants.

To The Honorable
Judge W.Dimitrouleas'

I take this opportunity to write in order to apologized for the manner that I have been attempting for the issuance of an order for all parties hearing has been improper if it so, it has been independently of my will, in the part of the U.S.Clerk's office in mishandling the documents of this case, also my doubt that those documents have never been seeing by your Majesty, and some other notorious occurrences. The Department of Veterans affairs Director, and his attorney have been deliberately refused to appear in court to contest or to deny our allegation facts, and no action has been taken against them by the Court's clerks.

On 5/24/2000, we have filed a motion for the defendant and his attorney to appear in person in Court the intentionally failed to do so again. Ms. Laurie Ruboca, the ghost Attorney for the Defendant stating that civil defendant is not required by the Court to appear in person to answer complaint.

The Honorable Court has good cause to grant an Oral briefs to the plaintiffs, and afterward to rule on the Summary Judgment filed on June 21,2000. For nonappearance and other controversies occurred in this foregoing action..

Respectfully Requested

ODONY ABELLARD

CAMY ABELLARD.
6778 N.W. First St.
Margate, FL.33063
(954) 972 3106)

CC.LAURIE RUBOCA
U.S.A Asst, Attorney for
The defendant
U.S. Dept. Veterans Adm. Affairs
500 East Broward Boulevard
Fort Lauderdale, Florida 33301
VIA U.S. Postal Service