UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

    Plaintiff,

Magistrate Judge Johnson

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

    Defendant.
_____/

FILED by ___ D.C.
SEP 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING PLAINTIFFS' REQUEST FOR HEARING

THIS CAUSE is before the Court upon Plaintiffs' "Request for Oral Briefs and Ruling on Summary Judgment against the defendants"[filed September 15, 2000]. The Court has carefully considered the motion and is otherwise fully advised in the premises.

Plaintiffs' motion seeks a hearing on the Plaintiffs' Motion for summary Judgment, previously denied by this Court, and a hearing "for nonappearance and other controversies occurred in this foregoing action." Plaintiffs' motion seeks the same relief sought in their motion filed August 16, 2000, without any additional support.

As has been done previously, and as has been explained previously to the Plaintiffs, this Court denies the motion for a hearing.[1] In its Final Order of Dismissal in this case (dated July 6, 2000), this Court explained to Plaintiffs why their case was dismissed, and has previously explained that hearings on civil motions in this Court are rare. The current motion does not contain any new evidence to support a rehearing of the decisions made by this Court in this case.

---

[1] See Orders dated August 18, 2000; July 27, 2000; July 6, 2000; June 12, 2000; and May 24, 2000.



Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' "Request for Oral Briefs and Ruling on Summary Judgment against the defendants"[filed September 15, 2000] is hereby **DENIED**.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony Abellard & Camy Abellard
6778 NW 1st Street
Margate, FL 33063

Laurie Rucoba, AUSA (Ft. Laud)