UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE    DIVISION

ODONY AND C. ABELLARD, plaintiffs
V.
DEPARTMENT OF VETERANS AFFAIRS ADMINISTRATION
SECRETARY          defendant

Case N0. 0061170-Civ.
Judge DIMITROULEAS

REQUEST FOR JUDGMENT.

This cause has been before this Court, upon the plaintiffs motion for summary judgment and has never been taken upon, due to the defendant privilege this action remains pending before this Court for final judgment .although the Court has been already aware of all facts to issue an order for final judgment in this action .
It is the fact that the defendant and his attorney have never been in court in order to contest or respond allegations ., according 28 U.S.C.A. sec.76.9 (b)

On May 10,2000,the plaintiffs requesting the respondent or her Attorney Ms.Laurie Rucoba to appear in person ,they have deliberately failed to do so ,and disregard the plaintiffs advice . Should the clerk act upon the plaintiffs Motion?

Should Sanctions be taken against defendant s attorney for filing abusive and fraudulent proceedings mailing to the plaintiffs home in the name of the Court ,and the Hon. Judge Dimitrouleas , in trying to disclaim the plaintiffs complaint ,instead of to appear or an answer to the plaintiffs allegations. See Motion filed on June 2nd.,2000,also the court clerk again failed to act upon the plaintiffs Motion.

Wherefore

The plaintiffs have given the Court ,sufficient facts to issue an order for final judgment in this case against the Department Veterans Administration Affairs Secretary

Plaintiffs claims $ 500.00 .for each month where the defendant has been continuously violated the closed end amortization schedule transaction during 21 years. 60 000,00

Plaintiffs also claim their interest ,and interest paid           $. 106.789.00

For damages and penalties                                         $  66. 000.00

Jurisdiction is conferred on this Court , by the Federal Truth in Lending act section 18 ,
U.S.A.no.891,12USA, sec .no. 4121, title sec.no.1735f-`14.and by the Court's pendent Jurisdiction over the plaintiffs claims to enter Judgment against the Department of Veterans Administration Affairs ,in favor of the plaintiffs, for the amount of $. 232, 789.00

Respectfully Requested
Odony and Camy Abellard.

We here by certify that true and correct copy of the fore going action will mail to the defendant Attorney Ms. Laurie Ruboca, at 500 East Broward .. Fort Lauderdal Florida, 33302, By U.S Postal Service.

ODONY AND CAMY ABELARD