UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

Magistrate Judge Johnson

Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

Defendant.
_____/

### ORDER DENYING PLAINTIFFS' REQUEST FOR JUDGMENT
### ORDER TO PLAINTIFFS TO STOP FRIVOLOUS FILINGS

THIS CAUSE is before the Court upon Plaintiffs' "Request for Judgment" [filed April 11, 2001]. The Court has carefully considered the request and is otherwise fully advised in the premises.

Plaintiffs' motion seeks a judgment in this case, repeating several argument already addressed by the Court in several prior rulings.[1] In its Final Order of Dismissal in this case (dated July 6, 2000), this Court explained to Plaintiffs why their case was dismissed. The current motion does not contain any new evidence to support a rehearing of the decisions made by this Court in this case. The repetitive filing by the Plaintiffs of frivolous motions similar to motions that are already denied is creating a nuisance for the Court.

The Court adds, however, to alleviate Plaintiffs' concern, that in response to the allegation of "abusive and fraudulent proceedings mailings to the plaintiffs home in the name of the Court," the Court notes that it is routine for the Court to use the self-addressed, stamped

---

[1] See Orders dated August 18, 2000; July 27, 2000; July 6, 2000; June 12, 2000; and May 24, 2000.



envelopes provided by one of the parties to send out orders to all parties. It is a requirement of Local Rule 7.1.A.4 of this Court that when filing a motion, a party is to include self-addressed, stamped envelopes for all parties who are entitled to receive a copy of the Order.[2] What Plaintiffs perceive as "fraud," is simply the Court using the required self-addressed envelopes provided by Defendant to mail out copies of official orders of the Court.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' "Request for Judgment" [filed April 11, 2001] is hereby **DENIED**;

2. Plaintiffs are hereby **ORDERED** to stop filing frivolous or repetitive motions or requests in this case with the Court;

3. Failure to abide by this Order may result in sanctions being imposed upon Plaintiffs, including monetary sanctions, and/or a ban on future case filings without prior approval of the Court.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_ day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony Abellard & Camy Abellard
6778 NW 1st Street
Margate, FL 33063

Laurie Rucoba, AUSA (Ft. Laud)

---

[2] This requirement has not been imposed upon Plaintiffs, even though they have not obtained "in forma pauperis" status (proceeding without payment of fees).

2