UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA.

ODONY AND CAMY ABELLARD,
                    PLAINTIFFS
V.
THE VETERANS ADMINISTRATION
AFFAIRS SECRETARY     DEFENDANNT          CASE N0 00 6170 CIV.
                                          JUDGE DIMNITROULEAS.

MOTION TO DROP ALLEGAGATIONS AND CHARGES
AGAINST THE US VETERANS AFFAIRS SECRETATY,
AND TO SEAL THE CASE

This cause having been before this Court upon the plaintiffs motion, alleged the defendant has been, in violation of the Federal Truth in Lending Act for breaching on a closed end amortization schedule transaction. Plaintiffs stating: we have been misled by the Star Bank, the City of Margate Attorney, Eugene Steinfield, and other conspirators whom made believed that the House was still OWNED, by the U.S Department of Administration Affairs, by false documents and insurance falsification.and they had been trying also to foreclose our home on false allegations of delinquencies, which led us to sue them in the Federal District Court, case number 99 7169 civ., because, they have never been servicing our mortgage in the past. Or any previous transaction in our home. They also had the case closed, without The Due Process of the Law, and with fraudulent documents.

On June 4th. 2001 the Broward County Sheriffs, and the City of Margate police, came to put my wife out of our home, and all our belongings, without any Court order, initiated by the Broward County under ground organization formed, by the Star Bank, the City of Margate Attorney Eugene Steinfield, under the name of The Department of the Veterans Administration Affairs Secretary, with a secret and Fraudulent lawsuit filed in the Broward County Court House, using the name of the Secretary of the Department of the Veterans Affairs .

Due to our Discoveries, and positive findings, the Veterans Administration had not been playing any part in that fraudulent deal of ANARCHY, and Nor in the above styled.

We are hereby dropped all allegations, charges, brought against the secretary of the Department of the Veterans Administration Affairs.

We are also requesting the Honorable Court an order to dismiss and seal this matter, should be reopened under no circumstances.

Respectfully Requested.

                                          - Odony Abellard
                                          C. Abellard
                                          Camy Abellard

State of Florida, County of Broward
Before me this 12--day of Nov    .2002
The foregoing instrument was acknowledged by
Odony and Camy Abellard, on the behalf of the
V.A. Affairs Secretary, have produced as identification
-----------------------and did take an oath.

Notary Public _____

SHEILA M. CAPLAN
MY COMMISSION # CC 899217
EXPIRES: January 3, 2004
Bonded Thru Notary Public Underwriters

IN THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO: 00-013169 CACE 18

SECRETARY OF VETERANS AFFAIRS,
AN OFFICER OF THE UNITED STATES OF
AMERICA, HIS SUCCESSORS AND ASSIGNS

        Plaintiff,

vs.

ODONY ABELLARD AND CAMY ABELLARD,
HIS WIFE; BANK OF AMERICA, N.A., as
Successors by Merger to NATIONS BANK, N.A.
AND BARNETT BANK, N.A.; AND THE CITY
OF MARGATE, FLORIDA
        Defendants.
_____/



## NOTICE OF JUDICIAL SALE

NOTICE IS HEREBY GIVEN that pursuant to an Order or Final Judgment entered in the above styled cause on March 28, 2001, that we will sell to the highest and best bidder for cash in the Lobby of the courthouse located at 201 SE 6th Street, Ft. Lauderdale, Florida, at 11:00 o'clock, A.M. on May 1, 2001, the following described property:

LOT THIRTY-TWO (32) IN BLOCK "G" OF ORIOLE MARGATE SECTION TWO, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 71 AT PAGE 23 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA A/K/A 6778 1ST STREET, MARGATE, FLORIDA, 33063.

DATED March 28, 2001

HOWARD C. FORMAN, Clerk

By: _____
       Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Sale has been furnished by mail this ____ day of _____, 2001, to each of the following: Odony and Camy Abellard, 6778 NW 1 Street, Margate, Florida, 33063; Bank of America, 13595 South Dixie Highway, Miami, Florida, 33156; Eugene M. Steinfeld, Esq., City Attorney, City of Margate, 5790 Margate Blvd., Margate, Florida, 33063; and William A. Ingraham, Jr., Esq., P. O. Box 370098, Miami, FL 33137-0098.

_____
Court Clerk

**BROWARD COUNTY SHERIFF'S OFFICE**
PO BOX 9507  FORT LAUDERDALE, FLORIDA 33310



RETURN OF SERVICE

Item: 5467   412-2137/234-3224    Service Sheet # 01-036871

SECRETARY OF VETERANS AFFAIRS vs. O. ABELLARD    00-13169-18
WRIT OF POSS/FORECLOSURE  vs  CIRCUIT/BROWARD
TYPE OF WRIT                          DEFENDANT      CASE
ABELLARD, ODONY    6778 NW 1ST STREET    HEARING DATE
                   MARGATE
SERVE              COURT

Received this process on 05/23/2001

215167
DERYNDA, JOHN L.
2798 NE 5TH STREET
POMPANO BEACH, FL 33062

☒ Served
☐ Not Served — see comments
5/30/01    1445
Date       Time

2319   Attorney
BELLARD, ODONY

_____ in Broward County, Florida, by serving the within named person a true copy of the writ with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit
_____ in accordance with F.S. 48.031(1)(a);
☐ To _____ the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)
☐ To _____ the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
☐ To _____ holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081
☐ To _____ an employee of defendant corporation in accordance with F.S. 48.081(3)
☐ To _____ as resident agent of said corporation in accordance with F.S. 48.091

**PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☒ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183
1st attempt date/time: _____    2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183
1st attempt date/time: _____    2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: 6/01/01 w/ message   6/4/01 Eviction Completed

I can now check the status of your writ by visiting the Broward Sheriff's Office website at www.sheriff.org and clicking the icon "Service Inquiry"

KEN JENNE, SHERIFF
BROWARD COUNTY, FLORIDA

5467   D.S.

CASE NO. CACE 00-10169 (18)

Secretary of Veterans Affairs
C/o William A. Ingraham, Jr.
P.O. Box 370098
Miami, FL 33137

Ojony Abellard & Camy Abellard
6778 N.W. 1 Street
Margate, FL 33063

Bank of America, N.A.
13595 S. Dixie Highway
Miami, FL 33156

Eugene M. Steinfeld, Esq.
City of Margate
5790 Margate Boulevard
Margate, FL 33063

IN THE CIRCUIT COURT OF THE
BROWARD COUNTY, FLORIDA

CASE NO. CACE 00-10169-18

CC-13169-18

SECRETARY OF VETERANS AFFAIRS,
AN OFFICE OF THE UNITED STATES
OF AMERICA, HIS SUCCESSORS AND
ASSIGNS,

    Plaintiff,

vs.

ODONY ABELLARD AND CAMY
ABELLARD, HIS WIFE; BANK OF
AMERICA, N.A., AS SUCCESSOR BY
MERGER TO NATIONSBANK, N.A.
AND BARNETT BANK, N.A., AND
THE CITY OF MARGATE, FLORIDA,

    Defendants.

RECEIVED SHERIFF
01 MAY 29 PM 1:16
BROWARD COUNTY FLORIDA

## WRIT OF POSSESSION

THE STATE OF FLORIDA:
TO THE SHERIFF OF BROWARD COUNTY, FLORIDA:

    YOU ARE COMMANDED to remove Odony Abellard and Camy Abellard and all persons from the following-described property in Broward County, Florida forthwith:

    5778 N.W. 1st Street
    Margate, FL 33063

and to put Plaintiff in possession thereof after 24 hours from the date of said Notice.

    WITNESS my hand and seal of this Court on _____

MAY 29 2001

HOWARD C. FORMAN, Clerk
As Deputy Clerk

Steven S. Vaaney, Esq.
JENNINGS & VALANCY, P.A.
Attorneys for Blue Star Investments, Inc.
311 South East 13th Street
Fort Lauderdale, FL 33316
Telephone: (954) 463-1500

SHERIFF CONTACT:
MR STUART
954-412-2137
954-231-3224 Cell Phone

Broward County the 17th.
Judicial Circuit

11/02

00 013169-

We have been served, or received, any of these documents, but found, in Broward County Court files —

RE- 00 013169- B.C. COURT Hs!

also these papers have been in previous, and never been served upon U.S.

Refer to case # 99-7196 civ.

U.S. Dist Ct
11/12/02

IN THE CIRCUIT COURT OF THE SEVENTEETH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY

SECRETARY OF THE VETERANS AFFAIRS
AN OFFICER OF THD U.S. OF AMERICA
SUCCESSORS AND ASSIGNS
                PLAINTIFF.
VS.

CASE NO. 00-013169-18

ODONY AND CAMY ABELLARD
BANK OF AMERICA ,as successor by Merger to
NATIONAL BANK, N.A AND BARNETT BANK ,
AND THE CITY OF MARGATE,
                DEFENDANTS

A TRUE COPY
HOWARD C. FORMAN

'01 OCT 25 PM 4 13  COURT ADMINISTRATION

TO CHIEF JUDGE DALE ROSS
201 South East 6th Street
Fort Lauderdale, 33301.

    Dear Honorable Judge Dale Ross

We want to bring to your attention that the above caption having been before this Court Upon the defendants Odony and Camy , Abellard ,for this action to be heard by three Judges Panel ,on the following issue : ILLEGAL FORECLOSE AND EVICTION PROCESS , AND FALSE ORDER OF WHIT OF POSSESSION CERTIFICATE TO THE BUYER OF OUR HOME.

On June 4, 2001 we have been evicted from our residence where we have been living for 22 years ,by the Broward County sheriffs ,and the City of Margate Police ,without Court Order ,and any other documents signed by a Judge, also we have never been served ,or received any papers regarding this action before that date June 4,2001.

Since that time we have been trying to have the Court consideration on this matter ,due to we had no knowledge a law suite have been filed against us. On June 5,2001 we filed a request to the court ,in order to get our stuffs back into the house no action being taken. On June 15,filed an other motion for all parties hearing ,which was held on June 27,2001, and no one involved in this action was present ,no action was taken against them Instead ,a denial order has been found in the file . Is that called JUSTICE ?

On June 29,2001 , we have filed a request for THIS ACTION TO BE HEARD BY A THREE JUDGES PANEL , also being denied.

Aug.23,2001 ,we filed again a notice of hearing for all parties and a second motion for the case to be heard by a THREE JUDGES PANEL , no response from Clerk court .
On September 7, 2001 ,we filed a second request to schedule another hearing date ,for both sides, this motion is pending in Judge Moriarty secretary's desk.

Would this case have sufficient good cause to be in this Court Administrative Jurisdiction?



Is the fact that the City of Margate Attorney ,Mr. Eugene Steinfield having been in Conspiracy with the Bank of America ,National Bank , Barnett Bank, and the City of Margate , so the Broward County Administrator , in the intent to foreclose our home with false pretences and documents ,under U.S. Department of Veterans Affairs Secretary . None of the names mentioned above ,has never had any transaction in our Mortgage ,and they have never been servicing that Mortgage for the Department of the Veterans Affairs..

They have sold our home , and being Evicted on June 4,2001 ,without any legal papers, But a falsified WHIT of possession certificate given to the buyer with no Judge's signature, and Judge MORIARTY to do anything about controversial matter .

Wherefore
We are referring this action to the Administrative Board's Jurisdiction ,in order to grant our request for THREE JUDGES PANEL TO HEAR THIS CASE .,with all parties involved. And to take all legal steps to have my back , to impose all penalty according the Merit of this Cause of Action.

Respectfully Requested.

C. Abellard

ODONY and CAMY ABELLARD
2700 N.W. 44 TH .ST.OAKLAND PK.
FT.LAUD.FL.33309  APT. 1    1-203.

3/5

The following names are those whom will be attending the hearing, when scheduling by the Administrative Board.

William A. Ingraham jr, Attorney for the plaintiff
P.O.B. 370098  Miami Fl. 33137.

Steve S. Valenty Sq, Attorney for the buyer
311 S.E. 13 th.. Street
Florida Fl.....33316

Eugene Steinfield City of Margate Attorney
5790 Margate Blvd.
Margate Fl. 33063

The Broward County Adminnistrator
115 S. Andrews Avenue
Ft. Lauderdale Fl. 33301

Mr. Stuart, and Ken Jenne
 Broward County, Sheriffs Offices
 Ft, Lauderedale, Fl. 33301

ODONY ABELLARD
2700 N.W. 44 TH, ST.
OAKLAND PARK F.L..
33309.

*Odony Abellard Jr.*

Camy Abellard.

Certification
True and Correct will be mailed to each
of the above names mentioned by U.S. Postal Service

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO: 00-013169 CACE 18

## MIAMI DAILY BUSINESS REVIEW
Published Daily except Saturday, Sunday and Legal Holidays
Miami, Miami-Dade County, Florida

STATE OF FLORIDA
COUNTY OF MIAMI-DADE:

Before the undersigned authority personally appeared O V FERBEYRE, who on oath says that she is the SUPERVISOR, Legal Notices of the Miami Daily Business Review f/k/a Miami Review, a daily (except Saturday, Sunday and Legal Holidays) newspaper, published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of

PUBLIC NOTICE FROM ODONY AND CAMY ABELLARD

in the XXXX Court,
was published in said newspaper in the issues of

03/18/2002 03/25/2002

Affiant further says that the said Miami Daily Business Review is a newspaper published at Miami in said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida, each day (except Saturday, Sunday and Legal Holidays) and has been entered as second class mail matter at the post office in Miami in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this
25 day of MARCH , A.D. 2002

(SEAL)
O V. FERBEYRE personally known to me

MARIA I. MESA
MY COMMISSION # CC 885640
EXPIRES: March 4, 2004
Bonded Thru Notary Public Underwriters

### PUBLIC NOTICE
From: Odony and Camy Abellard

We are hereby want the public to be informed that we are two oppressed Senior citizens victim of anarchy, fraudulent conveyance, and conspiracy, which causing us homeless, since June 4th, 2001, by a Broward County underground Organization, named Star Bank, First Star Morgage, and Blue Star Inc. On that date, the City of Margate Police, and the Broward County sheriffs put my wife out of our Home, with all our belongings where we have been living for 23 years, without any Court Order, nor other document previously served upon us, just a whit of possession, no judge's signature, which seemed to be fraudulent too. Since that time we have been requesting the Court to schedule a hearing date for all parties involved in that action, nothing has never happened by the Judge Herbert Moriaty, we have filed a request to the Court Administration, for having this action to be heard by Three Judges Panel, no action has been taken, and then we have been trying to see the chief Judge in order to inform the status of the case in that unusual action, but we have advised, by the Judge's secretary, to put it in writing., we have done so since October 25, 2001, so far we have not heard from the Court and those documents has been hands delivered to the Court clerk and the, the Judge's office, in the intent to have this action turn over to the Court jurisdiction, in order for the Broward County Chief Judge to grant our request for Three Judge's Panel hearing with all parties involved in this action, and to take all necessary Legal Steps in order to give us our home back, which has been maliciously and illegally taken, by the County anarchists, and Al, without any legal papers, what so ever.. They have also made it very difficult for us to get an Attorney and have my phone monitored, even public phones that I have been using also being tapped on me, in order to keep their action secret, from the public, and the Media.

I would like all Media, News Org and Business to intervene in this action, in granting us an exclusive interview, which would be in the great public interest, also Lawyers who think they might be able to represent us, they are welcome!
Please call at (954) 717 3887.
P.O.B. 8682
Ft. Lauderdale.
Fl. 33309.

The following described property in Broward County
6778 N.W. First Street
Margate, Florida 33063.

Please be noticed that any transaction that has been made on the above Property is being invalid, or other in the future, until the Broward County Chief Judge Dale Ross grants our motion to schedule a hearing date, for all parties involved in that fraudulent Deal of Anarchy, and to take all necessary legal steps, in order to return the above property back to their Real Owners:

Odony and Camy Abellard, and also to impose all penalties according the Merit of this Cause of action.

Odony Abellard
Camy Abellard
3/18-25       02-4-32/245613M

A TRUE COPY
HOWARD C. F[...]
CLERK OF CIRCUIT [...]

MAY 02 2002