UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

      Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

      Defendant.

_____/

Magistrate Judge Johnson

FILED by _____ D.C.

NOV 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO DISMISS DEFENDANT U.S. VETERANS AFFAIRS SECRETARY
## ORDER DENYING PLAINTIFF'S MOTION TO SEAL THE CASE

THIS CAUSE is before the Court upon Plaintiffs' Motion to Drop Allegations and Charges Against the U.S. Veterans Affairs Secretary and to Seal the Case [filed herein on November 14, 2002]. The Court has carefully considered the motion and is otherwise fully advised in the premises.

First, this case was closed by this Court's Final Order of Dismissal issues on July 6, 2000 [DE 23]. Therefore, Plaintiffs' motion to dismiss this defendant is moot. Second, the Plaintiffs have given the Court no reason why this case should be sealed. Finally, Plaintiffs are reminded that they were ordered to stop frivolous filings in this Court's Order issued on April 12, 2001, and failure to abide by that Order may result in sanctions being imposed upon Plaintiffs, including monetary sanctions, and/or a ban on future filings without prior approval of the Court.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiffs' Motion to Drop Allegations and Charges Against the U.S. Veterans Affairs Secretary [DE 32-1] is hereby **DENIED AS MOOT**;



2.    Plaintiff's Motion to Seal the Case [DE 32-2] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this _____ day of November, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony Abellard & Camy Abellard
6778 NW 1st Street
Margate, FL 33063

Laurie Rucoba, AUSA (Ft. Laud)

2