UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

Magistrate Judge Johnson

Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

Defendant.
_____/



### ORDER DENYING PLAINTIFFS' REQUEST FOR EMERGENCY HEARING

THIS CAUSE is before the Court upon Plaintiffs' Request for Emergency Hearing [filed herein on February 26, 2003]. The Court has carefully considered the motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that Plaintiffs' Request for Emergency Hearing is hereby **DENIED.**[1]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of February, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony Abellard & Camy Abellard
200 NW 44th Street, Apt. 1-203
Oakland Park, FL 33309

Laurie Rucoba, AUSA

---

[1] The Court reminds Plaintiffs that they were ordered to stop filing frivolous or repetative motions or requests and that failure to abide by that order may result in sanctions being imposed upon Plaintiffs, including monetary sanctions, and/or a ban on future case filings without prior approval of the Court.