**UNITED STATES DISTRICT COURT**
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: *00 — 6170 — CIV*

STYLE: *Abellard v. U.S. Veterans*

DATE: *3/10/03*

The Chambers of the Honorable *William P. Dimitrouleas*
has received the attached document. After review, it has been
determined that this document requires the following action by
the Clerk's Office:

____ Docket this document as a motion for_____

_____.

____ Docket this document as a response to the following
motion: _____.

____ Docket this document as an answer _____.

____ Docket this document as _____.

____ Docket this as an information matter only and file on the
left side of the file.

X  other: *Docket as a returned U.S.*
*Mail document (pleading)*

_____

_____

_____

Signed: *Tammy L Barlow*

Name: *Tammy L Barlow*

Title: *Judicial Secretary*



United States District Court

SOUTHERN DISTRICT OF FLORIDA
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE
299 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301-1902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

*RETURN TO SENDER/ATTEMPTED NOT KNOWN*

Odony Abellard & Camy Abellard
200 NW 44th Street, Apt. 1-203
Oakland Park, FL 33309

UNC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

　　　　Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

　　　　Defendant.

_____/

Magistrate Judge Johnson

FILED by _____ D.C.

FEB 27 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING PLAINTIFFS' REQUEST FOR EMERGENCY HEARING

THIS CAUSE is before the Court upon Plaintiffs' Request for Emergency Hearing [filed herein on February 26, 2003]. The Court has carefully considered the motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that Plaintiffs' Request for Emergency Hearing is hereby **DENIED.**[1]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Odony Abellard & Camy Abellard
200 NW 44th Street, Apt. 1-203
Oakland Park, FL 33309

Laurie Rucoba, AUSA

_____

[1]The Court reminds Plaintiffs that they were ordered to stop filing frivolous or repetative motions or requests and that failure to abide by that order may result in sanctions being imposed upon Plaintiffs, including monetary sanctions, and/or a ban on future case filings without prior approval of the Court.