UNITED STATES DISTRICT COURT
SOUTHEWRN DISTRICT OF LRORIDA
299 EAST BROWARD BOULEVARD
FORT LAUDERDALE ,FLORIDA



ODONY AND CAMY ABELLARD
　　　　PLAINTIFFS
V
THE VETERANS ADMINISTRATION
AFFAIRS ,SECRETARY                      CASE N0. 006170 CIVIL
                                         Chief Judge W. Zloch

REQUEST FOR EMERGENCY HEARING.
　　　　This cause is before this Court upon the plaintiffs motion for meeting between the United States District Attorney general Assistant ,Mr. Marcos D. Jimenez With the entitled plaintiffs of the above caption, Odony , Camy Abellard ,on the following issues:
　　　　The denial of the plaintiffs Motion to drop all allegations ,and charges against the U.S. secretary of the Veterans Administration Affairs
　　　　The denial to re- opened the plaintiffs case against the defendants ,Star Bank, the Broward County Administrator, Eugene Steinfield, Margate City Attorney ,and Al, whom have stolen our HOME, under the U.S. Administration Department of the veterans affairs secretary's name.
　　　　Also the plaintiffs' motion for injunction against that fraudulent eviction is being DENIED.
　　　　The plaintiffs motion, for an appointment of an Attorney to represent them ,as senior citizens, is also being Denied.
We also have a homeland security to report, suspicious of terrorist action no one wants to take the report from me. I went to the congressman Clay Shaw's, they have refused to take the report, I am being followed everywhere in order to stop from seeing or meet Federal agents.
　　　　We are hereby requesting the Court to schedule an emergency date of hearing
　In order to meet with the U.S. Attorney General Mr. Marcos D. Jimenez

　　　　　　　　　　　　　　　　　　　Respectfully Requested
　　　　　　　　　　　　　　　　　　　Odony and Camy Abellard  5/8/03
　　　　　　　　　　　　　　2700 N.W. 44th .Street apt. 1-203
　　　　　　　　　　　　　　　Oakland park .F.L.33309.
　　　　　　　　　　　　　　　　954 717 3887

Congressman Clay shaw
1512 E.Broward blvd.s-100
Ft.Lauderdale .Fl.33301