UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CIV-DIMITROULEAS

ODONY AND CAMY ABELLARD,

    Magistrate Judge Johnson

    Plaintiff,

vs.

UNITED STATES DEPARTMENT
OF VETERANS ADMINISTRATION AFFAIRS,

    Defendant.
_____/

### ORDER DENYING PLAINTIFFS' REQUEST FOR EMERGENCY HEARING

THIS CAUSE is before the Court upon Plaintiffs' Request for Emergency Hearing [filed herein on April 8, 2003].[1] The Court has carefully considered the motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that Plaintiffs' Request for Emergency Hearing is hereby **DENIED**.[2]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of April, 2003.

                                        _____
                                        WILLIAM P. DIMITROULEAS
                                        United States District Judge

---

[1] Plaintiffs directed their motion to Chief Judge Zloch. However, the above-styled case is assigned to the undersigned.

[2] The Court reminds Plaintiffs that they were ordered to stop filing frivolous or repetitive motions or requests and that failure to abide by that order may result in sanctions being imposed upon Plaintiffs, including monetary sanctions, and/or a ban on future case filings without prior approval of the Court.



Copies furnished to:

Odony Abellard & Camy Abellard
2700 NW 44th Street, Apt. 1-203
Oakland Park, FL 33309
(last known address)

Odony Abellard & Camy Abellard
6778 NW 1st Street
Margate, FL 33063
(address of record)

Laurie Rucoba, AUSA