UNITED STATES DISTRICT COURT
SOUTHEWRN DISTRICT OF LRORIDA
299 EAST BROWARD BOULEVARD
FORT LAUDERDALE ,FLORIDA

ODONY AND CAMY ABELLARD
PLAINTIFFS
V
THE VETERANS ADMINISTRATION
AFFAIRS ,SECRETARY            CASE N0. 006170 CIVIL
                              Chief Judge W. Zloch

3rd Request

REQUEST FOR EMERGENCY HEARING.

This cause is before this Court upon the plaintiffs motion for meeting between the United States District Attorney general Assistant ,Mr. Marcos D. Jimenez With the entitled plaintiffs of the above caption, Odony , Camy Abellard ,on the following issues:

The denial of the plaintiffs Motion to drop all allegations ,and charges against the U.S. secretary of the Veterans Administration Affairs

The denial to re- opened the plaintiffs case against the defendants ,Star Bank, the Broward County Administrator, Eugene Steinfield, Margate City Attorney ,and Al, whom have stolen our HOME, under the U.S. Administration Department of the veterans affairs secretary's name.

Also the plaintiffs' motion for injunction against that fraudulent eviction is being DENIED.

The plaintiffs motion, for an appointment of an Attorney to represent them ,as senior citizens, is also being Denied.

We also have a homeland security to report, suspicious of terrorist action no one wants to take the report from me. I went to the congressman Clay Shaw's, they have refused to take the report, I am being followed everywhere in order to stop from seeing or meet Federal agents.

We are hereby requesting the Court to schedule an emergency date of hearing In order to meet with the U.S. Attorney General Mr. Marcos D. Jimenez

cc -
Congressman Alcee Hastings
2701 W. Oakland Pk Ft Laud 33311
U.S. Dist- Att Gen-Asst
99 S. W-3rd- Avenue
Miami Fl 32138
Congressman Clay shaw
1512 E.Broward blvd.s-100
Ft.Lauderdale .Fl.33301

Respectfully Requested
Odony and Camy Abellard
2700 N.W. 44th.Street apt. 1-203
Oakland park .F.L.33309.
954 717 3887

June 5, 2003

P/S- See attached caption
RE: case# 99-7196,
Which has been closed, without
Due Process of the LAW-

39

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-7196-CIV-
CHIEF JUDGE H. ZLOCH

ODONY ABELLARD,
CAMY ABELLARD,

    Plaintiffs,

Vs.

GREAT FINANCIAL/STAR BANK,
BROWARD COUNTY ADMINISTRATOR,
EUGENE STEINFIELD, MARGATE CITY ATTORNEY,

    Defendants.



## EMERGENCY MOTION FOR HEARING

Upon the plaintiffs' motion, this case is pending before this Court for administrative order, and ruling on the plaintiffs' motion for restraining order against the defendants mentioned above, due to that the defendants are still continuing to perform their acts of mitigation damages to my property in order to diminish it's value. While the pendency of the plaintiffs' motion for restraining order, two malicious occurrences were performed again by the defendants.

Wherefore:

Plaintiffs are respectfully requesting this Court to schedule a hearing for all parties as soon as possible to end this matter and all herein.

*[signature]*
Odony Abellard

*[handwritten]* 2700 N.W. 44th St. OAKLAND PK - Apt-1-203

Camy Abellard
6778 NW 1st Street
Margate, Florida 33063
954-972-3106

Copies furnished to:

Great Financial Mortgage/Star Bank
4801 Fredrica Street
Owensboro, KY 42304

Broward County Administrator
115 S Andrews Ave
Fort Lauderdale, Florida 33301

Eugene Steinfield
Atty for City of Margate
5790 Margate Blvd
Margate, Florida 33063

*[handwritten note:]* We are going to Put on another Request for Re-opening this case which has been Fraudulently closed by the defendants, not by the Court - RE: 99-7196-CIV - OA

6/